U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

AUG 1 3 2019

Division: Atlanta
(USAO: 2017R01038)

JAMES N. HATTEN, Clerk
By:

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:19-CR- 297

MAGISTRATE CASE NO.

X Indictment  
DATE: August 13, 2019

Information  
DATE:

Magistrate's Complaint  
DATE:

UNITED STATES OF AMERICA
vs.
TODD CHRISLEY, A/K/A MICHAEL TODD CHRISLEY

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Thomas J. Krepp
Defense Attorney: Bruce H. Morris