U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 1 3 2019

JAMES N. HATTEN, Clerk
By: [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Todd Chrisley, a/k/a Michael Todd Chrisley

Agent to Arrest

Indictment/Information

1:19-CR- 297

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

[signature]
Thomas J. Krepp
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ___

_____
Clerk

By _____
     Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
8/13/19
BY: [signature] taken by AUSA Krepp
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94