AO 442 (12/85) Warrant for Arrest

10952805

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>TODD CHRISLEY,<br>a/k/a Michael Todd Chrisley<br>(Agent to Arrest) | WARRANT FOR ARREST<br><br>CASE NO. 1:19-cr-297 |

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest TODD CHRISLEY a/k/a Michael Todd Chrisley and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Commit Bank Fraud

in violation of **Title 18, United States Code, Section(s) 1349**

JAMES N. HATTEN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

August 13, 2019 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 15 2019
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

FBI

Date Received: 8-13-19

Date of Arrest: 8-14-19

S/A S. Ryskoski
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

# 72600-019

AUG13'19 PM 1:42 USMS NGA

AO 442 (12-85) Warrant for Arrest

__109 52805__

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

v.

TODD CHRISLEY,
a/k/a Michael Todd Chrisley
(Agent to Arrest)

WARRANT FOR ARREST

CASE NO. 1:19-cr-297

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest TODD CHRISLEY a/k/a Michael Todd Chrisley and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy to Commit Bank Fraud

in violation of **Title 18, United States Code, Section(s) 1349**

JAMES N. HATTEN
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

August 13, 2019 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

FBI - Atlanta

Date Received: 8/13/19

Date of Arrest: 8/14/19

SA Steve Kyslcoski - FBI
Name and Title of Arresting Officer

Signature of Arresting Officer