IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>TODD CHRISLEY (A/K/A MICHAEL TODD CHRISLEY) AND JULIE CHRISLEY | Criminal Action No.<br><br>1:19-CR-297-ELR-JSA |

**Unopposed Motion for a *Garcia* Hearing for
Defendants Todd Chrisley and Julie Chrisley**

The United States of America, by Byung J. Pak, United States Attorney, and Thomas J. Krepp and Annalise K. Peters, Assistant United States Attorneys for the Northern District of Georgia, files this Unopposed Motion for a *Garcia* Hearing for Defendants Todd Chrisley and Julie Chrisley.

On August 13, 2019, the grand jury returned an indictment against defendants Todd Chrisley, Julie Chrisley, and Peter Tarantino alleging various violations of criminal law. (Doc. 1). At the arraignment, attorney Bruce Morris represented defendant Todd Chrisley while attorney Stephen Friedberg represented defendant Julie Chrisley. (Docs. 10, 13).

Attorneys Morris and Friedberg jointly represented Todd and Julie Chrisley during the grand jury investigation. They also represented two of Todd and Julie's children – Chase Chrisley and Savannah Chrisley – both of whom were

1

subpoenaed to testify before the grand jury in connection with the investigation. Chase and Savannah ultimately testified before the grand jury while attorneys Morris and Friedberg represented them.

Because attorney Friedberg represented Todd Chrisley during the grand jury investigation, his current client – Julie Chrisley – must be advised of her right to conflict-free counsel. Likewise, because attorney Morris represented Julie Chrisley during the grand jury investigation, his current client – Todd Chrisley – must be advised of his right to conflict-free counsel. And both Todd and Julie Chrisley must be advised that their attorneys represented witnesses who provided testimony during the grand jury investigation and who are potential witnesses at trial. Accordingly, the United States requests this Court conduct a *Garcia* hearing to ensure that defendants Todd Chrisley and Julie Chrisley are aware of their right to conflict-free counsel. *See United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975).[1][2] Defendants Todd Chrisley and Julie Chrisley have advised through counsel that they do not oppose the granting of this motion.

---

[1] Under *Garcia*, when an actual or potential conflict of interest exists, the Court should personally advise the defendant of the potential dangers of representation by counsel with a conflict of interest, give the defendant the opportunity to question the Court regarding the nature and consequences of his legal representation, and should ensure that the defendant (1) understands the nature and scope of the potential conflict, (2) has the opportunity to discuss the matter with his attorney and/or outside counsel, and (3) is voluntarily waiving the Sixth Amendment protections. *Id.* at 278.

[2] Decisions of the former Fifth Circuit issued before October 1, 1981, are binding precedent in the Eleventh Circuit. *See Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc).

For the reasons stated in this Motion, the United States requests this Court hold a *Garcia* hearing for defendants Todd Chrisley and Julie Chrisley.

Respectfully submitted,

BYUNG J. PAK
   *United States Attorney*

/s/THOMAS J. KREPP
   *Assistant United States Attorney*
   Georgia Bar No. 346781
   thomas.krepp@usdoj.gov

/s/ANNALISE K. PETERS
   *Assistant United States Attorney*
   Georgia Bar No. 550845
   annalise.peters@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by emailing a copy to defense counsel:

        Counsel for Todd Chrisley

        Counsel for Julie Chrisley

        Counsel for Peter Tarantino

August 23, 2019

        /s/ THOMAS J. KREPP

        THOMAS J. KREPP

        *Assistant United States Attorney*