# Exhibit B

```
ACTION DATE: 02/07/2017   SYSTEM DATE: 02/07/2017   CONTACT: PHONE   CREATE ID: 25073418

OTHER 3RD PARTY CONT.

OTHER 3RD PARTY CONT.
ENTITY TYPE: OTHER
   NAME LINE 1: Katy Coleman/GA Dept of Revenue
   NAME LINE 2:

3RD PARTY CONTACT RECORD(S) GENERATED

INCLUDED MODULES:   30/200912 (P)
                    30/201312 (P)
                    31/201012 (P)
                    31/201112 (P)

RESULTS: RO received phone call from Katy Coleman wit the Georgia Department of Revenue. Ro was
advised that she is working the state case for tp and that she would like to work the case as a joint
agency investigation. She advised that she has balances for 2006, 2007 and 2011. She states that
he filed a 500X for 2011 removing the income. She advised that tp moved from GA to TN in 205 and
that he still has property in both states. She states that she has secured returns for 2008 through
2011 via the bankruptcy filing that was submitted by RO. Ro was advised that tp has over 25 LLC's.
Ms. Coleman states that she does not have EIN's for the LLC's. RO was provided a list of the LLC's
via email. They are as follows: 1.       CHRISLEY ASSEST MANAGEMENT, LLC
   2.   CHRISLEY COMMERCIAL ASSET MANAGEMENT, LLC
   3.   7C'S PRODUCTIONS, INC.
   4.   LKC, L.L.C.
   5.   LE REVE REALTY GROUP, LLC
   6.   7C's INC
   7.   EZ TITLE LOANS LLC
```