# Exhibit C

| | |
|---|---|
| **From:** | Askew, Carlton |
| **Sent:** | Monday, March 6, 2017 12:42 PM |
| **To:** | Graham, Scott; Riley, Lynne |
| **Cc:** | Purvis, Scott; Guest, Staci |
| **Subject:** | FW: Chrisley |

Good Afternoon,
We may have found some assets for Mr. Chrisley and intend to levy on them this afternoon.

I just wanted to keep you guys in the loop.

Thanks
Carlton

G. Carlton Askew
Director Compliance Division
Georgia Department of Revenue
1800 Century Blvd. NE | Room 18100
Atlanta, GA 30345
P: 404.417.2233

**From:** Jacobson, Merrill
**Sent:** Monday, March 6, 2017 11:55 AM
**To:** Colvin, Katie <Katie.Colvin@dor.ga.gov>
**Cc:** Purvis, Scott <Scott.Purvis@DOR.GA.GOV>; Askew, Carlton <Carlton.Askew@DOR.GA.GOV>
**Subject:** RE: Chrisley

Go ahead and prepare the constructive levy and general levy. Wait for Carlton for approval.

Merrill Jacobson
Compliance Division
Georgia Department of Revenue
1800 Century Blvd NE Suite 9100 | Atlanta, Georgia 30345
Main Phone: 404.417.6543 | Fax: 404.417.6513 | Direct Dial 404.417.2282

FASTER. FRIENDLIER. EASIER.

**From:** Colvin, Katie
**Sent:** Monday, March 6, 2017 11:52 AM
**To:** Jacobson, Merrill <Merrill.Jacobson@DOR.GA.GOV>
**Subject:** Chrisley

Merrill,

I have received info saying that the furniture we were looking for on Thursday is infact located in the back half of the building and that Mr. Chrisley is friends with the owners of the complex. I would like to go speak with the owners of the building and see if I can get them to tell me about the furniture that is there and possibly serve a levy for it. Depending if I can get the owner to open the building or not will determine if I serve them with a constructive levy or just a regular one.

1

| | |
|---|---|
| From: | Waites, Joshua <joshua.waites@dor.ga.gov> |
| Sent: | Monday, March 6, 2017 3:15 PM |
| To: | steve.linn@nashville.gov; Kendall Neal|ROCIC |
| Subject: | Re: Metro PD and GA Dept. of Revenue |

Kendall thank you !!

Sgt. Linn. I'll be driving from my home south of Atlanta tomorrow morning, I would like to call you on the way in to coordinate. Thank you for your help in advance !!

Get Outlook for iOS

On Mon, Mar 6, 2017 at 2:59 PM -0500, "Kendall Neal|ROCIC" <kneal@rocic.riss.net> wrote:

Gentleman,

Let me introduce you to each other...Josh, this is Sgt. Linn with Metro PD-West Precinct; Steve, this is Chief Waites with GA Dept of Revenue-OSI.

Josh is planning on being here in Nashville tomorrow to serve papers at 806 Lynnwood Blvd, Nashville, TN on Todd Chrisley and on Julie Chrisley. He should arrive in Nashville around 9:00 am and wanted to have a local presence for verification and as a courtesy coming into Metro.

Steve, please be advised that they are filming at this time and there are a lot of vehicles on scene...just didn't want you to be caught off guard.

Contact info for each of you is below. I figured it would be best for you both to coordinate meeting location and time better than me.

Sgt. Steve Linn, 615-568-5788
Chief Josh Waites, 678-794-6184

Please let me know if you need anything else.

Kendall Neal, Criminal Intelligence Unit/Training Manager
Regional Organized Crime Information Center
Unit Email: ciu@rocic.riss.net | Unit Phone (800) 238-7986

1