# Exhibit D

**From:** Strickland, Tabitha
**Sent:** Thursday, March 9, 2017 9:31 AM
**To:** Purvis, Scott
**Subject:** RE: Media Clip-3/8/17-GMA-Chrisley

Oh My! I bet that was a nice visit. I could only imagine the conversation between Josh and Todd. I would have liked to have been a fly on the wall for that one.. LOL

By the way.. Lynda is coming to see yall today.... Make sure she comes back ☺

Tabitha Strickland
Regional Supervisor
Augusta Regional Office
Georgia Department of Revenue/Compliance Division
610 Ronald Reagan Drive Bldg G-1 | Evans GA 30809
P: 706.650.6311 | F: 706.434.7116
FASTER. FRIENDLIER. EASIER

**From:** Purvis, Scott
**Sent:** Thursday, March 9, 2017 9:28 AM
**To:** Strickland, Tabitha <Tabitha.Strickland@DOR.GA.GOV>
**Subject:** RE: Media Clip-3/8/17-GMA-Chrisley

We have been involved for some time- We did 4 years of assessments- totaling about a million dollars.

One year- we did a jeopardy on- so we could get to fi fa quicker.

Josh took the notices to Nashville- hand delivered them to Todd himself !

Scott Purvis
Assistant Director, Compliance
P: 404.417.6438 | F: 478.314.5710 | Alternate phone 478.471.3600

Customer Service – Operational Efficiency – Employee Engagement

**From:** Strickland, Tabitha
**Sent:** Thursday, March 9, 2017 9:20 AM
**To:** Purvis, Scott <Scott.Purvis@DOR.GA.GOV>
**Subject:** RE: Media Clip-3/8/17-GMA-Chrisley

That is where I saw it this morning! Very interesting.. would to know how all this will fold out.  ☺

Tabitha Strickland
Regional Supervisor
Augusta Regional Office
Georgia Department of Revenue/Compliance Division
610 Ronald Reagan Drive Bldg G-1 | Evans GA 30809
P: 706.650.6311 | F: 706.434.7116
FASTER. FRIENDLIER. EASIER

1