# Exhibit E

Georgia Department of Revenue
COMPLIANCE DIVISION
PO BOX 105499
ATLANTA GA 30348-5499



Lynnette T. Riley, State Revenue Commissioner

JULIE H CHRISLEY
806 LYNNWOOD BLVD
NASHVILLE TN 37205-4543

Letter ID: L0230520208
Issued Date: 07-Mar-2017

## NOTICE OF STATE TAX EXECUTION

**Why you are getting this letter:** State Tax Execution REV 170610200 has been issued against JULIE H CHRISLEY for the amount due of $415,097.18. A state tax execution, also called a state tax lien, is a legal claim against your real and personal property used to collect the amount due.

**What you need to do:** Go to the Georgia Tax Center at *https://gtc.dor.ga.gov* and pay the amount due or make installment payment arrangements. You may also pay by mail using the voucher below. Checks should be made out to the Georgia Department of Revenue.

**What will happen if you do nothing:** The Department will record the State Tax Execution, initiate any appropriate collections actions, or place the liability with a private collection agency.

**Appeal Rights:** If you disagree with the amount due, you may file an appeal in the Georgia Tax Tribunal or the appropriate Superior Court. For more information on the Georgia Tax Tribunal, visit *gataxtribunal.ga.gov*.

If you have questions about this notice, call us at (404) 417-2122.

*** SEE REVERSE SIDE FOR ADDITIONAL INFORMATION ***

ITS-V (Rev. 8/15)
Integrated Tax System
Payment Voucher



JULIE H CHRISLEY
806 LYNNWOOD BLVD
NASHVILLE TN 37205-4543

This payment voucher must be included with your payment. Do not reproduce for another payment.
To pay electronically, go to https://gtc.dor.ga.gov and use 72007463760 as your notice number.

Georgia Department of Revenue
Taxpayer Services Division
P. O. Box 740321
Atlanta, Georgia 30374-0321

| ID TYPE | TAX TYPE | VOUCHER TYPE |
|---|---|---|
| 01 | 09 | 02 |
| PAYMENT NO. | PERIOD END | VENDOR CODE |
| 72007463760 | | 070 |

DO NOT STAPLE OR PAPER CLIP. REMOVE ALL CHECK STUBS.

AMOUNT DUE $    415,097.18

AMOUNT PAID $

06972007463760900000000000000009020107000415097185



Letter ID:   L0230520208
Page Number:   2

ACCOUNT ID:   ***...    TAX TYPE: Individual Income Tax

| TAX PERIOD | TAX | INTEREST | PENALTY & FEES* | AMOUNT DUE |
|---|---|---|---|---|
| 01-Jan-2009 – 31-Dec-2009 | $184,531.00 | $147,477.18 | $83,089.00 | $415,097.18 |

BALANCE:   $415,097.18

*If the amount due is not paid immediately, interest and penalty will continue to accrue.*
*\*This amount includes applicable collection fees.*

If you have filed a petition for bankruptcy, federal law automatically stops most actions against you or your property. However, the filing of a bankruptcy petition does not stop the Georgia Department of Revenue from auditing you to determine your tax liability, issuing a notice of tax deficiency, demanding state tax returns, or generating an assessment for any tax and issuing a notice and demand for payment such an assessment.

If your bankruptcy petition is still active, please provide the information below and return to:
GEORGIA DEPARTMENT OF REVENUE
CENTRAL COLLECTION SECTION
1800 CENTURY BLVD NE, SUITE 9100
ATLANTA, GA 30345-3205
(877) 423-6711

Case number: _____   Filing date: _____   Chapter number (circle one):   7   11   13



### GEORGIA DEPARTMENT OF REVENUE
#### STATE TAX EXECUTION

| EXECUTION NUMBER | TOTAL |
|---|---|
| REV 170610200 | $415,097.18   (Includes $50.00 Costs) |

GEORGIA, FULTON COUNTY

To ALL and singular sheriffs of this state, the State Revenue Commissioner or his authorized representatives, greetings:
You are commanded, that of the goods and chattels, or if none be found, then the lands and tenements of
**JULIE H CHRISLEY**
SSN: XXX-XX-7353
806 LYNNWOOD BLVD
NASHVILLE TN 37205-4543

