# Exhibit F

Katie Colvin with GADOR called to see if we were taking any type of enforcement against the taxpayer today. Gave her new contact information for assigned RO. She stated that they received a tip that TP had placed about 7 houses worth of furniture/personal property in a storage building rented by one of his friends and were about to sell the stuff so they were on their way out to seize the property. Her contact number is 404-417-6523.

---

ACTION DATE: 03/06/2017   SYSTEM DATE: 03/06/2017   CONTACT: OTHER   CREATE ID: 25141465

GENERAL HISTORY

Spoke with Katie Colvin with Georgia Department of Revenue. She indicated the state had

Page: 106
Sensitive But Unclassified

Monday, July 31, 2017, 8:16 am

REQUESTOR: 2514-1465
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: MICHAEL T & JULIE H CHRISLEY                TIN: 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

over $ 1,000,000 in assessments on the Chrisley's. She also stated her informant had told her about a warehouse where the Chrisley's were storing furniture that they planned to auction. Ms. Colvin was trying to get access to this storage facility. Ms. Colvin has been involved with the case for some time and has a lot of information. Ms. Colvin stated she would provide me with information about the case. Potential meeting this Thursday. Will discuss with the FTA.