# Exhibit G

CD-LO 1C (revised 4/2007)



Georgia Department of Revenue

Compliance Division
1800 Century Blvd., NE., Suite 18000
Atlanta GA 30345-3205
Phone: (404)417-6523

# GEORGIA DEPARTMENT OF REVENUE

## ENTRY OF LEVY

GEORGIA,   GWINNETT COUNTY

I have this day levied on the following described property, to wit:

ALL TANGIBLE PERSONAL PROPERTY LOCATED WITHIN OR CONFINED TO

**470 SATELLITE BOULAVARD, SUWANEE, GEORGIA**
**as the property of defendants in fi.fa. Michael T. Chrisley, Julie H. Chrisley,**

also known as Chrisley Asset Management LLC, Chrisley Commercial Asset Management LLC, 7C's Productions LLC, LKC LLC, Le Reve Realty Group LLC, 7C's Inc., EZ Title Loans LLC, Chrisley and Company LLC, 830 West Conway LLC, Select Real Estate Holdings LLC, Premier Real Estate Acquisitions LLC, Michael Todd Designs LLC, Jubilee Investments LLC, South Fulton Land Investments LLC, Pacific Develoupment Partners LLC, Verklempt LLC, R & F Services LLC, R & H Investments, Watercolor Retreat LLC, Key Asset Solutions LLC, Executive Asset Management, and Key Asset Management LLC

to satisfy the within state tax executions, numbers 170463917 and 170610200, that have been issued for taxes due and owing the State of Georgia and have given the defendant and the tenant in possession, if any, notice of this levy. Because the property described above is either too bulky, expensive, or otherwise impracticable to move and store at the time of this levy, the state revenue commissioner selects the aforementioned defendants in Fi. Fa. as its agent for the sole purpose of holding possession of said property from this day until April 15, 2017 or such other time as the state revenue commissioner may see fit to take physical possession of said property for the purpose of moving and storing same. The defendants in Fi. Fa. are forbidden to either move the above described

property or any portion thereof ..... the premises or permit a third party to do same.

This __7__ day of March 2017

K. Colvin
Authorized Representative
State Revenue Commissioner
State of Georgia

## RECEIPT

The above mentioned defendant in Fi Fa. or their tenant in possession acknowledges receipt of a copy of state tax execution number(s) numbers 170463917 and 170610200 from the above authorized agent of the state revenue commissioner, recognizing and confirming receipt of the property described in the levy. I do hereby possess and hold the property solely as an agent on behalf of the state revenue commissioner and agree to all the terms and provisions as set out in the levy and further will not exploit, transfer, convey or remove the property.

Date:

