# Exhibit H

CD-LO 27 (revised 1/2007)     Georgia Department of Revenue



# GEORGIA DEPARTMENT OF REVENUE

## RELEASE OF LEVY

Upon execution of the receipt for property provided below, the State Revenue Commissioner, by his undersigned representative, releases its levy under state tax execution no(s). 170610200 and 170463917 dated _____ against certain property and/or rights to property belonging to defendant in fi. fa. Michael Todd Chrisley, Julie Hughes Chrisley, 7C's Productions LLC (continued on attached list), as further described below.

All tangible personal property owned by Michael Todd Chrisley, Julie Chrisley, and all related entities left at 3270 Summit Ridge Parkway #110 Duluth GA 30096

K Colvin
Authorized Representative
State Revenue Commissioner
State of Georgia

---

## RECEIPT FOR PROPERTY RETURNED UNDER RELEASE OF LEVY

The undersigned recipient hereby acknowledges receipt of the property and/or rights to property as described above and accepts the property as being in the same condition as when it was levied upon and seized by the State of Georgia. The undersigned recipient waives all claims against the State of Georgia for any damage or expenses incurred in connection with the levy and seizure of the property and/or rights to property.

Date: March 29, 2017     Elizabeth J. Young      E Young
                         (Print Name)             (Signature)

Witness #1:                         Witness #2
Mary S. Loggins                     Ansley Martin
Name (Print)                        Name (Print)
528A Broad St. SE Gainesville, GA   1800 Century Blvd Atlanta GA, 30345
Address                             Address
(Signature)                         Ansley Martin
                                    (Signature)

Continued from page 1

Chrisley Asset Management LLC,

Chrisley and Company

LKC LLC

Le Reve Realty LLC

7C's LLC

EZ Title Loans LLC

830 West Conway LLC

Select Real Estate Acquisitions LLC

Premiere Real estate Acquisitions LLC

Michael Todd Designs LLC

Jubilee Investments LLC

South Fulton Land Investments LLC

Pacific Development Partners LLC

Auto Express Financing LLC

Lot 46 Watersound LLC

Dominion Investments Partners LLC

Verklempt LLC

R&F Services LLC

R&H Investments

Watercolor Retreat LLC

Key Asset Solutions LLC

Executive Asset Management