# Exhibit I

GEORGIA TAX TRIBUNAL

JULIE H. CHRISLEY )
)
Petitioner, )
)
v. )  Docket No. 1730740
)
COMMISSIONER OF GEORGIA )
DEPARTMENT OF REVENUE, )
)
Respondent. )

FILED
GA. TAX TRIBUNAL
APR 04 2017
Yvonne Bouras
Tax Tribunal Administrator

## PETITION

PETITIONER HEREBY PETITIONS for a redetermination of the income tax deficiency asserted by the Commissioner of Georgia Department of Revenue ("Respondent") in the Notice of State Tax Execution ("Notice") dated March 6, 2016, respecting the tax year ending December 31, 2009, and as the basis for his case, alleges as follows:

1. Petitioner is Julie H. Chrisley who currently resides at 806 Lynwood Boulevard, Nashville, Tennessee 37205-4543.

2. The Notice, Letter ID L0230520208, was purportedly delivered to Petitioner at her address, 806 Lynwood Boulevard, Nashville, Tennessee 37205-454 and was issued by the Compliance Division. A copy of the Notice is attached to this Petition as Exhibit A.

3. The deficiencies and additions to tax asserted by Respondent are as follows:

| Taxable Year Ended | Tax | Penalty | Interest |
|---|---|---|---|
| December 31, 2009 | $184,531.00 | $83,089.00 | $147,477.18 |

These amounts are in dispute.

4. In the Notice Respondent has erred in the following particulars:

    a. In so far as Petitioner can determine at present in asserting that Petitioner owes additional tax.

    b. In so far as Petitioner can determine at present in asserting penalties.

5. The facts, and mixed points of fact and law, upon which Petitioner relies are as follows:

    a. As of the date of this Petition, Petitioner has not received a Notice of Proposed Assessment for the tax year ending December 31, 2009.

    b. As of the date of this Petition, Petitioner has not received a Notice of Assessment for the tax year ending December 31, 2009.

    c. Petitioner timely filed her Form 1040, U.S. Individual Income Tax Return, for the tax year ending December 31, 2009.

    d. Petitioner's filing status for the tax year ending December 31, 2009, was married filing separately.

    e. Petitioner's Adjusted Gross Income was $527,198 for the tax year ending December 31, 2009.

    f. During 2009, Petitioner's Certified Public Accountant was George Grimsley.

    g. Mr. Grimsley's principal place of business was 1708 Metropolitan Boulevard, Tallahassee, Florida 32308 during the tax year ending December 31, 2009.

    h. In 2009, Petitioner and her husband operated Chrisley Asset Management Company ("CAM").

{00909264.DOC / }

i. CAM managed distressed property for banks and had offices in Florida, Georgia, and California.

j. Petitioner's husband worked primarily in Florida during 2009.

k. Petitioner and her husband owned a home at 143 Seaside Avenue, Santa Rosa Beach, Florida 32549 during the tax year ending December 31, 2009.

l. Based on the fact that Mr. Chrisley worked previously in Florida, George Grimsley advised Petitioner that she and her husband qualified as Florida residents and that their primary residence was 143 Seaside Avenue, Santa Rosa Beach, Florida.

m. Petitioner relied on the advice of her Certified Public Accountant, George Grimsley, for the tax year ending December 31, 2009.

WHEREFORE, Petitioner prays after due proceedings:

i That the Court determine there are no deficiencies for the taxable year ending December 31, 2009;

ii. That if the Court determines Petitioner's residence for tax purposes in 2009 was Georgia, that the Court determine that no penalties are due based on Petitioner's reliance on her accountant;

iii. That Respondent bears the burden of proof as to all issues; and

    iv.    That the Court grant such other and further relief as it deems appropriate.

