# Exhibit J

1321307138419

**Georgia Department of Revenue**
COMPLIANCE DIVISION
P.O. BOX 105665
ATLANTA, GA 30348-5665
Telephone: (877) 423-6711

404/ 417-6543
6519404



Peter Donnelly, Deputy Commissioner of Tax          Douglas J. MacGinnitie, State Revenue Commissioner



XNGD3TPC 000315
**JEFFERY BOURASSA**
3834 WYNTUCK CIR NW
KENNESAW GA 30152-4048

RECEIVED
GA DEPT PC
AUG 01 2013
OFR *
728

Letter ID:      L1279271584
Issued Date:    19-Jul-2013
SSN:            ***-**-

## JEOPARDY ASSESSMENT AND DEMAND FOR PAYMENT

The State Revenue Commissioner makes this Jeopardy Assessment and Demand for Payment against you for the tax type, period(s), and amount summarized below. This is in addition to any other liabilities that may have been or may be incurred for this account.

Under the Georgia Public Revenue Code (O.C.G.A. § 48-2-51), the State Revenue Commissioner may issue a jeopardy assessment if a taxpayer gives evidence of intention to leave the state, to remove his property from the state, to conceal himself or his property, to discontinue business, or to do any other act tending to prejudice or render wholly or partly ineffective proceedings to compute, assess, or collect any state tax. The Commissioner may then proceed under the assessment to collect the tax or require the taxpayer to file with him a bond satisfactory to the Commissioner as security for payment of the tax.

Accordingly, a State Tax Execution is being issued and recorded against you in the amount of this assessment and enforced collection activities will be pursued unless you make immediate payment in full or file a bond in accordance with the law.

| Tax Type | Period | Tax | Penalty | Interest | Other | Amount Due |
|---|---|---|---|---|---|---|
| Individual | See Back | 83,540.00 | $20,885.00 | $43,437.20 | $0.00 | $147,862.20 |

**\*\* SEE REVERSE SIDE FOR ADDITIONAL INFORMATION \*\***

---

**ITS-V (Rev. 1/09)**
Integrated Tax System
Payment Voucher


0906907011

JEFFERY BOURASSA
3834 WYNTUCK CIR NW
KENNESAW GA 30152-4048

This payment voucher must be included with your payment. Do not reproduce for another payment.
To pay electronically, go to https://gtc.dor.ga.gov and use 75084402406 as your notice number.

Georgia Department of Revenue
Taxpayer Services Division
P. O. Box 740321
Atlanta, Georgia 30374-0321

| ID TYPE | TAX TYPE | VOUCHER TYPE |
|---|---|---|
| 01 | 09 | 02 |
| PAYMENT NO. | PERIOD END | VENDOR CODE |
| 75084402406 | | 070 |

DO NOT STAPLE OR PAPER CLIP. REMOVE ALL CHECK STUBS.

AMOUNT DUE $    147,862.20

AMOUNT PAID $

069750844024060000000000000000090201070001478622205



CERTIFIED TRUE COPY
AUTHORIZED SIGNATURE

AGENT FOR
GEORGIA DEPARTMENT OF REVENUE
LEGAL AFFAIRS & TAX POLICY

13213071138419

## INFORMATION / PRIVACY ACT REQUEST

GEORGIA ADMINISTRATIVE PROCEDURE ACT
GEORGIA GOVERNMENT DOCUMENTS ACT
GEORGIA RECORDS ACT

TO:   Custodian of the Records            FROM:   Cheri Rau
      Georgia Department of Revenue               3834 Wyntuck Circle
      Compliance Division                         Kennesaw, GA  30152
      P.O. Box 105665
      Atlanta, GA  30048

PURSUANT TO OFFICIAL CODE OF GEORGIA ANNOTATED TITLE CHAPTER 13, SECTIONS 3 AND 9 "ADOPTION OF AGENCY'S RULES OF ORGANIZATION AND PRACTICE, PUBLIC INSPECTION AND VALIDITY OF RULES POLICIES, ORDERS, DECISIONS, AND OPINIONS – PETITION FOR AGENCY'S PROMULGATION OF RULES" TITLE 50, CHAPTER 18, SECTION(S) 70 AND 71 "INSPECTION OF PUBLIC RECORDS, RIGHT OF ACCESS TO MAKE REPRODUCTIONS" I, THE UNDERSIGNED, INDENTIFIED AS ABOVE, RESPECFULLY REQUEST THE FOLLOWING INFORMATION:

All records/documents use to compute tax liability for Jeffrey Bourassa listed on Letter ID L1279271584 dated 19-July-2013.

IF FOR ANY REASON(S) ANY OF THE ABOVE DESCRIBED INFORMATION OR MATERIAL, IS DEEMED TO BE NON-RELEASABLE, PLEASE SPECIFY THE STATUTORY AND REGULATORY RESASON(S) AND THE NAME & TITLE OF THE PERSON(S) MAKING SUCH DECISIONS.

YOUR KIND REPLY WITHIN THE NEXT THREE (3) WORKING DAYS WOULD BE VERY MUCH APPRECIATED, IN THE EVENT THAT I DO NOT RECEIVE ANY REPLY WITHIN THAT TIME, I WILL DEEM THIS FORMAL REQUEST AS DENIED AND WILL HAVE NO ALTERNATE OPTION BUT TO SEEK ACCESS TO THE ABOVE REQUESTED INFORMATION AND MATERIAL, THROUGH THE APPROPRIATE JUDICIAL REMEDIES, SANCTIONED BY O.C.G.A. 50-28-73 "JURISDICTION TO ENFORCE."

RESPECTFULLY SUBMITTED

*Cheri Rau*

SWORN AND SUBSCRIBED BEFORE ME THIS ___29___ DAY OF ___July___, 2013.

_____            MY COMMISSION EXPIRES:
NOTARY PUBLIC                               05-31-15

(SEAL)

| MICKEY F QUINTANA |
| NOTARY PUBLIC |
| Cherokee County - State of Georgia |
| My Comm. Expires May 31, 2015 |

CERTIFIED TRUE COPY
AUTHORIZED SIGNATURE

_____
AGENT FOR
GEORGIA DEPARTMENT OF REVENUE
LEGAL AFFAIRS & TAX POLICY