# Exhibit K

| | |
|---|---|
| **Subject:** | Chrisley IRS Meeting |
| **Location:** | CC-Conference-902 |
| **Start:** | Thu 3/9/2017 10:30 AM |
| **End:** | Thu 3/9/2017 12:30 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Colvin, Katie |
| **Required Attendees:** | Jacobson, Merrill |
| **Resources:** | CC-Conference-902 |

This one doesn't go all night.

1