# Exhibit L

**From:** Purvis, Scott
**Sent:** Friday, May 19, 2017 2:28 PM
**To:** McNeillie, Kenneth; Meek, Lisa
**Cc:** Herndon, Kerry
**Subject:** FW: Tuesday and Wednesday - Next Week

Hey Lisa & Ken

I know you are both out today- but please see below – and we can discuss on Monday.

Can you spare some hands to help next week?

Maybe 3 or 4 per office ?

Thanks !

Scott Purvis
Assistant Director, Compliance
P: 404.417.6438  |  F: 478.314.5710 I Alternate phone 478.471.3600

Customer Service – Operational Efficiency – Employee Engagement

**From:** Purvis, Scott
**Sent:** Friday, May 19, 2017 2:01 PM
**To:** Fin Examiners <finexaminers@gets.onmicrosoft.com>
**Subject:** Tuesday and Wednesday - Next Week

Hey Everyone-

We have to go thru the Chrisley belongings that are stored at South Meadow next week.

Please plan to be at S/Meadow Tuesday and Wednesday – all day. **Dress accordingly.**

We will be reaching out to the Reg Offices for some assistance.

Each of you will have a team of 2 or 3 people- to start going thru boxes, drawers, etc.

Katie will take lead and explain what we need to be on the lookout for- and how to bring it back, etc.

Let me know if you have any questions.

Scott Purvis
Assistant Director
Ga Department of Revenue
Compliance Division
1800 Century Center Blvd N.E. Ste 18104
Phone 404.417.6438
Alt Phone: 478.471.3600 | F: 478.314.5710

1