# EXHIBIT P

30 Ivan Allen, Jr. Boulevard, Northwest • Suite 700 • Atlanta, GA 30308-3036   www.balch.com



CHRISTOPHER S. ANULEWICZ
t: (404) 962-3562
f: (866) 320-6758
e: canulewicz@balch.com

November 14, 2019

VIA E-MAIL

Ms. Kristen Bartholomew
Public Information Officer
Georgia Department of Revenue
1800 Century Blvd., NE
Suite 15300
Atlanta, GA 30345

Re: **Georgia Open Records Request**

Dear Ms. Bartholomew:

Pursuant to the Georgia Open Records Act, O.C.G.A. § 50-18-70, *et seq.* ("Act"), I ask that the Georgia Department of Revenue please provide me with complete copies of the following records within three (3) days of your receipt of this request:

1. All communications related in any way to Michael Todd Chrisley, Julie H. Chrisley, and/or Lindsie Chrisley Campbell sent to and/or received from any Department of Revenue employee, including but not limited to emails, text messages, and phone calls of Joshua Waites, Katie Vancil (formerly known as "Katie Colvin"), Lynne Riley, Alexis Chrisley, Kyle Chrisley, and Lindsie Chrisley Campbell;

2. All payments made to, and reimbursements received by, Lynne Riley from 2014 to the present, including but not limited to travel reimbursements, travel records, and expense reimbursements; and

3. All documents and communications between the Georgia Department of Revenue and federal investigators including but not limited to the Internal Revenue Service, the Federal Bureau of Investigation, and Assistant United States Attorneys, as it relates to the Georgia Department of Revenue's investigation into Michael Todd Chrisley and Julie H. Chrisley from 2014 through the present.

7753054.2

ALABAMA   |   GEORGIA   |   MISSISSIPPI   |   WASHINGTON, DC

Ms. Kristen Bartholomew
November 14, 2019
Page 2

    If you have any questions, please do not hesitate to contact me.

                            Respectfully Submitted,

                            Christopher S. Anulewicz

CSA:sgh

7753054.2



GEORGIA DEPARTMENT OF REVENUE
LEGAL AFFAIRS & TAX POLICY DIVISION
1800 CENTURY BOULEVARD, N.E.
SUITE 15311
ATLANTA, GA 30345

December 31, 2019

VIA HAND DELIVERY

Christopher S. Anulewicz
Balch & Bingham LLP
30 Ivan Allen, Jr. Blvd., NW, Suite 700
Atlanta, GA 30308-3036

Dear Mr. Anulewicz:

Please allow this letter to serve as the Department's formal response to your Open Records Act request dated November 14, 2019 for the following records:

1. All communications related in any way to Michael Todd Chrisley, Julie H. Chrisley, and/or Lindsie Chrisley Campbell sent to and/or received from any Department of Revenue employee, including but not limited to emails, text messages, and phone calls of Joshua Waites, Katie Vancil (formerly known as "Katie Colvin"), Lynne Riley, Alexis Chrisley, Kyle Chrisley, and Lindsie Chrisley Campbell;

2. All payments made to, and reimbursements received by, Lynne Riley from 2014 to the present, including but not limited to travel reimbursements, travel records, and expense reimbursements; and

3. All documents and communications between the Georgia Department of Revenue and federal investigators including but not limited to the Internal Revenue Service, the Federal Bureau of Investigation, and Assistant United States Attorneys, as it relates to the Georgia Department of Revenue's investigation into Michael Todd Chrisley and Julie H. Chrisley from 2014 through the present.

Please be advised that certain portions of these records have been redacted or withheld pursuant to O.C.G.A. §§ 48-2-15, 48-7-60, and O.C.G.A. § 50-18-72(a)(1), (a)(3), (a)(4), (a)(20), (a)(41), (a)(42), and (a)(43).

The cost for the records you have requested is $583.38. Because time is of the essence, enclosed please find the records along with the Department's invoice. The latter represents applicable fees and charges incurred pursuant to the statute.

Best regards,

*Frank M. O'Connell*

Frank O'Connell, Director
Legal Affairs & Tax Policy