IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:19-CR-00297-ELR-JSA |
| TODD CHRISLEY, JULIE CHRISLEY | : |
| and PETER TARANTINO, | : |
| | : |
| Defendants. | : |

## ORDER

On January 25, 2021, the Court held a brief teleconference with the parties to discuss rescheduling the evidentiary hearing, and the Court instructed the parties to provide the Court with some proposed dates.

The parties provided the Court with dates in April. Therefore, for the reason stated in the hearing, the Court reschedules the evidentiary hearing for **April 14 through 15, 2021 at 9:30 a.m**. on both days

The time between February 5, 2021 and April 15, 2021 is excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(I) and (iv), because the Court finds that the ends of justice served by granting the continuance outweigh the defendants' and the public's right to a speedy trial.

**IT IS SO ORDERED** this 5th day of February, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE