## FINESTONE & MORRIS, LLP

ATTORNEYS AT LAW

SUITE 2540 TOWER PLACE

3340 PEACHTREE ROAD, NORTHEAST

ATLANTA, GEORGIA 30326

STUART FINESTONE
BRUCE H. MORRIS
JASON F. WHITE

404/262-2500

WAYNE L. CARDON
(1947-1983)

TELECOPIER
404/231-1930

February 25, 2021

<u>VIA FIRST CLASS MAIL</u>
<u>AND VIA EMAIL TO</u> <asponseller@law.ga.gov>

c/o: Alex Sponseller, Senior Assistant Attorney General: Section Chief
Office of Attorney General Chris Carr
Georgia Department of Law
40 Capitol Square Southwest
Atlanta, Georgia 30334

                             Re:     United States vs. Michael Todd Chrisley
                                          and Julie Chrisley

Dear Alex,

       As discussed, enclosed please find a subpoena for documents in the above referenced matter. While the subpoena calls for a representative of the Georgia Department of Revenue to appear in court on April 14, 2021 at 9:00 AM, a personal appearance will be unnecessary if the documents are provided to undersigned counsel prior to that date. Should the Department of Revenue prefer to provide the documents in advance, please let me know and I will forward an appropriate form to be signed verifying that the documents are true and accurate.

       Thank you for agreeing to accept the subpoena on behalf of the Department of Revenue and should you have any questions concerning the enclosed please feel free to contact me. A hard copy of the subpoena is being mailed to your attention as well.

       Thank you very much for your time and consideration.

                                                   Sincerely,

                                                   Bruce H. Morris

enclosures

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:19-CR-297-ELR-JSA |
| Michael Todd Chrisley, et al | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Custodian of Records
Georgia Department of Revenue

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: US Courthouse 75 Ted Turner Dr. SW Atlanta, GA 30303 | Courtroom No.: 1875 |
|---|---|
| | Date and Time: 4/14/2021  9:00AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:  See Attachment

(SEAL)

Date: 02/24/2021

JAMES N. HATTEN

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Michael Todd Chrisley, Julie, who requests this subpoena, are:
Chrisley

Bruce H. Morris
Finestone and Morris, LLP
3340 Peachtree Road
Suite 2540
Atlanta, Georgia 30326

Stephen M. Friedberg
945 East Paces Ferry Road
Suite 2250
Atlanta, Georgia 30326
(404)-842-7243

Bmorris@fmattorneys.com
(404)-262-2500

## ATTACHMENT

1.   All forms, documents, logs, and/or communications regarding any Georgia Department of Revenue ("DOR") criminal investigation into Michael Todd Chrisley, Julie H. Chrisley, and/or any entity owned or operated by the Chrisleys.

  (a)   This production should include, but is not limited to, documents reflecting when any investigation into the foregoing persons or entities was both opened and closed by DOR.

  (b)   This production should include, but is not limited to, all documents or information potentially mislabeled with the last name of the person referenced as the first name and vice-versa.   For example this information would include documents filed under Chrisley Todd, or Chrisley Michael, rather than Todd Chrisley or Michael Chrisley.

  (c)   This production should also include, but is not limited to, any documents or information intended to be files for the persons referenced above, even if the names were misspelled by DOR.

  (d)   This production should also include, but is not limited to, all documents in the CASE CLOSED case management system and/or the CRIME SCENE SOLUTIONS case management system, including documents or logs showing when the criminal matters were opened and/or closed in these systems.

  (e)   This production should also include, but is not limited to, all documents in the "s:" drive or "share drive" or any other drives kept by DOR where such information might be.

  (f)   This production should also include, but is not limited to, all documents and records reflecting a criminal case number relating to any investigation of Michael Todd Chrisley, Julie H. Chrisley, and/or any entity owned or operated by the Chrisleys. This specifically includes, but is not limited to, any documents referencing the criminal case number 2017-0031.

  (g)   This production should include all documents whatsoever related to any DOR criminal investigations regarding the Chrisleys or any entities they own.

(h)      This production should include requests or communications, by DOR, including but limited to Scott Santille, Katie Vancil, or others that were sent to the Georgia Bureau of Investigation, the Federal Crimes Enforcement Network (Fin-CEN), or any other federal or state law enforcement agency.

(i)      NOTE: as to the Fin-CEN related information, we are asking for the requests generated by DOR and not the information provided to DOR by Fin-CEN.