# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00297-ELR-JSA
## USA v. Chrisley et al
## Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 04/14/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 9:37 A.M. | COURT REPORTER: Viola Zborowski |
| TIME COURT CONCLUDED: 4:54 P.M. | CSO/DUSM: D. Young |
| TIME IN COURT: 7:17 | DEPUTY CLERK: B. Evans |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Todd Chrisley Present at proceedings<br>[2]Julie Chrisley Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephen Friedberg representing Julie Chrisley<br>Thomas Krepp representing USA<br>Bruce Morris representing Todd Chrisley<br>Annalise Peters representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | DFT#1-[36]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT<br>DFT#2-[41]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court held an evidentiary hearing on the defendants' motions to suppress. The defendants' witnesses, sworn and testified: 1) Bill Rawlings and 2) Patty Bezzeti. The Government's witnesses, sworn and testified: 1) Stephen Ryskoski; 2) Kathleen Melissa Vancil; 3) Scott Purvis; 4) Staci Guest and 5) Larry Arrow. The defendants admitted the following exhibits: 3, 5, 7, 9, 12 - 14, 16 -17, 19, 27, 30 - 34, 36 - 37, 40 - 41, 94, 96. The Government admitted the following exhibits: 1, 7, 8 - 11, 101 - 104, 200, 205, 215, 226, 228, 237. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 4/15/21 at 9:30 a.m. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |