# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00297-ELR-JSA
## USA v. Chrisley et al
## Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 04/15/2021.

TIME COURT COMMENCED: 9:34 P.M.
TIME COURT CONCLUDED: 2:02 P.M.
TIME IN COURT: 4:28
OFFICE LOCATION: Atlanta

COURT REPORTER: Viola Zborowski
CSO/DUSM: D. Young
DEPUTY CLERK: B. Evans

| | |
|---|---|
| DEFENDANT(S): | [1]Todd Chrisley Present at proceedings<br>[2]Julie Chrisley Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephen Friedberg representing Julie Chrisley<br>Thomas Krepp representing USA<br>Bruce Morris representing Todd Chrisley<br>Annalise Peters representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MINUTE TEXT: | Testimony of Government's witness, Larry Arrow resumed, followed by the Government's witness, Betty Carter, sworn and testified. The Defendant's witness, LaShaun Wright, sworn and testified. The following exhibits were admitted by the Government: 105-119; 123-125, 207, 230. The following exhibits were admitted by the Defendant: 38, 53, 54, 71. The parties will confer as to the official list of exhibits admitted and provide that list to the court. The transcript is due on May 6, 2021. No later than seven days of receipt of the transcript, the parties are to confer with each other first and submit a joint proposal to the Court for the briefing schedule. If the parties are unable to come to an agreement, the Court directs them to contact the Court to schedule a teleconference. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |