≜AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **GEORGIA**

| | | FILED IN CHAMBERS U.S.D.C ATLANTA |
|---|---|---|
| | Date: | 04/14/2021 |
| | | JAMES N. HATTEN, Clerk |
| | By: | s/B. Evans |
| | | Deputy Clerk |

UNITED STATES OF AMERICA

V.

TODD CHRISLEY and JULIE CHRISLEY

**EXHIBIT AND WITNESS LIST**

Case Number:  1:19-cr-297-ELR-JSA

| PRESIDING JUDGE  Justin S. Anand | PLAINTIFF'S ATTORNEY  Tommy Krepp and Annalise Peters | DEFENDANT'S ATTORNEY  Bruce Morris and Stephen Friedberg |
|---|---|---|
| TRIAL DATE (S)  Evidentiary Hearing | COURT REPORTER  Viola Zborowski | COURTROOM DEPUTY  B. Evans |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/14/2021 | | | Defendant's witness: Bill Rawlings, Real Estate Broker |
| | 94 | 4/14/2021 | x | x | Patti B. Marketing materials and drawing of PPW |
| | 5 | 4/14/2021 | x | x | Lease Docs - T. Chrisley to J. Chrisley |
| | 96 | 4/14/2021 | x | x | Images of Tagged Furniture at PPW |
| | | 4/14/2021 | | | Defendant's witness: Patty Bezzeti, |
| 07 | | 4/14/2021 | x | x | Warehouse pictures |
| 01 | | 4/14/2021 | x | x | Patti B to J. Chrisley email "Chrisley Lease Revised" |
| 237 | | 4/14/2021 | x | x | DOR Organizational Chart |
| | | 4/14/2021 | | | Government's witness: Stephen Ryskoski, FBI Special Agent |
| | | 4/14/2021 | | | Government's witness: Kathleen Melissa Vancil, GA Dept. of Revenue Employee |
| 205 | | 4/14/2021 | x | x | K. Vancil email with Alexus |
| 101 | | 4/14/2021 | x | x | IRS ICS Transcript by B. Carter re: call with K. Colvin (DOR) |
| 200 | | 4/14/2021 | x | x | GA Dept. of Revenue email |
| 226 | | 4/14/2021 | x | x | OSI case file / 314 (a) Investigation |
| | 36 | 4/14/2021 | x | x | Inventory List |
| 8-11 | | 4/14/2021 | x | x | Videos 1-4 |
| 215 | | 4/14/2021 | x | x | K Vancil email re: Chrisley account "I am a little passionate about it" |
| | 7 | 4/14/2021 | x | x | 2016 GDOR Internal Todd Chrisley Meeting Email |
| | 3 | 4/14/2021 | x | x | GENTEX Logs |
| | 9 | 4/14/2021 | x | x | February 7, 2017 GDOR/Federal Communication |
| | 14 | 4/14/2021 | x | x | GDOR FinCENT Emails |
| | 12,14 | 4/14/2021 | x | x | Subpoenas - Angel Oak Home Loans - 12; Greater Atlanta Christian School - 13 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| US | | vs. | | Chrisley et al | CASE NO. 1:19-cr-297-ELR-JSA |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 13 | 4/14/2021 | x | x | Subpoena - Greater Atlanta Christian School |
| | 16,17 | 4/14/2021 | x | x | Subpoenas - (Bank of America - 16); (Printer & Parts Warehouse - 17) |
| | 19 | 4/14/2021 | x | x | Subpoena - LGE Community Credit Union |
| | 30- | 4/14/2021 | x | x | Subpoenas - GA. United Credit -30, TD Bank -31, Lincoln National -32, Comp Share- 33, Fifth Third - |
| | 27 | 4/14/2021 | x | x | Subpoena- JP Morgan Chase Bank |
| | 18 | 4/14/2021 | x | x | Text messages Between Waites and Vancil |
| | 21 | 4/14/2021 | x | x | March 2017, GDOR/Federal Communication |
| | 25 | 4/14/2021 | x | x | Entry of Levy for 470 Satellite Blvd. (CubeSmart) |
| | 26 | 4/14/2021 | x | x | Box Inventory |
| | 29 | 4/14/2021 | x | x | 2017 GDOR Internal Chrisley IRS Meeting Email |
| | 37 | 4/14/2021 | x | x | Georgia Tax Tribunal Appeals |
| | 40- | 4/14/2021 | x | x | GDOR GCIC Emails-40;GDOR Emails concerning search of seized property-41 |
| | | 4/14/2021 | | | Government's Witness: Scott Purvis, GA Dept. of Revenue Agent (Retired) |
| 102 | | 4/14/2021 | x | x | Internal IRS Emails re: potential criminal investigation |
| 103 | | 4/14/2021 | x | x | Email from L. Wright to L. Arrow providing contact info for Rufus Payne |
| 104 | | 4/14/2021 | x | x | Emails to/from K. Colvin (DOR) and L. Arrow re: meeting |

Page  2   of   2   Pages