U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 1 5 2022

Kevin P. Weimer, Clerk
By _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2017R01038)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.    1:19-CR-297

MAGISTRATE CASE NO.

X Indictment
DATE: February 15, 2022

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
TODD CHRISLEY, A/K/A MICHAEL TODD CHRISLEY

FIRST SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?   X Yes   No

Will the defendant require an interpreter?    Yes   X No

District Judge:

Attorney: Thomas J. Krepp
Defense Attorney: Bruce H. Morris