**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| TODD CHRISLEY, ) | Criminal Indictment No. |
| JULIE CHRISLEY, and ) | 1:19-cr-00297-ELR-JSA |
| PETER TARANTINO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MICHAEL TODD CHRISLEY AND JULIE H. CHRISLEY'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants Michael T. Chrisley and Julie H. Chrisley ("the Chrisleys") hereby move the Court for an Order granting leave for Defendants to file under seal their Brief in Response to United States' Motion for Determination of Applicability of Attorney-Client Privilege.

In support of this Motion for Leave to File Under Seal, the Chrisleys state the following:

The United States appointed a "Filter Team" to review emails and other materials it obtained through subpoenas or otherwise in the above-styled matter. The Filter Team was to filter from the production to the Prosecution Team any materials that were non-responsive to the subpoenas and that were subject to attorney-client

privilege protection or other privilege protection. The Filter Team in this case filed a Motion for Determination of Applicability of Attorney-Client Privilege [Doc. 181]. Because this Motion attached attorney-client privileged communications, the Filter Team moved for it to be filed under seal and the Court granted that motion to file under seal.

The Chrisleys' Response to the Motion for Determination of Applicability of Attorney-Client Privilege filed contemporaneously herewith, also contains references to attorney-client privileged documents. Accordingly, the Chrisleys respectfully request that the Court permit their Response to also be filed under-seal, with unredacted copies sent only to Assistant United States Attorney Amy Palumbo, counsel for the Filter Team.

Respectfully submitted this 26th day of April, 2022.

> */s/Christopher S. Anulewicz*
> Bruce H. Morris
> Georgia Bar No. 523575
> bmorris@fmattorneys.com
> **Finestone, Morris & White, LLP**
> Suite 2540 Tower Place
> 3340 Peachtree Road, N.E.
> Atlanta, Georgia 30326
> Telephone:  (404) 262-2500
> *Attorney for Todd Chrisley*
>
> Stephen M. Friedberg
> Georgia Bar No. 277350
> steve@smflawdawg.com

Suite 2250, Resurgens Plaza
945 East Paces Ferry Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 842-7243
*Attorney for Julie Chrisley*

Christopher S. Anulewicz
Georgia Bar No. 020914
canulewicz@balch.com
Jonathan R. DeLuca
Georgia Bar No. 228413
jdeluca@balch.com
**Balch & Bingham LLP**
30 Ivan Allen, Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

*Attorneys for Todd Chrisley and Julie Chrisley*

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 26th day of April, 2022.

>  */s/ Christopher S. Anulewicz*
> Christopher S. Anulewicz

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2022, I caused the foregoing **Motion For Leave to File Under Seal** to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz