# Exhibit A

# FINESTONE & MORRIS, LLP

ATTORNEYS AT LAW

SUITE 2540 TOWER PLACE

3340 PEACHTREE ROAD, NORTHEAST

ATLANTA, GEORGIA 30326

404/262-2500

STUART FINESTONE
BRUCE H. MORRIS
JASON F. WHITE

WAYNE L. CARDON
(1947-1983)

TELECOPIER
404/231-1930

February 28, 2020

VIA EMAIL <thomas.krepp@usdoj.gov; annalise.peters@usdoj.gov>
AND FIRST-CLASS MAIL
Thomas J. Krepp
Annalise K. Peters
Assistant United States Attorneys
U.S. Attorney's Office, Northern District of Georgia
75 Ted Turner Drive, Suite 600
Atlanta, Georgia 30303

Re:   United States v. Chrisley
        Case No. 1:19-CR-297-ELR-JSA
        Rule 16 Expert Notification

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(B) and (C), defendants Michael Todd
Chrisley and Julie Chrisley hereby provide the Government with the following summary of
expert testimony that may be offered during the course of the upcoming trial of the above
matter.  The Rule requires that defendants provide a summary which "shall describe the
witness' opinions, the bases and the reasons for those opinions, and the witness's
qualifications."

Defendants designate the following expert witnesses who <u>may</u> testify at the trial of this case:

1.    Leron E. Rogers, Esq.

      Mr. Rogers is an attorney and member of the State Bar of Georgia.  It is anticipated that
      in addition to testifying as a fact witness to the incorporation and organization of 7C's
      Productions, Inc., Mr. Rogers will testify as to the legal status and responsibilities of
      officers, directors and owners of corporations.

      Mr. Rogers' biography and education may be found at the law firm website of Lewis
      Brisbois, louisbrisbois.com.  His current address is 1180 Peachtree Street, NE, Suite
      2900, Atlanta, Georgia 30309.  His personal email address is
      leron.rogers@louisbrisbois.com.

      Mr. Rogers' testimony may be expanded based upon evidence and testimony provided
      by the Government and government witnesses at trial.

2.    Robert C. Furr, Esq.

      Robert C. Furr, Esq. is an attorney at law with the law firm Furr Cohen.  Mr. Furr is a
      member of the State Bar of Georgia and the State Bar of Florida.  It is anticipated that

his testimony as an expert will address the effects of bankruptcy on Todd Chrisley's and Julie Chrisley's ability to negotiate terms of payment of federal income taxes as well as the effects of bankruptcy on IRS collection of federal income taxes. Additionally, Mr. Furr may provide factual testimony regarding the circumstances of the bankruptcy of Todd Chrisley and Chrisley Asset Management. Mr. Furr may be contacted through his law firm Furr Cohen, P.A., 2255 Glades Road, Suite 301E, Boca Raton, Florida 33431. His personal email address is rfurr@furrcohen.com. His phone number is (561) 417-1563.

Mr. Furr's testimony may be expanded based upon further discovery provided by the Government and by testimony provided by the Government's witnesses.

3.    William Salinski, CPA

Mr. Salinski, the President of Financial Investigation Consultants, LLC, is a retired IRS-CI Special Agent and an expert in financial investigations, forensic accounting and money laundering. A copy of his Curriculum Vitae is attached hereto as Exhibit 1. Mr. Salinski is a Certified Public Accountant, a licensed private investigator, and a member of the Georgia Society of Certified Public Accountants.

Mr. Salinski's anticipated testimony in this case will be based on his training, his experience and expertise, as well as his review and analysis of IRS documents relating to Todd and Julie Chrisley, financial documents, including bank account records and monetary transactions, as well as related email correspondence. The extent of his testimony will be dependent upon, and in response to, the testimony of Government witnesses.

Mr. Salinski's testimony may be expanded based upon further discovery provided by the Government and by testimony provided by the Government's witnesses.

4.    Anthony Kosednar – Valkyrie Security Group, LLC

It is anticipated that Mr. Kosednar will testify with regard to the technical evaluation and analysis of domains, computers and email accounts of Michael Todd Chrisley, Julie Chirsley and Chrisley Asset Management. A copy of Mr. Kosednar's Curriculum Vitae is attached hereto as Exhibit 2. Mr. Kosednar's report, including a written summary of his findings, his opinions, the bases and reasons for those opinions, is attached hereto as Exhibit 3.

5.    George Grimsley

Mr. Grimsley is a Certified Public Accountant with the firm of Grimsley & Company, CPA's, PA. His home and office are located in Tallahassee, Florida. Government counsel has his contact information as he has previously been subpoenaed by the Government to the grand jury. Mr. Grimsley's testimony is expected to cover the deductibility for federal income tax purposes of payments made to Rialto Capitol. He may also give expert testimony regarding the rationale and legality of filing separate tax returns for married individuals in general and Todd and Julie Chrisley in particular.

Mr. Grimsley's testimony may be expanded based upon evidence presented by the Government through witness testimony or argument.

6.    Bruce Seckendorf

Mr. Seckendorf is a Certified Public Accountant with the firm of Seckendorf Hassan & Reilly, CPA's LLC located at 3000 Marcus Avenue, Suite 3W4, Lake Success, New York 11042.  His email address is bruce@shrcpas.com. It is anticipated that Mr. Seckendorf's testimony will be that payments to Rialto Capital were properly deducted on the Defendants' federal income tax returns.

At the present time, defense counsel have not received written reports from any of the above potential expert witnesses other than Mr. Kosednar.  It is anticipated that each expert will provide written opinions and same will be provided to the Government in a timely fashion. Counsel are available to discuss the anticipated testimony of each witness with Government counsel.

Defense counsel also reserve the right to supplement this disclosure by providing additional information and by designating additional experts based on any newly discovered evidence or its review of any new reports provided by such experts.

Should you have any questions, please feel free to contact us.

Sincerely,

Bruce H. Morris

Stephen M. Friedberg

BHM/ma
enclosures