# Exhibit B



CHRISTOPHER S. ANULEWICZ<br>
t: (404) 962-3562<br>
f: (866) 320-6758<br>
e: canulewicz@balch.com

April 29, 2022

VIA EMAIL

Thomas J. Krepp
Annalise Peters
Assistant United States Attorneys
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

  Re: **Supplemental Reciprocal Discovery and Expert Witness Disclosure**
     *United States of America v. Todd Chrisley, et al.*
     U.S.D.C., Northern District of Georgia, Atlanta Division
     Case No. 1:19-cr-00297-ELR-JSA

Dear Counsel:

  On February 28, 2020 and April 8, 2020, co-counsel Bruce Morris sent letters to you pursuant to Federal Rule of Criminal Procedure 16(b)(1)(B) and (C) to identify experts and provide a summary of expert testimony that will be offered by the Chrisleys at trial. I note the April 8, 2020 letter was also intended to identify the scope of any attorney-client privilege waivers pursuant to our agreement to do so.

  As to Leon E. Rogers and Robert C. Furr, they will testify regarding the issues per Mr. Morris's prior letters. Any waiver of privilege will only extend to those issues identified in Mr. Morris's letter. The privilege will not be waived as to any other matters.

  We also supplement our prior disclosures to include:

1. Manny Kressel. Mr. Kressel is an expert in the area of information technology and computer forensics. He will testify about the issues in the attached reports. He will also offer fact and expert testimony regarding what occurred during his examination of computers at issue and remote access of these computers.

2. Monica Gilroy. Ms. Gilroy was a lawyer for Mr. Chrisley. She will testify regarding the sale of two properties for Mr. Chrisley that were made to satisfy tax liens and we will provide emails regarding these with our upcoming supplemental production. Any waiver

Thomas J. Krepp
Annalise Peters
April 29, 2022
Page 2

of privilege will only extend to those issues Ms. Gilroy will testify regarding. The privilege will not be waived as to any other matters.

Thank you.

Sincerely,

Christopher S. Anulewicz

CSA:sgh