IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *v.*<br><br>TODD CHRISLEY (A/K/A MICHAEL TODD CHRISLEY),<br>JULIE CHRISLEY, AND<br>PETER TARANTINO | Criminal Action No.<br><br>1:19-CR-297-ELR-JSA |

**United States' Unopposed Motion to Divide Case Agent's Testimony**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Thomas J. Krepp and Annalise K. Peters, Assistant United States Attorneys for the Northern District of Georgia, files this Unopposed Motion to Divide Case Agent's Testimony.

**Argument**

The United States plans to call one of the case agents, FBI Special Agent Steve Ryskoski, to testify at trial about numerous issues related to all of the charged offenses in this case: bank fraud, wire fraud, obstruction of justice, and the various tax-related offenses.  Among other things, Agent Ryskoski will testify about evidence that was seized, voluminous bank and financial records he has reviewed and analyzed, and his interview of Peter Tarantino. Agent Ryskoski's testimony will assist the jury in understanding the evidence related to all of the above-listed offenses.

1

The United States anticipates it will take approximately two and a half weeks to present its case in chief.  Given that Agent Ryskoski will provide testimony and evidence related to the bank fraud offenses (committed from approximately 2007 to 2012), wire fraud offense (committed around 2014), tax offenses (committed 2010-2018), and obstruction of justice (committed in 2019), bifurcating his testimony will simplify issues in a lengthy trial and help avoid jury confusion.  For this reason, the United States requests that it be permitted to call Agent Ryskoski twice—once to testify about the bank and wire fraud schemes, and once to testify about the tax offenses and obstruction of justice.[1] The United States has conferred with the defendants, who do not object to dividing Agent Ryskoski's testimony.[2]

---

[1] The United States anticipates that Agent Ryskoski will testify about the Rule 404(b) evidence as well.

[2] The United States has informed the Chrisleys that it does not object to bifurcating the testimony of their investigator, Bill Salinski, and has no objection to Mr. Salinski remaining in the courtroom during the course of the trial.

## Conclusion

Accordingly, the United States respectfully requests that the Court permit the United States to bifurcate the testimony of Special Agent Steve Ryskoski at trial.

Respectfully submitted,

RYAN K. BUCHANAN
  *United States Attorney*

/s/THOMAS J. KREPP
  *Assistant United States Attorney*
  Georgia Bar No. 346781
  thomas.krepp@usdoj.gov

/s/ANNALISE K. PETERS
  *Assistant United States Attorney*
  Georgia Bar No. 550845
  annalise.peters@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        Counsel for Todd Chrisley
        Counsel for Julie Chrisley
        Counsel for Peter Tarantino

May 6, 2022

        /s/ ANNALISE K. PETERS
        ANNALISE K. PETERS
        *Assistant United States Attorney*