| | |
|---|---|
| **From:** | Michael Chrisley |
| **Subject:** | Fwd: N⬛⬛⬛⬛t Setup |
| **To:** | gfg041⬛⬛⬛⬛ |
| **Sent:** | July 3, 2013 3:08 PM (UTC-04:00) |
| **Attached:** | (7C's) Certificate of Incorporation.pdf, (7C's) EIN.pdf |

for your records!!!

---------- Forwarded message ----
From: **Julie Chrisley** <jchrisley1⬛⬛⬛⬛>
Date: Wed, Jul 3, 2013 at 3:05 PM
Subject: New A
To: brian.x.dow⬛⬛⬛⬛


Brian,

Hey!  Hope you are doing well.  I need to open a new account.
The name will be 7C's Production, Inc.
I am attaching the EIN and the Formation Documents.

Please let me know if you need anything else.

Thanks,

Julie

Control No.: 13427290

# STATE OF GEORGIA

**Secretary of State**
Corporations Division
313 West Tower
#2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

# CERTIFICATE OF INCORPORATION

I, **Brian P. Kemp,** The Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**7C'S PRODUCTIONS, INC.**
a Domestic For-Profit Corporation

is hereby issued a CERTIFICATE OF INCORPORATION under the laws of the State of Georgia on **July 02, 2013** by the filing of all documents in the Office of the Secretary of State and by the paying of all fees as provided by Title 14 of the Official Code of Georgia Annotated.

**WITNESS** my hand and official seal in the City of Atlanta and the State of Georgia on July 03, 2013

Brian P. Kemp
Secretary of State

Tracking #: WDs3OGvg

# Articles of Incorporation

**The Name of the Corporation:**
7C's Productions, Inc.

**The Principal Place of Business:**
10945 State Bridge Road
Suite 401-300
Alpharetta, Georgia 30022

**Registered Agent's Name and Address:**
Leron E. Rogers, Esq.
1180 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30309, Fulton County

**Effective Date:** July 02, 2013

**Optional Provisions:**

**Shares:**
1000000

**Incorporators:**

Leron E. Rogers Esq.

1180 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30309


**IN WITNESS WHEREOF, the undersigned has executed these Articles of Incorporation on the date set forth below:**
**Signed by: Leron E. Rogers Esq.**
**Attorney-in-Fact**

**Date: July 02, 2013**


DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:  07-03-2013

Employer Identification Number:
███████2606

Form:  SS-4

Number of this notice:  CP 575 A

7CS PRODUCTIONS INC
% JULIE CHRISLEY
10945 STATE BRIDGE RD STE 401-300
ALPHARETTA, GA  30022

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN ███████2606. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

            Form 1120                          03/15/2014

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, *Election by a Small Business Corporation*.

```
(IRS USE ONLY)    575A              07-03-2013   7CSP  B  9999999999  SS-4
```

                                Keep this part for your records.        CP 575 A (Rev. 7-2007)
----------------------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                                          CP 575 A
correct any errors in your name or address.
                                                                                 9999999999

Your Telephone Number   Best Time to Call   DATE OF THIS NOTICE: 07-03-2013
 (    )      -                              EMPLOYER IDENTIFICATION NUMBER: 2606
                                            FORM:  SS-4                    NOBOD


INTERNAL REVENUE SERVICE                    7CS PRODUCTIONS INC
CINCINNATI  OH   45999-0023                 % JULIE CHRISLEY
                                            10945 STATE BRIDGE RD STE 401-300
                                            ALPHARETTA, GA  30022