**From:** Lee White
**Subject:** Re:
**To:** Michael Chrisley
**Sent:** April 16, 2014 6:33 PM (UTC-04:00)

Understood.

On Apr 16, 2014, at 3:12 PM, "Michael Chrisley" <mchrisley1​> wrote:

> great, thanks. I would like one point of contact in the beginning please.
>
> On Wed, Apr 16, 2014 at 6:10 PM, Lee White <LWhite​> wrote:
>
>> The point of contact is completely up to you. Some clients like dealing with multiple agents, and others prefer having one person that is the quarterback for the group. I am more than happy to be the point person if that is what you prefer. Bri will help me.
>>
>> I agree that the contracts should stay with 7c's. That is standard.
>>
>> **From:** Michael Chrisley [mailto:mchrisley1]
>> **Sent:** Wednesday, April 16, 2014 2:39 PM
>> **To:** Lee White
>> **Subject:**
>>
>> Lee,
>>
>> Just so we are clear, will you be my point of contact with the Agency or how does that work again? Also, the way our contracts are set up is thru 7c's productions, and 7c's has contracts with all the talent and agrees to provide our services per what they contract us out for, this will need to stay the same for asset protection, please advise.
>>
>> Lee W
>> lwhite

Lee W
lwhite