**From:** Todd Chrisley
**Subject:** Re: Payment
**To:** Margaret Riley King Assistant
**Sent:** November 24, 2014 7:39 PM (UTC-05:00)

Yes, 7C's

Sent from my iPhone

On Nov 24, 2014, at 6:37 PM, Margaret Riley King Assistant <MKing_asst[redacted]> wrote:

> Good evening, Todd —
>
> In terms of next steps with Karen we're having our business affairs team draft up a collaboration agreement that you and Karen will sign, but first we need to know whether you'd like to use your 7Cs loanout for all future literary payments. Let me know whenever you get a chance and we'll get this agreement sent out to you asap.
>
> We're thrilled you two will be working together!
>
> Yours,
> Chelsea
>
>
> Chelsea Drake | WME
> Assistant t                    g
> [redacted]