**From:** Michael Chrisley
**Subject:** Re: Health Insu⬛⬛⬛st RESOLVED {Secure Message}
**To:** christy.watrous⬛⬛⬛
**Cc:** Peter Tarantino
**Sent:** February 12, 2016 5:45 PM (UTC-05:00)

Absolutely, all the kids are salaried and receive a W2...

Sent from my iPhone

On Feb 12, 2016, at 4:29 PM, <christy.watrous⬛⬛⬛> <christy.watrous⬛⬛⬛> wrote:

> Hi Again Todd,
>
> Can a document be provided that lists all of these employees as working 30+ hours weekly?
>    -Each employee to be documented on ==a current Quarterly **Federal Wage Tax statement**==,
> Absence of this documentation can cause a Carrier to reject the group case.
> Maybe your accountant can advise on this.
>
> *Warmest Regards,*
>
> *Christy Watrous*
> *Insurance Advisor*
> christy⬛⬛⬛
> Phone: ⬛⬛⬛ | Facsimile: ⬛⬛⬛ | Toll Free: ⬛⬛⬛
> 3438 Peachtree Rd., Suite 1100, Atlanta GA  30326
>
> <image001.jpg>
>
> *Individual Insurance Advisor with Northwestern Benefit Corporation of Georgia* - participating in Strategic Employee Benefit Services, a nationwide marketing program providing employee benefit services exclusively through Northwestern Mutual Financial Network. Northwestern Mutual Financial Network (NMFN) is the marketing name for the sales and distribution arm of The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) and its subsidiaries and affiliates.
>
> Your transmission of electronic mail to this address represents your consent to two-way communication by Internet e-mail. If you received this in error, please contact the sender and delete the material from any computer on which it exists.
>
> ---
>
> **From:** Michael Chrisley [mailto:mchrisley1@⬛⬛⬛]
> **Sent:** Friday, February 12, 2016 4:25 PM
> **To:** WATROUS, CHRISTY /GA008
> **Subject:** Re: Health Insurance Quest RESOLVED {Secure Message}
>
> We have myself that's with 7C's productions, all the kids are with 7C's and are adults and we have two assistants that are with 7c's that are employees as well, keep in mind all the kids are employees of 7C's and have contracts from the network to show that.
>
> Sent from my iPhone
>
> On Feb 12, 2016, at 3:06 PM, <christy.watrous⬛⬛⬛> <christy.watrous⬛⬛⬛> wrote:
>
>> Todd,
>>
>> The eligible group employer must have:
>>    • At least two W-2 employees,

- ℜ• That are not dependents w/in the same family,
- ℜ• Each employee to be documented on a current Federal Wage Tax statement,
- ℜ• To which a valid established employer Federal Tax ID number is assigned.

I understand that in the recent past, a group plan for the Chrisley family was terminated by the Carrier since the employer structure didn't meet these requirements.
Have the dynamics changed to support a group product offer? If so, I can check w/ various Carriers to seek approval to quote and pursue.

*Warmest Regards,*

*Christy Watrous*
Insurance Advisor
christy
Phone: ▮ | Facsimile: ▮ | Toll Free: ▮
3438 Peachtree Rd., Suite 1100, Atlanta GA 30326

<image001.jpg>

*Individual Insurance Advisor with Northwestern Benefit Corporation of Georgia* - participating in Strategic Employee Benefit Services, a nationwide marketing program providing employee benefit services exclusively through Northwestern Mutual Financial Network. Northwestern Mutual Financial Network (NMFN) is the marketing name for the sales and distribution arm of The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) and its subsidiaries and affiliates.

**Your transmission of electronic mail to this address represents your consent to two-way communication by Internet e-mail. If you received this in error, please contact the sender and delete the material from any computer on which it exists.**

**From:** Michael Chrisley [mailto:mchrisley1▮]
**Sent:** Friday, February 12, 2016 3:03 PM
**To:** WATROUS, CHRISTY /GA008
**Subject:** Re: Health Insurance Quest RESOLVED {Secure Message}

What do we have to do to get into a group ?

Sent from my iPhone

On Feb 12, 2016, at 1:18 PM, <christy.watrous▮> <christy.watrous▮> wrote:

> Hi Todd,
>
> The Gold plan options are as good as it gets now in this non-group Georgia market. A review of the Summary Plan Description attached is a good idea. Highlights include:
> - ℜ• Lower copayment only due for primary/specialty provider care visits.
> - ℜ• Many Preventive Care services are encouraged and require no cost sharing at all.
> - ℜ• Most Generic and Preferred Brand medications are provided at smaller copayments only.
> - ℜ• 90% coverage after a $1,750 deductible- 2 deductibles per family.
>
> Overall, you wouldn't experience the higher cost sharing events- at 10%

after the deductible- unless there are inpatient hospital stays, outpatient surgeries, extensive radiology services, lab work needs, ER visits, etc.  Should there be a more serious event, then your liability is capped for in network covered services as previously described.

If you want to review the plan summary in more detail together, let me know a convenient time to discuss details.

