| | |
|---|---|
| **From:** | Michael Chrisley |
| **Subject:** | Re: Equity Prime Electronic Consent for Loan Documents |
| **To:** | Jose Plascencia |
| **Cc:** | Timothy Saxon |
| **Sent:** | July 8, 2016 3:20 PM (UTC-04:00) |

You are going to EMAIL this to us in a PDF? You email says you are mailing ? Name of the business is 7C's productions ...

Sent from my iPhone

On Jul 8, 2016, at 11:58 AM, Jose Plascencia  wrote:

> I will mail this out to you in PDF. What the name of your business? Need to finalize the app.
>
> <image001.png>
>
> *Proud Honoree on the 2013 Inc. 5000 List of America's Fastest Growing Companies! Ranked #43 in the Financial Services Category!*
> <image002.png>
> <image003.png> <image004.png>
> <image005.jpg>
>
> *Jose Plascencia*
> **Mortgage Loan Originator**
> **NMLS# 1106772**
> *Licensed in GA,CA,VA,TX,TN,MS*
> *Hablo Español*
> Equity Prime Mortgage NMLS #21116
> 5 Concourse Parkway,
> Queen Building, Suite 2250
> Atlanta GA 30328
>
> ✉email jplascencia_____
>
> <image006.png> <image007.jpg> <image008.png>
> **Connect with us #Equityprime**
> **APPLY NOW**
>
> **From:** Michael Chrisley [mailto:mchrisley1_____]
> **Sent:** Friday, July 08, 2016 12:44 AM
> **To:** Jose Plascencia
> **Cc:** Timothy Saxon
> **Subject:** Re: Equity Prime Electronic Consent for Loan Documents
>
> hello Guys,
> we are having difficulty in using this system please advise as we can't miss our closing date
>
> On Wed, Jul 6, 2016 at 4:44 PM, Jose Plascencia  wrote:
>
>> Put TBD in the box.

Proud Honoree on the 2013 Inc. 5000
List of America's Fastest Growing Companies!
Ranked #43 in the Financial Services Category!
<image002.png>
<image003.png>  <image004.png>
<image005.jpg>

**Jose Plascencia**
Mortgage Loan Originator
NMLS# 1106772
Licensed in GA,CA,VA,TX,TN,MS
Hablo Español
Equity Prime Mortgage NMLS #21116
5 Concourse Parkway,
Queen Building, Suite 2250
Atlanta GA 30328

✉ema    plascencia

<image006.png> <image007.jpg> <image008.png>
Connect with us #Equityprime
**APPLY NOW**

---

**From:** Michael Chrisley [mailto:mchrisley1
**Sent:** Wednesday, July 06, 2016 5:43 PM
**To:** Jose Plascencia
**Cc:** Timothy Saxon
**Subject:** Re: Equity Prime Electronic Consent for Loan Documents

It's say street address doesn't match and our address is                    ?

Sent from my iPhone

On Jul 6, 2016, at 4:05 PM, Jose Plascencia <eFolder                   wrote:



Documents for the **Christley** loan application will soon be available for your electronic signature on a secure, password-protected website. The Website provides convenient 24-hour access to the status and details of the application. Please follow the instructions below to provide consent to receive electronic documents for this loan application.

Click here to visit the website and consent to receive the documents electronically.

New to eSigning? Click here to watch a video that walks you through the eSigning process and explains how to use this website to view, sign, and return the requested loan documents.

If you exper ence prob ems open ng the  nk, copy and paste the URL be ow  nto your Web browser. URL:

**This email (including any attachments) is intended only for the exclusive use of the individual to whom it is addressed. The information contained hereinafter is proprietary, confidential, privileged and exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or agent responsible for delivering the message to the intended recipient, the reader is hereby put on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited, If the reader has received this communication in error, please immediately notify the sender by telephone ▮▮▮▮▮-▮▮▮▮ or e-mail and delete all copies of this e-mail and any attachments. Moreover transmission of this document to or from Equity Prime Mortgage, to or from any individual, broker, attorney or any other party not specifically named herein shall not constitute acceptance of any loan proposed to be made or created thereby. Nothing contained within this email or in any attachment hereto shall be construed to bind Equity Prime Mortgage.The information transmitted in this e-mail or in any attachments hereto shall not constitute a binding acceptance of the fees, terms, conditions and/or duration of any loan product. Equity Prime Mortgage expressly disclaims that any legal, binding or valid contract was created or modified or exists as a result of the transmission of this e-mail.**

**This email (including any attachments) is intended only for the exclusive use of the individual to whom it is addressed. The information contained hereinafter is proprietary, confidential, privileged and exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or agent responsible for delivering the message to the intended recipient, the reader is hereby put on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited, If the reader has received this communication in error, please immediately notify the sender by telephone (▮▮▮▮▮▮▮▮▮▮) or e-mail and delete all copies of this e-mail and any attachments. Moreover transmission of this document to or from Equity Prime Mortgage, to or from any individual, broker, attorney or any other party not specifically named herein shall not constitute acceptance of any loan proposed to be made or created thereby. Nothing contained within this email or in any attachment hereto shall be construed to bind Equity Prime Mortgage.The information transmitted in this e-mail or in any attachments hereto shall not constitute a binding acceptance of the fees, terms, conditions and/or duration of any loan product. Equity Prime Mortgage expressly disclaims that any legal, binding or valid contract was created or modified or exists as a result of the transmission of this e-mail.**