**From:** Michael Chrisley
**Subject:** Miss FL USA             n .pptx
**To:** Paulashugart
**Sent:** December 18, 2016 4:19 PM (UTC-05:00)
**Attached:** Miss FL USA Presentation .pptx



# 7C'S PRODUCTIONS, INC.

*Todd and Julie Chrisley*

Gov't Exhibit 0366 Page 2 of 9

# PROPOSAL LETTER

Who we are: Todd and Julie Chrisley are two of the stars of the hit USA reality show Chrisley Knows Best. They are also first and foremost parents and grandparents. They are entrepreneurs who are looking to expand their portfolio with the Miss Florida USA and Miss Florida Teen USA organization.

As the parents to Miss Tennessee Teen USA 2016, Savannah Chrisley, we would like to use our resources to elevate this organization to its highest potential. We feel that we are equipped to bring awareness and notoriety in a positive manner to this organization all while empowering young women to achieve "their excellence".

# MISSION STATEMENT

Perceptions…we all have very different ideas of what beauty is. Our mission as a FAMILY is to empower ALL young women to be the very best versions of themselves possible. In order to be the best YOU that YOU can be, you have to begin loving yourself. The adventures of life will begin when you finally love yourself and see you for the prize that you truly are. – Savannah Chrisley

MISS TENNESSEE TEEN USA 2016 – SAVANNAH CHRISLEY



# HISTORY BEHIND THE CHRISLEY BRAND

- ❖ Chrisley Knows Best on USA has been viewed by a total of 46.5 million viewers. We feel that this platform partnered with the Miss Universe Organization could provide a tremendous opportunity for growth for the Miss Florida USA and Miss Florida Teen USA Pageants.
- ❖ We are committed to providing sponsorship from top tier sponsors and to make all efforts to combine our sponsorships and business endeavors to promote and build the Miss Florida USA Organization and brand.
- ❖ We will share our access to individuals in the fashion and beauty industries whether through sponsorships or judging. Our girls will be offered every opportunity in order to achieve every dream that they have envisioned.
- ❖ There is initial discussion for a potential spin off show for USA Network that would involve the Florida franchise for the Miss Universe Organization. This could be a great opportunity for not only our girls but the organization as a whole. This will be the opportunity for our girls to make a difference and be the role models that they were set out to be.

# GOALS

- To combine the Chrisley Brand and the brand of the Miss Universe Organization to catapult the Miss Florida USA and Miss Florida Teen USA Pageants to their maximum potential.
- To utilize the Chrisley Brand of honesty, responsibility, integrity, and wholesomeness to empower young women to meet their personal goals and become their very best.



## GOALS CONT.

❖  We have a desire to bring back the prestige and glamour that made the Miss Universe Organization what it is.

❖  We feel that young women can truly transcend this country with beauty, intellect, and a desire to help others.

❖  Much consideration has been given to the prize packages offered to the upcoming title holders. We feel that using our sponsorships, relationships, and resources to offer the girls a comprehensive package that would send them to Nationals equipped and ready to bring the National titles.



## Contact

7C's Productions, Inc.
Todd and Julie Chrisley
4117 Hillsboro Pike
Ste 103-265
Nas                    7215
Ph: