| | |
|---|---|
| From: | Michael Chrisley |
| Subject: | Re: Chrisley Knows Best Checks |
| To: | Will Campbell |
| Sent: | March 21, 2014 1:49 PM (UTC-04:00) |

We do have the checks and just deposited them today, George is finishing the returns for 7C's and we can cut you your check next week.

Regards,
Todd


On Fri, Mar 21, 2014 at 1:02 PM, Will Campbell <will560​████████> wrote:

> Hi Todd,
> I was going over the breakdown of payments you gave us a while back, preparing to do our taxes, and noticed that there were checks 7 and 8 still to be paid. I know you had said that those would be cut once the show aired, and was wondering if you had received those. I need that money to cover any taxes that we may owe to keep me from dipping into our nest egg. Just let me know.
> All the best,
> Will Campbell