**From:** Michael Chrisley
**Subject:** Re: documents for Savannah's loan
**To:** Harris W
**Cc:** jchrisley1████████; Rick Fantucci
**Sent:** September 7, 2016 4:55 PM (UTC-04:00)

Julie , send Harris the current activity on 7c's showing the 153k gifting to Savannah

Sent from my iPhone

On Sep 7, 2016, at 3:20 PM, Harris Watkins <Harris.Watkins███████████> wrote:

> Hey Julie and Todd,
>
> Could you send us the last two month's bank statements for Savannah? We need to show 153K in assets, unless there is going to be gifted money.
>
> Also, need a copy of Savannah's Driver's license.
>
> Thank you!
>
> **Harris Watkins** | Production Support | NMLS 1428211
> Licensed in GA, LA and TN #128035 and TX
>
> Office 404-390-1098
> Email Harris.Watkins███████████
>
> Apply online: Harriswatkins.███████████
>
> <image3caaf1.JPG>

<image19127a.JPG>

w███████████

<image2d44de.PNG> <imageb15524.PNG> <image4bcbf2.PNG>

One Buckhead Plaza  3060 Peachtree Rd NW Suite 500, Atlanta, GA, 30305

<image976ee8.JPG>

**Angel Oak Home Loans LLC NMLS# 685842, NMLS Consumer Access, Licensed in AL#21485, AZ #0927070, Licensed by the Department of Business Oversight under the California Residential Mortgage Lending Act, CO Regulated by the Division of Real Estate, FL, GA # 32379, IL# MB6761061 Residential Mortgage Licensee, IN, LA, MD, NC#L-153288, SC, TX, TN, VA, WI**

This email is not an offer to sell or the solicitation of an offer to buy any security or other investment or to provide investment services of any kind. The data contained in this email and/or any attachments are provided for informational and educational purposes only and nothing contained herein should be construed as advice or a solicitation. Internet email cannot be guaranteed. Please do not include private or confidential information such as passwords, account numbers, Social Security numbers, etc. in emails to us. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. Please contact the sender immediately and destroy the material in its entirety.

Gov't Exhibit 0357 Page 1 of 1