**From:** Michae Chrisey
**Subject:** Re: Todd itt ethings $ bank account
**To:** Ricky Gilbert
**Cc:** pau
**Sent:** January 29, 2017 8:22 PM (UTC-05:00)

Can we confirm again that you have the BOFA 7C s account info Prior to processing my payment this month ?

Sent from my iPhone

On Jan 24, 2017, at 1:51 PM, Ricky Gilbert <ricky█████████> wrote:

> Actually, accounting just said we just need a W9 for 7C s Productions
> Once that is sent, I will make sure we are confirmed!
>
> On Tue, Jan 24, 2017 at 2:50 PM, Ricky Gilbert <ricky█████████> wrote:
>> This should now be resolved!
>>
>> Best,
>> Ricky
>>
>> On Tue, Jan 24, 2017 at 11:44 AM, Michael Chrisley <mchrisley1█████████> wrote:
>>> Thx so much
>>>
>>> Sent from my iPhone
>>>
>>> On Jan 24, 2017, at 10:39 AM, Ricky Gilbert <ricky█████████> wrote:
>>>
>>>> Meeting with accounting is at 3PM
>>>> I will confirm with you after the meeting
>>>> Thanks
>>>>
>>>> On Tue, Jan 24, 2017 at 11:29 AM, Michael Chrisley <mchrisley1█████████> wrote:
>>>>> Do we have confirmation this has been resolved ?
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Jan 23, 2017, at 1:02 PM, Ricky Gilbert <ricky█████████> wrote:
>>>>>
>>>>>> Hey Todd and Paul,
>>>>>>
>>>>>> I requested this months ago and assumed my accounting made the change.
>>>>>> I ll make sure there are no issues going forward. Our head of accounting
>>>>>> is out of the office today but I will confirm once the change has been
>>>>>> activated.
>>>>>>
>>>>>> On Mon, Jan 23, 2017 at 2:00 PM, Michael Chrisley
>>>>>> <mchrisley1█████████> wrote:
>>>>>>> Ricky,
>>>>>>> Please make sure this is resolved today because it should ve been taken
>>>>>>> care of months ago so it monies go missing from your deposit it will
>>>>>>> cause issues since I ve made the requests three times now .

Sent from my iPhone

On Jan 23, 2017, at 12:56 PM, "paul████████" <paul████████> wrote:

> 7C's Productions, Inc
> 10945 state bridge road
> Ste 401-300
> Alpharetta, GA 30022
> Bank of America
> Routing #█████0052
> Account #██████6044
>
> Pleases confirm when it has been updated in your system.
>
> Thank you
>
> Paul De Sisto
> Talent Agent
> Central Entertainment Group
> 250 W. 40th Steet. 12th Floor.
> New York, NY 10018
> (Office) ████████
> (Fax) ████████
> (Cell) ████████
> M-F 10am-6pm
> Paul@ ████████
> www.████████
> DCA License#1405288
>
> ---
>
> **From:** Ricky Gilbert <ricky████████>
> **Date:** Monday, January 23, 2017 at 1:23 PM
> **To:** Microsoft Office User <paul████████>
> **Subject:** Re: Todd littlethings $ bank account
>
> We have his JP Morgan Chase account on file
> If he wants to switch we need all his new info. We don't have Bank of America info.
>
> On Mon, Jan 23, 2017 at 1:09 PM, paul████████ <paul████████> wrote:
>> Ricky
>>
>> Is Todd being paid to his Chase or Bank of America account?
>>
>> His Chase has been compromised and they want all payments to be in Bank of America account
>> —
>> Paul De Sisto
>> Talent Agent
>> Central Entertainment Group
>> 250 W. 40th Steet. 12th Floor.
>> New York, NY 10018
>> (Office) ████████
>> (Fax) ████████
>> (Cell) ████████
>> M-F 10am-6pm









**RICKY GILBERT**
Senior Partnership Manager
Check Out
**Skype** -