| | |
|---|---|
| **From:** | jchrisley1 |
| **Subject:** | Re: October 2016 sales for INFINITE LOVE (Nov 2016 Royalty Stmt) |
| **To:** | Eric Daigle |
| **Cc:** | Shane Stevens; Michael Chrisley |
| **Sent:** | February 17, 2017 9:44 AM (UTC-05:00) |

7Cs Productions inc
10945 state bridge rd
Ste 401-300
Alpharetta, ga 30022

8136

On Feb 17, 2017, at 8:31 AM, Eric Daigle <eric         > wrote:

> Hi Julie,
>
> Can you please confirm that the address below is correct for 7CS Productions and provide a phone number. I am setting 7CS up for Wells Fargo Bill pay. Would like to get this check out today.
>
> 10945 State Bridge Rd
> Suite 401-300
> Alpharetta, GA 30022
>
> On Thu, Feb 16, 2017 at 7:00 PM, <jchrisley1         > wrote:
>> Eric,
>>
>> You can forward this payment directly to 7Cs as Peter and Darin have recommended that you pay out the 7Cs portion and once everything is reconciled we can settle up.
>>
>> Thanks
>> Julie
>>
>> On Feb 16, 2017, at 4:06 PM, Eric Daigle <eric         > wrote:
>>
>>> Hi Julie,
>>>
>>> Attached is November's royalty statement for "Infinite Love" sales generated in October 2016.
>>>
>>> Total to be paid out to 7CS Production is **$207.88**.
>>>
>>> --
>>>
>>> **ERIC DAIGLE**
>>> General Manager
>>>
>>> <Infinite Love_Royalty stmt_November 2016_01.15.17_TC.pdf>

--



**ERIC DAIGLE**
General Manager