**From:** Michael Chrisley
**Subject:**
**To:** Nancy Torrans
**Sent:** March 31, 2015 1:42 PM (UTC-04:00)

Sorry

Here is the address for the account


7C's Productions, Inc.
10945 State Bridge Road
Ste 401-300
Alpharetta, GA  30022