# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00297-ELR-JSA
## USA v. Chrisley et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 05/16/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 6:45 P.M.
TIME IN COURT: 8:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Geraldine Glover
CSO/DUSM: Daniel Mustapher
DEPUTY CLERK: Michelle Beck

**DEFENDANT(S):**
[1] Todd Chrisley Present at proceedings
[2] Julie Chrisley Present at proceedings
[3] Peter Tarantino Present at proceedings

**ATTORNEY(S) PRESENT:**
Christopher Anulewicz representing Julie Chrisley & Todd Chrisley
Stephen Friedberg representing Julie Chrisley
Daniel Griffin representing Peter Tarantino
Thomas Krepp representing USA
Bruce Morris representing Todd Chrisley
Annalise Peters representing USA
John Van Why representing Peter Tarantino
Johnathan R. DeLuca representing Todd Chrisley

**PROCEEDING CATEGORY:** Jury Trial Began;

**MINUTE TEXT:** Court called to order. Also present during the criminal trial were Special Agents Chip Cromer (FBI), Steve Ryskoski (FBI) and Brock Kinsler (IRS), Investigators Bill Salinski and Denise Coxe (with the Defense), Law Students Garett Eldred and Blaise Gargiulo (with the Defense). Court addressed issues with the parties. Potential jurors entered and the parties were introduced. Voir dire began. 1 hour lunch break. Voir dire resumed. Jury selected and jurors released for the day with the usual precautions given by the Court. Court adjourned.

**HEARING STATUS:** Hearing not concluded. Court adjourned and will reconvene at May 17, 2022 @ 9:45 am. Jurors excused until the above time under the usual caution of the Court.

TRIAL STATUS:          Jury Selection Only, continued