# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00297-ELR-JSA
## USA v. Chrisley et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 05/17/2022.

TIME COURT COMMENCED: 9:15 A.M.
TIME COURT CONCLUDED: 5:15 P.M.
TIME IN COURT: 7:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Geraldine Glover
CSO/DUSM: Daniel Mustapher
DEPUTY CLERK: Michelle Beck

DEFENDANT(S):
[1]Todd Chrisley Present at proceedings
[2]Julie Chrisley Present at proceedings
[3]Peter Tarantino Present at proceedings

ATTORNEY(S) PRESENT:
Christopher Anulewicz representing Julie Chrisley
Christopher Anulewicz representing Todd Chrisley
Stephen Friedberg representing Julie Chrisley
Daniel Griffin representing Peter Tarantino
Thomas Krepp representing USA
Bruce Morris representing Todd Chrisley
Annalise Peters representing USA
John Van Why representing Peter Tarantino
Johnathan R. Deluca representing Todd Chrisley

PROCEEDING CATEGORY:
Jury Trial Continued;

JURY INFORMATION: Jury was Sworn. The Rule of Sequestration was invoked.

MINUTE TEXT: Court called to order. Also present during the criminal trial were Special Agents Chip Cromer (FBI), Steve Ryskoski (FBI) and Brock Kinsler (IRS), Investigators Bill Salinski and Denise Coxe (with the Defense) and Shannon Dyer-Vencill (Paralegal with the Government). Court addressed issues with the parties. Jury was sworn and preliminary charges given. Opening statements were given. Government witnesses Paul Desisto, Lisa Stone and Betty Carter were sworn and provided testimony. In court identification of defendants. Government exhibit #s 46, 47, 48, 60, 63, 64, 66, 68, 69, 74, 76, 83, 85, 88, 89, 90, 91, 92, 100, 101, 102a, 103, 103a, 103b, 104, 104a, 105, 118, 119, 123, 125, 130, 132, 137, 194, 195, 196, 197, 198 and 521 were ADMITTED. Jurors released for the day with the

|  |  |
|---|---|
|  | usual precautions given by the Court. Court adjourned. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at May 18, 2022 at 9:30am. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |