# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:19-cr-00297-ELR-JSA
### USA v. Chrisley et al
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 05/18/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 9:35 A.M. | COURT REPORTER: Geraldine Glover |
| TIME COURT CONCLUDED: 5:00 P.M. | CSO/DUSM: D. Mustapher; F. Hightower |
| TIME IN COURT: 7:10 | DEPUTY CLERK: Michelle Beck |
| OFFICE LOCATION: Atlanta | |

DEFENDANT(S):   [1]Todd Chrisley Present at proceedings
        [2]Julie Chrisley Present at proceedings
        [3]Peter Tarantino Present at proceedings

ATTORNEY(S) PRESENT:   Christopher Anulewicz representing Julie Chrisley & Julie Chrisley
Johnathan DeLuca representing Todd Chrisley
Stephen Friedberg representing Julie Chrisley
Daniel Griffin representing Peter Tarantino
Thomas Krepp representing USA
Bruce Morris representing Todd Chrisley
Annalise Peters representing USA
John Van Why representing Peter Tarantino

PROCEEDING CATEGORY:   Jury Trial Continued;

MINUTE TEXT:   Court called to order. Also present during the criminal trial were Special Agents Chip Cromer (FBI), Steve Ryskoski (FBI) and Brock Kinsler (IRS), Investigators Bill Salinski and Denise Coxe (with the Defense) and Shannon Dyer-Vencill (Paralegal with the Government). Court addressed issues with the parties. Government witness Betty Carter resumed the stand and continued providing testimony. Government exhibit #s 67, 77, 104b, 108, 109, 128, 138, 147, 177, 507, 579, 652, 668 were ADMITTED. Defense exhibit #s T30, T35, T50, D155, DX243, DX245, DX254, DX700, DX701, DX702 were ADMITTED. Government witnesses Agnes Jagiella, Salvatore Hazel, John Murphy, Camisha Golden and (Special Agent) Wesley Cooper were sworn and provided testimony. In court identification of Chrisley defendants by Murphy. Government exhibit #s

1-6, 21-42, 78-82, 93-94, 500, 509, 652, 669 were ADMITTED. Defense exhibit #s DX703, T16, T20, T22 were ADMITTED. Jurors released for the day with the usual precautions given by the Court. Court adjourned.

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at May 19, 2022 @ 12:30pm. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |