IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  *v.*<br><br>TODD CHRISLEY (A/K/A MICHAEL TODD CHRISLEY),<br>JULIE CHRISLEY, AND PETER TARANTINO | Criminal Action No.<br><br>1:19-CR-297-ELR-JSA |

## Notice of Filing

The United States of America, by Ryan K. Buchanan, United States Attorney, and Amy M. Palumbo, Assistant United States Attorney for the Northern District of Georgia, files this Notice of Filing of Joint Stipulation Regarding Exhibit A-14.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/ AMY M. PALUMBO
 *Assistant United States Attorney*
Georgia Bar No. 615124
Amy.Palumbo@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000  *fax* (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

*Counsel for Todd Chrisley*
Bruce Howard Morris
Christopher S. Anulewicz

*Counsel for Julie Chrisley*
Stephen Michael Friedberg
Christopher S. Anulewicz

*Counsel for Peter Tarantino*
Daniel Patrick Griffin

May 19, 2022

/s/ AMY M. PALUMBO

AMY M. PALUMBO

*Assistant United States Attorney*