# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00297-ELR-JSA
## USA v. Chrisley et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 05/24/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 9:15 A.M.<br>TIME COURT CONCLUDED: 4:45 P.M.<br>TIME IN COURT: 6:00<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Geraldine Glover<br>CSO/DUSM: Mustapher; Hightower; Young<br>DEPUTY CLERK: Michelle Beck |

DEFENDANT(S):  [1]Todd Chrisley Present at proceedings
 [2]Julie Chrisley Present at proceedings
 [3]Peter Tarantino Present at proceedings

ATTORNEY(S) PRESENT:  Christopher Anulewicz representing Julie Chrisley & Todd Chrisley
Johnathan DeLuca representing Todd Chrisley
Stephen Friedberg representing Julie Chrisley
Daniel Griffin representing Peter Tarantino
Thomas Krepp representing USA
Bruce Morris representing Todd Chrisley
Annalise Peters representing USA
John Van Why representing Peter Tarantino

PROCEEDING CATEGORY: Jury Trial Continued;

MINUTE TEXT: Court called to order. Also present during the criminal trial were Special Agents Chip Cromer (FBI), Stephen Ryskoski (FBI) and Brock Kinsler (IRS), Investigators Bill Salinski and Denise Coxe (with the Defense) and Shannon Dyer-Vencill (Paralegal with the Government). Government witness Mark Braddock resumed providing testimony. Defense exhibit #s 510, 511, 512, 520, 521, 522, 524, 526, 527, 528, 529b, 539, 546, 564, 565, 604a, 605, 610, 615, 621 were ADMITTED. One hour lunch break. Witness Mark Braddock resumed giving testimony. Government 802a was ADMITTED. Jurors released for the day with the usual precautions given by the Court. Court adjourned.

| | |
|---|---|
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at May 25, 2022 at 9:00am. Jurors excused until the above time under the usual caution of the Court. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |