# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00297-ELR-JSA
## USA v. Chrisley et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 05/26/2022.

TIME COURT COMMENCED: 9:10 A.M.
TIME COURT CONCLUDED: 4:45 P.M.
TIME IN COURT: 7:15
OFFICE LOCATION: Atlanta

COURT REPORTER: Geraldine Glover
CSO/DUSM: D. Mustapher; F. Hightower
DEPUTY CLERK: Michelle Beck

DEFENDANT(S):
[1] Todd Chrisley Present at proceedings
[2] Julie Chrisley Present at proceedings
[3] Peter Tarantino Present at proceedings

ATTORNEY(S) PRESENT:
Christopher Anulewicz representing Julie Chrisley & Todd Chrisley
Johnathan DeLuca representing Todd Chrisley
Stephen Friedberg representing Julie Chrisley
Daniel Griffin representing Peter Tarantino
Thomas Krepp representing USA
Bruce Morris representing Todd Chrisley
Annalise Peters representing USA
John Van Why representing Peter Tarantino

PROCEEDING CATEGORY: Jury Trial Continued;

MINUTE TEXT: Court called to order. Also present during the criminal trial were Special Agents Chip Cromer (FBI), Stephen Ryskoski (FBI) and Brock Kinsler (IRS), Investigators Bill Salinski and Denise Coxe (with the Defense) and Shannon Dyer-Vencill (Paralegal with the Government). Court addressed issues with the parties. Government witness Stephen Ryskoski was sworn and provided testimony. Government exhibit #s 907-908, 909a, 920, 933-937, 940, 947, 953-957, 963, 965-971, 974, 1201, 1220-1224, 1227 were ADMITTED. One hour lunch break. Government exhibit #s: 43, 44, 131, 141, 146, 150-151, 191, 203, 205, 263, 343, 423, 529, 546, 902, 946, 951, 973, 1002-1005, 1013, 1045, 1230-1231 were ADMITTED. Government rests. Defense witness Dawn Marie O'Connor was sworn and provided testimony via the Zoom platform. Defense witnesses Lindsie

|  |  |
|---|---|
|  | Chrisley, Latonya Claytor, Christine OBrien and Bill Rawlings were sworn and provided testimony. Defense exhibit #s 156 and 157 were ADMITTED. Government exhibit #s 1300, 1301, 1400 and 1401 were ADMITTED. Jurors released for the day with the usual precautions given by the Court. Court adjourned. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at May 31, 2022 at 9am. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |