# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:19-CR-00297-ELR |
| | * | |
| TODD CHRISLEY, | * | |
| JULIE CHRISLEY, | * | |
| and PETER TARANTINO, | * | |
| | * | |
| Defendants. | * | |

_____

# O R D E R
_____

The bond conditions of Defendants Todd Chrisley and Julie Chrisley are **AMENDED** to include the following: You must participate in the **Location Monitoring Program**. You must abide by all program rules and requirements. You must pay all or part of the costs of the program based upon your ability to pay as determined by the probation officer. The type of location monitoring technology will be at the discretion of your probation officer and shall be used to monitor the following restrictions on your movement in the community as well as other conditions of release. You must also participate in **Home Detention.** You must participate in the home detention program and abide by all requirements of the program, which shall include the use of electronic monitoring equipment or other location verification system. You shall be restricted to your residence at all times except for employment; education; religious service; medical, substance abuse, or

mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Court or probation officer until further notice of the Court. Defendants must alert probation officers to any spending over $1,000. All other conditions are to remain the same.

The bond conditions of Defendant Peter Tarantino shall remain unchanged as previously ordered.

**SO ORDERED**, this 7th day of June, 2022.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia