IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>TODD CHRISLEY (A/K/A MICHAEL TODD CHRISLEY),<br>JULIE CHRISLEY, AND PETER TARANTINO | Criminal Action No.<br><br>1:19-CR-297-ELR-JSA |

**VERDICT FORM**

## VERDICT FORM

As to **Count One**, we, the Jury, find the Defendant Todd Chrisley

_____ Not Guilty    __X__ Guilty

As to **Count Two**, we, the Jury, find the Defendant Todd Chrisley

_____ Not Guilty    __X__ Guilty

As to **Count Three**, we, the Jury, find the Defendant Todd Chrisley

_____ Not Guilty    __X__ Guilty

As to **Count Four**, we, the Jury, find the Defendant Todd Chrisley

_____ Not Guilty    __X__ Guilty

As to **Count Five**, we, the Jury, find the Defendant Todd Chrisley

_____ Not Guilty    __X__ Guilty

As to **Count Six**, we, the Jury, find the Defendant Todd Chrisley

_____ Not Guilty    __X__ Guilty

As to **Count Eight**, we, the Jury, find the Defendant Todd Chrisley

_____ Not Guilty    __X__ Guilty

As to **Count Nine**, we, the Jury, find the Defendant Todd Chrisley

_____ Not Guilty    __X__ Guilty

As to **Count One**, we, the Jury, find the Defendant Julie Chrisley

_____ Not Guilty    __X__ Guilty

As to **Count Two**, we, the Jury, find the Defendant Julie Chrisley

\_\_\_\_\_ Not Guilty     \_\_X\_\_ Guilty

As to **Count Three**, we, the Jury, find the Defendant Julie Chrisley

\_\_\_\_\_ Not Guilty     \_\_X\_\_ Guilty

As to **Count Four**, we, the Jury, find the Defendant Julie Chrisley

\_\_\_\_\_ Not Guilty     \_\_X\_\_ Guilty

As to **Count Five**, we, the Jury, find the Defendant Julie Chrisley

\_\_\_\_\_ Not Guilty     \_\_X\_\_ Guilty

As to **Count Six**, we, the Jury, find the Defendant Julie Chrisley

\_\_\_\_\_ Not Guilty     \_\_X\_\_ Guilty

As to **Count Seven**, we, the Jury, find the Defendant Julie Chrisley

\_\_\_\_\_ Not Guilty     \_\_X\_\_ Guilty

As to **Count Eight**, we, the Jury, find the Defendant Julie Chrisley

\_\_\_\_\_ Not Guilty     \_\_X\_\_ Guilty

As to **Count Nine**, we, the Jury, find the Defendant Julie Chrisley

\_\_\_\_\_ Not Guilty     \_\_X\_\_ Guilty

As to **Count Twelve**, we, the Jury, find the Defendant Julie Chrisley

\_\_\_\_\_ Not Guilty     \_\_X\_\_ Guilty

As to **Count Eight**, we, the Jury, find the Defendant Peter Tarantino

_____ Not Guilty    __X__ Guilty

As to **Count Ten**, we, the Jury, find the Defendant Peter Tarantino

_____ Not Guilty    __X__ Guilty

As to **Count Eleven**, we, the Jury, find the Defendant Peter Tarantino

_____ Not Guilty    __X__ Guilty

**SO SAY WE ALL**, signed and dated at the United States Courthouse, Atlanta, Georgia, this __7__ day of __JUNE__, 2022.

_____          BRIAN FULLWOOD
Foreperson's Signature                              Foreperson's Printed Name

4