IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ] | |
| ] | |
| v.   ] | File No. 1:19-CR-00297-ELR-JSA |
| ] | |
| TODD CHRISLEY a/k/a ] | |
| MICHAEL TODD CHRISLEY, ] | |
| JULIE CHRISLEY, and ] | |
| PETER TARANTINO, ] | |
| ] | |
| Defendants.   ] | |

## ORDER

Defendants Todd Chrisley, Julie Chrisley, and Peter Tarantino have moved this Court for an Order extending the time to file written motions pursuant to Federal Rules of Criminal Procedure 29 and 33. The Government does not object to these requests.

For good cause shown, the Court GRANTS these motions, and Defendants shall have up to and including July 21, 2022, in which to file motions pursuant to Federal Rules of Criminal Procedure 29 and 33.

SO ORDERED this 16th day of June, 2022.

_____
The Honorable Eleanor L. Ross
UNITED STATES DISTRICT COURT
JUDGE