IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| TODD CHRISLEY, JULIE CHRISLEY, and PETER TARANTINO, | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 1:19-CR-297-ELR-JSA

## ORDER

Defendants Todd Chrisley and Julie Chrisley have moved this Court for an Order extending the time to file written motions pursuant to Federal Rules of Criminal Procedure 29 and 33. The Government does not object to this request.

For good cause shown, the Court GRANTS this motion, and Defendants shall have up to and including August 22, 2022, in which to file motions pursuant to Federal Rules of Criminal Procedure 29 and 33.

SO ORDERED this 13th day of July, 2022.

_____
The Honorable Eleanor L. Ross
THE UNITED STATES DISTRICT
COURT JUDGE