Also Known As/Alter Ego/Nominee
Names listed on back

you cause to be made by levy and sale the sum of the dollars and cents hereinafter shown, said sum representing delinquent tax liabilities of the named taxpayer(s) assessed under the taxing Acts of this State and the Georgia Public Revenue Code for the period(s) shown below together with interest on the total as shown below at the rate specified in Code Section § 48-2-40 from the date of this execution until such sum is paid, plus all collection fees and costs that have accrued and that may hereafter accrue. You are further commanded to pay over to the Department of Revenue of the State of Georgia the aforesaid sum upon collection thereof and to have you then and there this writ. Witness the undersigned State Revenue Commissioner of Georgia on this date of **March 02, 2017**.

Lynnette T. Riley
State Revenue Commissioner

| | |
|---|---|
| Tax | $184,531.00 |
| Interest | $147,477.18 |
| Penalty | $46,132.80 |
| Collection Fee | $36,906.20 |
| Costs | $50.00 |
| Total | $415,097.18 |

I HEREBY CERTIFY THIS TO BE
FOR DOR USE ONLY A TRUE AND EXACT COPY OF

170610200
THIS 7 DAY OF March, 20 17.

Authorized Representative
of the State Revenue Commissioner
State of Georgia

| TAX TYPE | ACCOUNT ID | TAX PERIOD | | AMOUNT DUE |
|---|---|---|---|---|
| Individual Income Tax | ***-**-7353 | 01-Jan-2009 | 31-Dec-2009 | $415,097.18 |

*also known as* Chrisley Asset Management LLC, Chrisley Commercial Asset Management LLC, 7C's Productions LLC, LKC LLC, Le Reve Realty Group LLC, 7C's Inc., EZ Title Loans LLC, Chrisley and Company LLC, 830 West Conway LLC, Select Real Estate Holdings LLC, Premier Real Estate Acquisitions LLC, Michael Todd Designs LLC, Jubilee Investments LLC, South Fulton Land Investments LLC, Pacific Develoupment Partners LLC, Verklempt LLC, R & F Services LLC, R & H Investments, Watercolor Retreat LLC, Key Asset Solutions LLC, Executive Asset Management, and Key Asset Management LLC

Georgia Department of Revenue
COMPLIANCE DIVISION
PO BOX 105499
ATLANTA GA 30348-5499



Lynnette T. Riley, State Revenue Commissioner

MICHAEL T CHRISLEY
806 LYNNWOOD BLVD
NASHVILLE TN 37205-4543

Letter ID:     L0697410448
Issued Date:   06-Mar-2017

## NOTICE OF STATE TAX EXECUTION

**Why you are getting this letter:** State Tax Execution REV 170463917 has been issued against MICHAEL T CHRISLEY for the amount due of $292,893.60. A state tax execution, also called a state tax lien, is a legal claim against your real and personal property used to collect the amount due.

**What you need to do:** Go to the Georgia Tax Center at *https://gtc.dor.ga.gov* and pay the amount due or make installment payment arrangements. You may also pay by mail using the voucher below. Checks should be made out to the Georgia Department of Revenue.

**What will happen if you do nothing:** The Department will record the State Tax Execution, initiate any appropriate collections actions, or place the liability with a private collection agency.

**Appeal Rights:** If you disagree with the amount due, you may file an appeal in the Georgia Tax Tribunal or the appropriate Superior Court. For more information on the Georgia Tax Tribunal, visit *gataxtribunal.ga.gov*.

If you have questions about this notice, call us at (404) 417-2122.

*** SEE REVERSE SIDE FOR ADDITIONAL INFORMATION ***

---

ITS-V (Rev. 8/15)
Integrated Tax System
Payment Voucher



0906907011

MICHAEL T CHRISLEY
806 LYNNWOOD BLVD
NASHVILLE TN 37205-4543

This payment voucher must be included with your payment. Do not reproduce for another payment.
To pay electronically, go to https://gtc.dor.ga.gov and use 87939388249 as your notice number.

Georgia Department of Revenue
Taxpayer Services Division
P. O. Box 740321
Atlanta, Georgia 30374-0321

| ID TYPE | TAX TYPE | VOUCHER TYPE |
|---|---|---|
| 01 | 09 | 02 |
| PAYMENT NO. | PERIOD END | VENDOR CODE |
| 87939388249 | | 070 |

DO NOT STAPLE OR PAPER CLIP. REMOVE ALL CHECK STUBS.