Respectfully submitted,

*Vivian D. Hoard*
Vivian D. Hoard
Attorney for Petitioner
Georgia Bar No. 358119
vhoard@taylorenglish.com

Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
770-541-2223 - Telephone
770-434-7376 — Fax

*R. B. G. III*
R. Brian Gardner III
Attorney for Petitioner
Georgia Bar No. 451597
bgardner@taylorenglish.com

Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
678-336-7180 - Telephone
770-434-7376 — Fax

GEORGIA TAX TRIBUNAL

| | |
|---|---|
| JULIE H. CHRISLEY ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Docket No. _____ |
| ) | |
| COMMISSIONER OF GEORGIA ) | |
| DEPARTMENT OF REVENUE, ) | |
| ) | |
| Respondent. ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Petition upon the following party by United States Certified Mail, Return Receipt Requested addressed to:

>Georgia Department of Law
>40 Capitol Square, SW
>Atlanta, GA 30334-1300

This is to certify that I have this day served a copy of the foregoing Petition upon the following party by United States Mail addressed to:

>Georgia Department of Revenue
>P.O. Box 105665
>Atlanta, GA 30348-5665

This 31st day of March, 2017.

*/s/ Vivian D. Hoard*
Vivian D. Hoard, Attorney for Petitioner
Georgia Bar No. 358119
vhoard@taylorenglish.com

Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
770-541-2223 – Telephone
770-434-7376 – Fax

{00909264.DOC / }

- 5 -

Docket NO.: TAX-IIT-1730740

MAIL TO:

JULIE H. CHRISLEY

C/O

✓ VIVIAN D. HOARD, ESQ.
TAYLOR ENGLISH DUMA, LLP
1600 PARKWOOD CIRCLE
SUITE 400
ATLANTA, GA 30339

ALEX SPONSELLER, ESQ.
GEORGIA DEPT. OF LAW
132 STATE JUDICIAL BLDG.
40 CAPITOL SQUARE, SW
ATLANTA, GA 30303

GEORGIA DEPARTMENT OF REVENUE
TRIBUNAL APPEALS GROUP
1800 CENTURY CENTER
SUITE 15313
ATLANTA, GA 30345

Dear Petitioner:

**Copy of Your Petition.** Attached is a file-stamped copy of your Petition as filed with the Georgia Tax Tribunal.

**Automatic Remand for 90 Days.** Pursuant to the Tribunal's procedures, your case has been automatically remanded to the Georgia Department of Revenue for a period of 90 days from the filing date. During this period the Department will work with you to try to resolve this matter. If you do not hear from the Department within 60 days of this letter, you may call the Department at (404) 417-2333 or email the Department's Tribunal Appeals Group at TribunalAppeals@dor.ga.gov.

**Early Termination of Remand Period.** You can terminate the remand period before the end of 90 days by providing written notice to the Department of Revenue. If you terminate the remand period early, the matter will go forward in the Tax Tribunal.

**Answer Filed.** If your case is not resolved during the remand period, the Attorney General's office will file an Answer to your Petition within 30 days of the end of the remand period and will send you a copy. The Answer will identify the Assistant Attorney General who is handling your case. You or, if you are represented by a lawyer, your attorney may contact this person about your case.

**Status Conference.** After an Answer is filed in your case, if you would like to schedule a status conference to discuss how your case will be handled going forward, please contact the undersigned.

**Trials.** In some situations the judge may decide a case based on motions rather than an actual trial. If this does not happen in your case and if the parties do not resolve the case by agreement, your case will be placed on a calendar for trial.

Because the Tribunal currently holds trial calendars every few months, your case could appear on a calendar within 2-3 months of the filing of the Answer by the Revenue Department. In appropriate circumstances, the parties can request that the Tribunal judge allow a longer period during which to prepare the case and file motions before a trial. By agreement of the Tribunal judge, it also is possible for your case to be "specially set" for trial. If your case is "specially set" this means that your case will be scheduled for trial at a specific time and date rather than appear on a calendar that could include many other cases.

If you have any questions regarding this letter, feel free to contact me at ybouras@gataxtribunal.ga.gov or (404) 657-2806.