*Warmest Regards,*

*Christy Watrous*
*Insurance Advisor*
christy
Phone                    | Facsimile:                    | Toll Free:
3438 Peachtree Rd., Suite 1100, Atlanta GA  30326

<image001.jpg>

*Individual Insurance Advisor  with Northwestern Benefit Corporation of Georgia* - participating in Strategic Employee Benefit Services, a nationwide marketing program providing employee benefit services exclusively through Northwestern Mutual Financial Network.  Northwestern Mutual Financial Network (NMFN) is the marketing name for the sales and distribution arm of The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) and its subsidiaries and affiliates.

**Your transmission of electronic mail to this address represents your consent to two-way communication by Internet e-mail.  If you received this in error, please contact the sender and delete the material from any computer on which it exists.**

**From:** Michael Chrisley [mailto:mchrisley1              ]
**Sent:** Friday, February 12, 2016 12:46 PM
**To:** WATROUS, CHRISTY /GA008
**Subject:** Re: Health Insurance Quest RESOLVED

So we have to pay 8500 a year out of pocket for the family including deductible , plus pay more for less coverage? This is the craziest thing I've ever heard of . What does this policy actually cover ?

Sent from my iPhone

On Feb 12, 2016                    AM, <christy.watrous              >
<christy.watrous              > wrote:

> Todd,
>
> The out of pocket maximum for the family is twice the individual amount of $4,250 or $ 8,500 including the deductible for the calendar year.
>
> *Warmest Regards,*
>
> *Christy Watrous*
> *Insurance Advisor*
> christy
> Phone:                    | Facsimile:                    | Toll

Free: ▮▮▮▮▮▮▮▮▮
3438 Peachtree Rd., Suite 1100, Atlanta GA  30326

<image001.jpg>

*Individual Insurance Advisor  with Northwestern Benefit Corporation of Georgia –*
participating in Strategic Employee Benefit Services, a nationwide marketing program providing employee benefit services exclusively through Northwestern Mutual Financial Network.  Northwestern Mutual Financial Network (NMFN) is the marketing name for the sales and distribution arm of The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) and its subsidiaries and affiliates.

**Your transmission of electronic mail to this address represents your consent to two-way communication by Internet e-mail.  If you received this in error, please contact the sender and delete the material from any computer on which it exists.**

**From:** Michael Chrisley [mailto:mchrisley1▮▮▮▮▮▮▮▮]
**Sent:** Thursday, February 11, 2016 6:33 PM
**To:** WATROUS, CHRISTY /GA008
**Subject:** Re: Health Insurance Quest RESOLVED

so what is our total out of pocket for the family that we will have to pay for the year? 4k per person?

On Thu, Feb 11, 2016 at 4:54 PM, <christy.watrous▮▮▮▮▮▮▮▮> wrote:

> Hi,
>
> I sure hope Savannah is going to be okay.
>
> For ER services, there is a $400 copayment for an ER visit plus an additional 10% of the covered charges due after a $1,750 deductible. Additional out of pocket responsibility will likely be billed to you later. (See summary attached- mid way down page 1 for Emergency Room benefits.)
>
> All Carriers have modified benefits for this high cost service shifting additional cost sharing to members- particularly in the non-group market. ER visits are a more costly method of care and unfortunately frequently used for non- emergency treatment. (I am certainly not implying that to be the case here!)
> To encourage Urgent Care center use over the ER when possible, these plan design changes are common throughout the market.
>
> These out of pocket costs for covered services will accumulate toward the $4,250 single enrollee out of pocket maximum for the year. It appears that over half of that amount will be met for Savannah from this one claim.
>
> Health care cost issues have not been fully addressed with all the reforms. Itâ€™s unfortunate that we all have to pay more. Health care costs have never been higher. I wish I had a different response for you.

If additional questions evolve or if further assistance is needed, please let me know.
Take Care.

*Warmest Regards,*

*Christy Watrous*
Insurance Advisor
christy
Phone ▮▮▮▮ | Facsimile: ▮▮▮▮ | Toll Free: ▮▮▮▮
3438 Peachtree Rd., Suite 1100, Atlanta GA  30326

<image001.jpg>

*Individual Insurance Advisor with Northwestern Benefit Corporation of Georgia* - participating in Strategic Employee Benefit Services, a nationwide marketing program providing employee benefit services exclusively through Northwestern Mutual Financial Network. Northwestern Mutual Financial Network (NMFN) is the marketing name for the sales and distribution arm of The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) and its subsidiaries and affiliates.

**Your transmission of electronic mail to this address represents your consent to two-way communication by Internet e-mail. If you received this in error, please contact the sender and delete the material from any computer on which it exists.**

**From:** Michael Chrisley [mailto:mchrisley1▮▮▮▮]
**Sent:** Thursday, February 11, 2016 5:12 PM
**To:** WATROUS, CHRISTY /GA008; Julie Chrisley; Savannah Chrisley
**Subject:** Re: Health Insurance Quest RESOLVED

hello,

Savannah just had to go to the hosital last night and the co-pay was 400 dollars, how is this possible? we have NEVER had a copay that high.