AMOUNT DUE $     292,893.60

AMOUNT PAID $

0698793938824920000000000000000090201070002928936009

Letter ID: L0697410448
Page Number: 2

ACCOUNT ID: ***.    TAX TYPE: Individual Income Tax

| TAX PERIOD | TAX | INTEREST | PENALTY & FEES* | AMOUNT DUE |
|---|---|---|---|---|
| 01-Jan-2009 - 31-Dec-2009 | $130,199.00 | $104,055.00 | $58,639.60 | $292,893.60 |
| | | | BALANCE: | $292,893.60 |

*If the amount due is not paid immediately, interest and penalty will continue to accrue.*
**This amount includes applicable collection fees.*

If you have filed a petition for bankruptcy, federal law automatically stops most actions against you or your property. However, the filing of a bankruptcy petition does not stop the Georgia Department of Revenue from auditing you to determine your tax liability, issuing a notice of tax deficiency, demanding state tax returns, or generating an assessment for any tax and issuing a notice and demand for payment such an assessment.

If your bankruptcy petition is still active, please provide the information below and return to:

GEORGIA DEPARTMENT OF REVENUE
CENTRAL COLLECTION SECTION
1800 CENTURY BLVD NE, SUITE 9100
ATLANTA, GA 30345-3205
(877) 423-6711

Case number: _____   Filing date: _____   Chapter number (circle one):  7  11  13



## GEORGIA DEPARTMENT OF REVENUE

### STATE TAX EXECUTION

| EXECUTION NUMBER | TOTAL |
|---|---|
| REV 170463917 | $292,893.60  (Includes $50.00 Costs) |

GEORGIA, FULTON COUNTY

To ALL and singular sheriffs of this state, the State Revenue Commissioner or his authorized representatives, greetings: You are commanded, that of the goods and chattels, or if none be found, then the lands and tenements of

**MICHAEL T CHRISLEY**
SSN: XXX-XX-1621
806 LYNNWOOD BLVD
NASHVILLE TN 37205-4543

Also Known As/Alter Ego/Nominee
Names listed on back

you cause to be made by levy and sale the sum of the dollars and cents hereinafter shown, said sum representing delinquent tax liabilities of the named taxpayer(s) assessed under the taxing Acts of this State and the Georgia Public Revenue Code for the period(s) shown below together with interest on the total as shown below at the rate specified in Code Section § 48-2-40 from the date of this execution until such sum is paid, plus all collection fees and costs that have accrued and that may hereafter accrue. You are further commanded to pay over to the Department of Revenue of the State of Georgia the aforesaid sum upon collection thereof and to have you then and there this writ. Witness the undersigned State Revenue Commissioner of Georgia on this date of **February 27, 2017.**

Lynnette T. Riley
State Revenue Commissioner

| | |
|---|---|
| Tax | $130,199.00 |
| Interest | $104,055.00 |
| Penalty | $32,549.80 |
| Collection Fee | $26,039.80 |
| Costs | $50.00 |
| Total | $292,893.60 |

FOR DOR USE ONLY I HEREBY CERTIFY THIS TO BE A TRUE AND EXACT COPY OF

170463917
THIS 7 DAY OF March, 20 17

Authorized Representative
of the State Revenue Commissioner
State of Georgia

| TAX TYPE | ACCOUNT ID | TAX PERIOD | | AMOUNT DUE |
|---|---|---|---|---|
| Individual Income Tax | ***-**-1621 | 01-Jan-2009 – | 31-Dec-2009 | $292,893.60 |



also known as Chrisley Asset Management LLC, Chrisley Commercial Asset Management LLC, 7C's Productions LLC, LKC LLC, Le Reve Realty Group LLC, 7C's Inc., EZ Title Loans LLC, Chrisley and Company LLC, 830 West Conway LLC, Select Real Estate Holdings LLC, Premier Real Estate Acquisitions LLC, Michael Todd Designs LLC, Jubilee Investments LLC, South Fulton Land Investments LLC, Pacific Develoupment Partners LLC, Verklempt LLC, R & F Services LLC, R & H Investments, Watercolor Retreat LLC, Key Asset Solutions LLC, Executive Asset Management, and Key Asset Management LLC