Very truly yours,

Yvonne Bouras
Tax Tribunal Administrator

*Georgia Tax Tribunal, 225 Peachtree Street NE, Suite 400, Atlanta, GA 30303*

GEORGIA TAX TRIBUNAL

MICHAEL T. CHRISLEY )
)
Petitioner, )
)
v. )    Docket No. 1730734
)
COMMISSIONER OF GEORGIA )
DEPARTMENT OF REVENUE, )
)
Respondent. )

FILED
GA. TAX TRIBUNAL
APR 04 2017
Yvonne Bouras
Tax Tribunal Administrator

## PETITION

PETITIONER HEREBY PETITIONS for a redetermination of the income tax deficiency asserted by the Commissioner of Georgia Department of Revenue ("Respondent") in the Notice of State Tax Execution ("Notice") dated March 6, 2016, respecting the tax year ending December 31, 2009, and as the basis for his case, alleges as follows:

1. Petitioner is Michael T. Chrisley who currently resides at 806 Lynwood Boulevard, Nashville, Tennessee 37205-4543.

2. The Notice, Letter ID L0697410448, was purportedly delivered to Petitioner at his address, 806 Lynwood Boulevard, Nashville, Tennessee 37205-454 and was issued by the Compliance Division. A copy of the Notice is attached to this Petition as Exhibit A.

3. The deficiencies and additions to tax asserted by Respondent are as follows:

| Taxable Year Ended | Tax | Penalty | Interest |
|---|---|---|---|
| December 31, 2009 | $130,199.00 | $58,639.60 | $104,055.00 |

These amounts are in dispute.

{00909262.DOC / }

- 1 -

4. In the Notice Respondent has erred in the following particulars:

    a. In so far as Petitioner can determine at present in asserting that Petitioner owes additional tax.

    b. In so far as Petitioner can determine at present in asserting penalties.

5. The facts, and mixed points of fact and law, upon which Petitioner relies are as follows:

    a. As of the date of this Petition, Petitioner has not received a Notice of Proposed Assessment for the tax year ending December 31, 2009.

    b. As of the date of this Petition, Petitioner has not received a Notice of Assessment for the tax year ending December 31, 2009.

    c. Petitioner timely filed his Form 1040, U.S. Individual Income Tax Return, for the tax year ending December 31, 2009.

    d. Petitioner's filing status for the tax year ending December 31, 2009, was married filing separately.

    e. Petitioner was a partner in Chrisley Asset Management, LLC ("CAM") for the tax year ending December 31, 2009.

    f. CAM managed distressed properties for banks and had offices in Florida, Georgia, and California.

    g. Petitioner worked primarily in Florida during 2009.

    h. CAM timely filed its Form 1065, U.S. Return of Partnership Income, for the tax year ending December 31, 2009 on August 4, 2010.

i. Petitioner's primary residence in Florida was 143 Seaside Avenue, Santa Rosa Beach, Florida 32459 during the tax year ending December 31, 2009.

j. Petitioner's Certified Public Accountant was George Grimsely.

k. Mr. Grimsley's principal place of business was 1708 Metropolitan Boulevard, Tallahassee, Florida 32308 during the tax year ending December 31, 2009.

l. Based on the fact that Mr. Chrisley worked primarily in Florida, George Grimsley advised Petitioner that Petitioner and his wife qualified as Florida residents for the tax year ending December 31, 2009.

m. Petitioner relied on the advice of his Certified Public Accountant, George Grimsley, for the tax year ending December 31, 2009.

n. Petitioner's wife filed a criminal complaint against Mark Braddock for Burglary in the First Degree with the Fulton County Sheriff's Office on December 14, 2012.

WHEREFORE, Petitioner prays after due proceedings:

i  That the Court determine there are no deficiencies for the taxable year ended December 31, 2009;

ii. That if the Court determines Petitioner's residence for tax purposes in 2009 was Georgia, that the Court determine that no penalties are due based on Petitioner's reliance on his accountant.

iii. That Respondent bears the burden of proof as to all issues; and

iv. That the Court grant such other and further relief as it deems appropriate.

                            Respectfully submitted,

                            */s/ Vivian D. Hoard*
                            Vivian D. Hoard
                            Attorney for Petitioner
                            Georgia Bar No. 358119
                            vhoard@taylorenglish.com

Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
770-541-2223 - Telephone
770-434-7376 – Fax

                            */s/ R. Brian Gardner III*
                            R. Brian Gardner III
                            Attorney for Petitioner
                            Georgia Bar No. 451597
                            bgardner@taylorenglish.com

Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
678-336-7180 - Telephone
770-434-7376 – Fax