On Mon, Feb 1,         21 AM, <christy.watrous▮▮▮▮> wrote:

> Good Morning Todd,
>
> Good News here.
> I have been in touch w/ BCBSGA. The Blue Cross Blue Shield of GA Gold Plan has been approved to be issued effective 2/1/16. Dental and Vision coverage are also in place. The benefit summaries are attached.
>
> The Member number assigned for your family is ▮▮▮▮ **7109.** It will take a bit more time for the BCBS billing and membership area to finalize the entry so if any of the Chrisley's need access to care and your insurance information is needed, you can share this member number for verification that coverage is set to be active 2/1/16. In

the next 24-48 hours, you should be able to register through the member portal and print temporary ID cards for use until the hard cards and new member info arrives by mail at the Acworth, GA address. (www.bcbsga.com)

I know you are relieved as I am for you that this effort was successful!
No further activity seems necessary _unless you want to pursue a 1/1/16 retroactive start date based on the Humana plan discontinuation which allows a Qualifying Life Event for this type enrollment._

If further assistance is needed, please let me hear from you.

Thank you for choosing Northwestern Benefit Corporation as your health benefits broker.

*Warmest Regards,*

*Christy Watrous*
Insurance Advisor
**christy**
Phone:                Facsimile:
Toll Free:
3438 Peachtree Rd., Suite 1100, Atlanta GA  30326

<image001.jpg>

*Individual Insurance Advisor with Northwestern Benefit Corporation of Georgia* - participating in Strategic Employee Benefit Services, a nationwide marketing program providing employee benefit services exclusively through Northwestern Mutual Financial Network.  Northwestern Mutual Financial Network (NMFN) is the marketing name for the sales and distribution arm of The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) and its subsidiaries and affiliates.

**Your transmission of electronic mail to this address represents your consent to two-way communication by Internet e-mail.  If you received this in error, please contact the sender and delete the material from any computer on which it exists.**

**From:** Michael Chrisley [mailto:mchrisley1            ]
**Sent:** Sunday, January 31, 2016 2:00 AM
**To:** WATROUS, CHRISTY /GA008
**Subject:** Re: Health Insurance Quest

Christy,

Good evening.  The application has been submitted.

The application control #                65668

Thanks so much,

Todd

On Sat, Jan 30, 201         6 PM,
<christy.watrous@           > wrote:

Hello Todd,

Thanks for your helpful call this afternoon. I am now encouraged that retroactive coverage for your family can be pursued. I am about to call you to discuss.

I have just emailed you a BCBSGA quote for their Gold Plan option. Please complete the application and submit.

The guidelines within the non-group health insurance market allow entry into the market based on two events.

1. The Annual Open Enrollment Period that ends 1/31/16 for the 2016 Plan year enrollment.

2. Qualifying Life Events- a 60 day window from a triggering event warrants a Special Enrollment Period.

> Two such events *could* apply for your situation:
>
> > a. The recent residence update you described. This event may have no impact since the move occurred beyond 60 days;
> >
> > b. The discontinuation of the prior BCBS plan as of 12/31/15 seems to be a valid event. Retroactive coverage to 1/1/16 could be pursued.
>
> **Was that coverage w/ the Georgia BCBS plan?** I may be able to obtain info from them if so.

*Warmest Regards,*

*Christy Watrous*
*Insurance Advisor*
**christy.**           
           e:                    ile:            
       | Toll Free:            
3438 Peachtree Rd., Suite 1100, Atlanta GA  30326

<image001.jpg>

*Individual Insurance Advisor with Northwestern Benefit Corporation of Georgia* - participating in Strategic Employee Benefit Services, a nationwide marketing program providing employee benefit services exclusively through Northwestern Mutual Financial Network.  Northwestern Mutual Financial Network (NMFN) is the marketing name for the sales and distribution arm of The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) and its subsidiaries and affiliates.

> **Your transmission of electronic mail to this address represents your consent to two-way communication by Internet e-mail.  If you received this in error, please contact the sender and delete the material from any computer on which it exists.**

> Northwestern Mutual, its subsidiaries and affiliates may review and retain incoming and outgoing electronic mail for this e-mail address for quality assurance and regulatory compliance purposes. Please be advised that communications with {SECURE MESSAGE} in the subject line have been sent using a secure messaging system. Communications that do not have this tag may not be secure and could be observed by a third party.
>
> If you prefer not to receive any e-mail communication from Northwestern Mutual or our Financial Representatives, please click the following link:"E-Mail Opt-out from Northwestern Mutual"
>
> In the event that you cannot click on the above link, the Northwestern Mutual E-Mail Opt-out form can be found at the following URL: https://service.nmfn.com/cbpeopt/EmailOptOut.do.
>
> Northwestern Mutual
> 720 East Wisconsin Avenue
> Milwaukee, Wisconsin 53202-4797.

<BCBSHP Gold Blue OpenAccess POS 1750-10%_GA_POS_Individual_1X57 (1).pdf>