# Exhibit A

**From:** Anulewicz, Chris <canulewicz@balch.com>
**Sent:** Tuesday, May 31, 2022 5:10 PM
**To:** Peters, Annalise (USAGAN) <APeters@usa.doj.gov>; Krepp, Thomas (USAGAN) <TKrepp@usa.doj.gov>; 'bsalinski' (salinski@pm.me) <salinski@pm.me>
**Cc:** 'Bruce Morris' (bmorris@fmattorneys.com) <bmorris@fmattorneys.com>; steve@smflawdawg.com; Deluca, Jonathan <jdeluca@balch.com>; Hughes, Susan <shughes@balch.com>
**Subject:** [EXTERNAL] Summary Exhibits

Attached are the summary exhibits for Bill Salinski.  There will be one more that we will send this evening.



Christopher S. Anulewicz, Partner, Balch & Bingham LLP
30 Ivan Allen Jr. Boulevard, N.W. • Suite 700 • Atlanta, GA 30308-3036
t: (404) 962-3562   f: (866) 320-6758   e: canulewicz@balch.com
www.balch.com

---

CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution.  If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.

## TODD AND JULIE CHRISLEY
## SUMMARY OF RIALTO SETTLEMENT PAYMENTS
## 2013 - 2015

| PAYMENT # | DATE | AMOUNT |
|:---:|:---:|---:|
| 1 | 11/27/2013 | $ 35,000 |
| 2 | 12/10/2013 | $ 15,000 |
| 3 | 3/17/2014 | $ 100,000 |
| 4 | 5/16/2014 | $ 100,000 |
| 5 | 11/26/2014 | $ 150,000 |
| 6 | 1/15/2015 | $ 190,000 |
| 6.1 | 2/10/2015 | $ 40,000 |
| 6.2 | 2/24/2015 | $ 50,000 |
| 6.3 | 3/16/2015 | $ 40,000 |
| 7 | 6/5/2015 | $ 50,000 |
| 7.1 | 6/8/2015 | $ 100,000 |
| 7.2 | 6/9/2015 | $ 50,000 |
| 8 | 11/13/2015 | $ 225,000 |
| | **TOTAL** | **$ 1,145,000** |

# MARK BRADDOCK
## SUMMARY OF SALARY, DISTRIBUTIONS AND OTHER INCOME
## 2006 - 2012

| YEAR | SOURCE OF INCOME | AMOUNT |
|------|------------------|--------|
| 2005 | Sale of Executive Asset Management | $ 250,000 |
| 2006 | Salary from Executive Asset Management | $ 196,191 |
| 2007 | Salary from Executive Asset Management | $ 234,733 |
| 2008 | Sale of Executive Asset Management | $ 400,000 |
| 2008 | Distributions from Chrisley Asset Management | $ 390,603 |
| 2009 | Distributions from Chrisley Asset Management | $ 2,213,854 |
| 2010 | Distributions from Chrisley Asset Management | $ 610,787 |
| 2011 | Distributions from Chrisley Asset Management | $ 1,010,900 |
| 2012 | Distributions from Chrisley Asset Management | $ - |
| | Payments from Chrisley & Company | $ 462,000 |
| | **TOTAL** | **$ 5,769,068** |

# TODD AND JULIE CHRISLEY
## SUMMARY OF TAX ASSESSMENTS
### 2009 - 2016

|           | TAX |          |
|-----------|-----|----------|
| 2009(T)   | $   | 453,828  |
| 2009(J)   | $   | 127,698  |
| 2010      | $   | 1,566    |
| 2011      | $   | 52,718   |
| 2012      | $   | 26,537   |
| 2013      | $   | -        |
| 2014(1)   | $   | -        |
| 2015      | $   | 107,104  |
| 2016      | $   | 511,777  |
| **TOTAL** | **$** | **1,281,228** |

(1) The final return showing zero tax due is not reflected on the IRS Return Transcript.

# Todd and Julie Chrisley
## Summary of Income Tax Payments
### 2009 - 2016

| DATE OF PAYMENT | TAX YEAR | AMOUNT | EXHIBIT |
|---|---|---|---|
| 9/14/2011 | 2009(J) | $ 3,495.00 | D-0800 |
| 12/13/2011 | 2009(J) | $ 3,600.00 | D-0800 |
| 2/21/2012 | 2009(J) | $ 3,555.00 | D-0800 |
| 3/22/2012 | 2009(J) | $ 3,600.00 | D-0800 |
| 4/15/2012 | 2011 | $ 45.00 | G-0037 |
| 4/19/2012 | 2009(J) | $ 81,003.28 | D-0800 |
| 6/28/2012 | 2009(J) | $ 3,600.00 | D-0800 |
| 7/25/2012 | 2009(J) | $ 3,600.00 | D-0800 |
| 10/9/2012 | 2009(J) | $ 3,600.00 | D-0800 |
| 10/31/2012 | 2009(J) | $ 3,600.00 | D-0800 |
| 11/30/2012 | 2009(J) | $ 3,600.00 | D-0800 |
| 1/12/2013 | 2009(J) | $ 3,600.00 | D-0800 |
| 3/8/2013 | 2009(J) | $ 3,498.00 | D-0800 |
| 4/24/2014 | 2009(J) | $ 1,200.00 | D-0800 |
| 5/27/2014 | 2009(J) | $ 1,050.00 | D-0800 |
| 4/15/2015 | 2014 | $ 58.00 | G-0040 |
| 4/15/2016 | 2015 | $ 274.00 | G-0041 |
| 12/14/2016 | 2012 | $ 36,459.93 | G-0038 |
| 12/27/2016 | 2009(J) | $ 83,044.00 | D-0800 |
| 3/27/2017 | 2010 | $ 2,000.00 | D-0801 |
| 3/27/2017 | 2011 | $ 53,000.00 | D-0801 |
| 8/3/2017 | 2009(T) | $ 94,832.22 | G-0035 |
| 9/29/2017 | 2009(T) | $ 5,296.71 | G-0035 |
| 9/29/2017 | 2009(T) | $ 15,784.68 | G-0035 |
| 9/29/2017 | 2009(T) | $ 168.61 | G-0035 |
| 6/15/2018 | 2009(T) | $ 93,871.82 | G-0035 |
| | | $ 507,436.25 | |
| | | | |
| 3/5/2018 | 2014 | $ 77,003.00 | G-0040 |
| 6/10/2018 | 2015 | $ 106,830.00 | G-0041 |
| 6/11/2018 | 2016 | $ 228,000.00 | G-0042 |
| 11/7/2018 | 2009(T) | $ 300,000.00 | G-0035 |
| 11/19/2019 | 2009(T) | $ 160,000.00 | G-0035 |
| 1/17/2020 | 2009(T) | $ 100,000.00 | G-0035 |
| 1/21/2020 | 2009(T) | $ 875.00 | G-0035 |
| 10/22/2021 | 2014 | $ 50,000.00 | D-XXXX |
| 10/22/2021 | 2015 | $ 60,000.00 | D-XXXX |
| 1/26/2022 | 2016 | $ 592,500.00 | D-XXXX |
| | | $ 1,675,208.00 | |

**United States**  of America

**Department of the Treasury
Internal Revenue Service**

Date: March 30, 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Michael T Chrisley, Taxpayer Identification Number ████-1621, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2009, consisting of four (4) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Patricia J. Williams
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
IRS Delegation Order 11-5

**GOVERNMENT
TRIAL EXHIBIT
1:19-CR-297-ELR-JSA
0035**

Catalog Number 19002E

*U.S. GPO: 1997-417-69081741

Form **2866** (Rev. 09-97)

SH 03/30/2022

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 03-15-2022 |
| Response Date: | 03-15-2022 |
| Tracking Number: | 101762960361 |

FORM NUMBER:      1040

TAX PERIOD:      Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:      ▮-1621

SPOUSE TAXPAYER IDENTIFICATION NUMBER:      ▮-7353

MICHAEL T CHRISLEY

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Feb. 14, 2022 |
| ACCRUED PENALTY: | 0.00 | AS OF: Feb. 14, 2022 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Married Filing Separate |
| ADJUSTED GROSS INCOME: | 1,277,442.00 |
| TAXABLE INCOME: | 1,105,125.00 |
| TAX PER RETURN: | 701,249.00 |
| SE TAXABLE INCOME TAXPAYER: | 93,702.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 121,453.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 21, 2010 |
| PROCESSING DATE | Nov. 29, 2010 |

**Gov't Exhibit 0035 Page 2 of 5**

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20104608 | 11-29-2010 | $701,249.00 |
| n/a | 07221-298-44519-0 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2010 | | 04-15-2010 | $0.00 |
| 176 | Penalty for not pre-paying tax 01-25-2024 | 20104608 | 11-29-2010 | $7,697.06 |
| 276 | Penalty for late payment of tax | 20104608 | 11-29-2010 | $28,049.96 |
| 196 | Interest charged for late payment | 20104608 | 11-29-2010 | $17,741.37 |
| 971 | Notice issued CP 0014 | | 11-29-2010 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-04-2011 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 02-08-2011 | $0.00 |
| 960 | Appointed representative | | 02-22-2011 | $0.00 |
| 922 | Review of unreported income | | 08-21-2011 | $0.00 |
| 971 | Installment agreement established | | 06-29-2011 | $0.00 |
| 295 | Reduced or removed prior tax assessed | | | -$174,368.00 |
| n/a | 28254-755-91053-1 | | | |
| 706 | Credit transferred in from 1040 200812 | | 04-15-2011 | -$27,116.42 |
| 706 | Credit transferred in from 1040 200812 | | 09-14-2011 | -$12,395.00 |
| 971 | Notice issued CP 0021 | | 01-09-2012 | $0.00 |
| 290 | Additional tax assessed 00-00-0000 | 20120505 | 02-13-2012 | $0.00 |
| n/a | 28254-420-05322-2 | | | |
| 971 | Pending installment agreement | | 02-01-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 02-28-2012 | $0.00 |
| 470 | Claim pending | | 06-15-2012 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 05-29-2012 | $0.00 |
| 977 | Amended return filed | | 05-29-2012 | $0.00 |
| n/a | 09277-570-04009-2 | | | |
| 971 | Amended tax return or claim forwarded for processing | | 05-29-2012 | $0.00 |
| 977 | Amended return filed | | 05-29-2012 | $0.00 |
| n/a | 09277-571-08482-2 | | | |
| 971 | Amended tax return or claim forwarded for processing | | 05-29-2012 | $0.00 |
| 977 | Amended return filed | | 05-29-2012 | $0.00 |
| n/a | 09277-571-08483-2 | | | |
| 971 | Amended tax return or claim forwarded for processing | | 06-15-2012 | $0.00 |
| 977 | Amended return filed | | 06-15-2012 | $0.00 |
| n/a | 09277-571-08480-2 | | | |

**Gov't Exhibit 0035 Page 3 of 5**

3/15/2022

Page 3 of 4

| Code | Description | Date | Amount |
|---|---|---|---|
| 291 | Reduced or removed prior tax assessed | 08-27-2012 | -$33,542.00 |
| n/a | 09254-619-06963-2 | | |
| 971 | Amended tax return or claim forwarded for processing | 05-29-2012 | $0.00 |
| 977 | Amended return filed | 05-29-2012 | $0.00 |
| n/a | 19277-616-01287-2 | | |
| 971 | Notice issued CP 0021 | 08-27-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 08-31-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 08-31-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 08-31-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 08-31-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 08-31-2012 | $0.00 |
| 972 | Removed installment agreement | 02-01-2012 | $0.00 |
| 961 | Removed appointed representative | 10-22-2015 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 03-27-2015 | $0.00 |
| 971 | No longer in installment agreement status | 05-09-2016 | $0.00 |
| 960 | Appointed representative | 06-22-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 07-29-2016 | $0.00 |
| 360 | Fees and other expenses for collection | 08-22-2016 | $24.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 08-02-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 08-19-2016 | $0.00 |
| 363 | Fees and other expenses for collection | 09-12-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-19-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-19-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-19-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-19-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-19-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-26-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-26-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-26-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-26-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-26-2016 | $10.00 |
| 363 | Fees and other expenses for collection . | 09-26-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-26-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 09-26-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 10-03-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 10-03-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 10-03-2016 | $10.00 |
| 363 | Fees and other expenses for collection | 10-03-2016 | $10.00 |
| 361 | Reduced or removed fees and other expenses for collection | 10-03-2016 | -$180.00 |

3/15/2022

**Gov't Exhibit 0035 Page 4 of 5**

Page 4 of 4

| | | | |
|---|---|---|---|
| 290 | Additional tax assessed 00-00-0000 | 20164704 12-12-2016 | $0.00 |
| n/a | 28254-713-05982-6 | | |
| 960 | Appointed representative | 04-12-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 04-14-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 04-20-2017 | $0.00 |
| 670 | Payment | 08-03-2017 | −$94,832.22 |
| 610 | Payment with return | 09-29-2017 | −$5,296.71 |
| 610 | Payment with return | 09-29-2017 | −$15,784.68 |
| 610 | Payment with return | 09-29-2017 | −$168.61 |
| 960 | Appointed representative | 01-31-2018 | $0.00 |
| 670 | Payment Undesignated Bankruptcy | 06-15-2018 | −$91,821.82 |
| 670 | Payment Undesignated Bankruptcy | 06-15-2018 | −$2,050.00 |
| 640 | Advance payment of tax owed Miscellaneous Payment | 11-07-2018 | −$300,000.00 |
| 960 | Appointed representative | 01-16-2019 | $0.00 |
| 276 | Penalty for late payment of tax | 20190405 02-11-2019 | $2,614.07 |
| 960 | Appointed representative | 11-08-2019 | $0.00 |
| 670 | Payment Miscellaneous Payment | 11-19-2019 | −$160,000.00 |
| 196 | Interest charged for late payment | 20194804 12-16-2019 | $64,126.48 |
| 276 | Penalty for late payment of tax | 20194804 12-16-2019 | $95,873.52 |
| 670 | Payment Miscellaneous Payment | 01-17-2020 | −$100,000.00 |
| 670 | Payment Miscellaneous Payment | 01-21-2020 | −$875.00 |
| 570 | Additional account action pending | 02-24-2020 | $0.00 |
| 196 | Interest charged for late payment | 20200605 02-24-2020 | $100,875.00 |
| 583 | Removed lien | 02-21-2020 | $0.00 |

This Product Contains Sensitive Taxpayer Data

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: March 30, 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Michael T and Julie H Chrisley, Taxpayer Identification Number(s): ███████ 1621 & ███████7353, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2010, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Patricia J. Williams
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
IRS Delegation Order 11-5

**GOVERNMENT TRIAL EXHIBIT**
1:19-CR-297-ELR-JSA
**0036**

Catalog Number 19002E

SH 03/30/2022

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

**Gov't Exhibit 0036 Page 1 of 3**

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date:        03-15-2022
Response Date:       03-15-2022
Tracking Number:     101762960361

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:        ████-1621
SPOUSE TAXPAYER IDENTIFICATION NUMBER: ████-7353

MICHAEL T & JULIE H CHRISLEY
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
        --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

                                              0.00
ACCOUNT BALANCE:                              0.00    AS OF: Dec. 02, 2019
ACCRUED INTEREST:                             0.00    AS OF: Dec. 02, 2019
ACCRUED PENALTY:

ACCOUNT BALANCE PLUS ACCRUALS                 0.00
(this is not a payoff amount):

        ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

                                                06
EXEMPTIONS:
FILING STATUS:                      Married Filing Joint
ADJUSTED GROSS INCOME:                    -1,972,893.00
TAXABLE INCOME:                                0.00
TAX PER RETURN:                                0.00
SE TAXABLE INCOME TAXPAYER:                    0.00
SE TAXABLE INCOME SPOUSE:                      0.00
TOTAL SELF EMPLOYMENT TAX:                     0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   May  06, 2011
PROCESSING DATE                                               May  30, 2011

Gov't Exhibit 0036 Page 2 of 3

3/15/2022

Page 2 of 2

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20112008 | 05-30-2011 | $0.00 |
| n/a | 30221-126-04725-1 | | | |
| 960 | Appointed representative | | 02-22-2011 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2011 | | 04-15-2011 | $0.00 |
| 922 | Review of unreported income | | 11-26-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 08-31-2012 | $0.00 |
| 290 | Additional tax assessed 09-26-2025 | 20124905 | 12-17-2012 | $1,566.00 |
| n/a | 28254-728-66702-2 | | | |
| 196 | Interest charged for late payment | 20124905 | 12-17-2012 | $88.26 |
| 971 | Notice issued CP 0022 | | 12-17-2012 | $0.00 |
| 961 | Removed appointed representative | | 10-22-2015 | $0.00 |
| 971 | Bankruptcy notification received | | 03-04-2016 | $0.00 |
| 971 | Bankruptcy notification received | | 03-04-2016 | $0.00 |
| 400 | Transfer account out | | 04-04-2016 | -$1,654.26 |
| 402 | Transfer account in | | 04-04-2016 | $1,654.26 |
| 971 | Balance transferred to split liability account | | 04-18-2016 | $0.00 |
| 604 | Write-off of balance due | | 04-18-2016 | -$1,654.26 |
| 521 | Removed bankruptcy or other legal action | | 03-27-2015 | $0.00 |
| 960 | Appointed representative | | 06-22-2016 | $0.00 |
| 960 | Appointed representative | | 04-12-2017 | $0.00 |
| 960 | Appointed representative | | 01-31-2018 | $0.00 |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

**Gov't Exhibit 0036 Page 3 of 3**

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: March 30, 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Michael T and Julie H Chrisley, Taxpayer Identification Number(s): ▮▮▮▮▮ 1621 & ▮▮▮▮▮7353, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2011, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Patricia J. Williams
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
IRS Delegation Order 11-5

> **GOVERNMENT TRIAL EXHIBIT**
> 1:19-CR-297-ELR-JSA
> **0037**

Catalog Number 19002E

*U.S. GPO: 1997-417-69081741

Form **2866** (Rev. 09-97)

SH 03/30/2022

**Gov't Exhibit 0037 Page 1 of 3**


# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|                    |              |
|--------------------|--------------|
| Request Date:      | 03-15-2022   |
| Response Date:     | 03-15-2022   |
| Tracking Number:   | 101762960361 |

FORM NUMBER:     1040

TAX PERIOD:      Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:          ████-1621

SPOUSE TAXPAYER IDENTIFICATION NUMBER:   ████-7353

MICHAEL T & JULIE H CHRISLEY

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                   0.00

ACCRUED INTEREST:                                  0.00   AS OF: Dec. 02, 2019

ACCRUED PENALTY:                                   0.00   AS OF: Dec. 02, 2019

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                     0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                        06

FILING STATUS:                       Married Filing Joint

ADJUSTED GROSS INCOME:                       117,383.00

TAXABLE INCOME:                                    0.00

TAX PER RETURN:                               52,718.00

SE TAXABLE INCOME TAXPAYER:                        0.00

SE TAXABLE INCOME SPOUSE:                    106,800.00

TOTAL SELF EMPLOYMENT TAX:                    52,695.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Oct. 15, 2012

PROCESSING DATE                                                   Nov. 19, 2012

Page 2 of 2

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20124505 | 11-19-2012 | $52,718.00 |
| n/a | 30221-289-09323-2 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2012 | -$45.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2012 | | 04-15-2012 | $0.00 |
| 960 | Appointed representative | | 05-14-2012 | $0.00 |
| 766 | Credit to your account | | 04-15-2012 | -$2,600.00 |
| 520 | Bankruptcy or other legal action filed | | 08-31-2012 | $0.00 |
| 276 | Penalty for late payment of tax | 20124505 | 11-19-2012 | $1,251.82 |
| 196 | Interest charged for late payment | 20124505 | 11-19-2012 | $902.75 |
| 971 | Notice issued CP 0014 | | 11-19-2012 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 08-31-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 08-31-2012 | $0.00 |
| 420 | Examination of tax return | | 03-08-2013 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 08-31-2012 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 08-31-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 08-31-2012 | $0.00 |
| 421 | Closed examination of tax return | | 05-29-2015 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 03-27-2015 | $0.00 |
| 971 | Bankruptcy notification received | | 03-04-2016 | $0.00 |
| 971 | Bankruptcy notification received | | 03-04-2016 | $0.00 |
| 400 | Transfer account out | | 04-04-2016 | -$52,227.57 |
| 402 | Transfer account in | | 04-04-2016 | $52,227.57 |
| 971 | Balance transferred to split liability account | | 04-18-2016 | $0.00 |
| 604 | Write-off of balance due | | 04-18-2016 | -$52,227.57 |
| 960 | Appointed representative | | 04-12-2017 | $0.00 |
| 960 | Appointed representative | | 01-31-2018 | $0.00 |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

**Gov't Exhibit 0037 Page 3 of 3**

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: March 30, 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Michael T and Julie H Chrisley, Taxpayer Identification Number(s): ███████ 1621 & ███████-7353, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2012, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Patricia J. Williams
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
IRS Delegation Order 11-5

**GOVERNMENT TRIAL EXHIBIT**
**1:19-CR-297-ELR-JSA**
**0038**

Catalog Number 19002E

SH 03/30/2022

*U.S. GPO: 1997-417-690/61741

**Gov't Exhibit 0038 Page 1 of 3**

Form **2866** (Rev. 09-97)

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 03-15-2022 |
| Response Date: | 03-15-2022 |
| Tracking Number: | 101762960361 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:        ▇-1621

SPOUSE TAXPAYER IDENTIFICATION NUMBER:        ▇-7353

MICHAEL T & JULIE H CHRISLEY

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| ACCOUNT BALANCE: | 0.00 |  |
|---|---|---|
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 02, 2019 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 02, 2019 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                    0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| EXEMPTIONS: | 06 |
|---|---|
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | -577,685.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 26,537.00 |
| SE TAXABLE INCOME TAXPAYER: | 46,301.00 |
| SE TAXABLE INCOME SPOUSE: | 110,100.00 |
| TOTAL SELF EMPLOYMENT TAX: | 26,537.00 |

| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Dec. 19, 2013 |
|---|---|
| PROCESSING DATE | Feb. 24, 2014 |

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20140605 | 02-24-2014 | $26,537.00 |
| n/a | 18221-362-13411-3 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | | 04-14-2013 | $0.00 |
| 960 | Appointed representative | | 11-18-2013 | $0.00 |
| 766 | Credit to your account | | 04-15-2013 | -$3,000.00 |
| 170 | Penalty for not pre-paying tax 09-26-2025 | 20140605 | 02-24-2014 | $422.00 |
| 166 | Penalty for filing tax return after the due date 09-26-2025 | 20140605 | 02-24-2014 | $3,177.49 |
| 276 | Penalty for late payment of tax | 20140605 | 02-24-2014 | $1,294.53 |
| 196 | Interest charged for late payment | 20140605 | 02-24-2014 | $651.97 |
| 971 | Notice issued CP 0014 | | 02-24-2014 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 08-31-2012 | $0.00 |
| 420 | Examination of tax return | | 12-19-2014 | $0.00 |
| 421 | Closed examination of tax return | | 05-29-2015 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 03-27-2015 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 09-07-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-04-2016 | $0.00 |
| 360 | Fees and other expenses for collection | | 03-28-2016 | $12.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 03-08-2016 | $0.00 |
| 971 | Undeliverable notice of lien filing and right to Collection Due Process hearing | | 04-05-2016 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 07-29-2016 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 08-02-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-15-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 08-24-2016 | $0.00 |
| 670 | Payment Miscellaneous Payment | | 12-14-2016 | -$36,459.93 |
| 196 | Interest charged for late payment | 20165105 | 01-09-2017 | $2,775.23 |
| 276 | Penalty for late payment of tax | 20165105 | 01-09-2017 | $4,589.71 |
| 583 | Removed lien | | 01-06-2017 | $0.00 |
| 960 | Appointed representative | | 04-12-2017 | $0.00 |
| 960 | Appointed representative | | 01-31-2018 | $0.00 |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: March 30, 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Julie M and Michael T Chrisley, Taxpayer Identification Number(s): ▉▉▉▉ 7353 & ▉▉▉▉1621, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2013, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Patricia J. Williams
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
IRS Delegation Order 11-5

**GOVERNMENT TRIAL EXHIBIT**
**1:19-CR-297-ELR-JSA**
**0039**

Catalog Number 19002E

*U.S. GPO: 1997-417-690/61741*

Form **2866** (Rev. 09-97)

SH 03/30/2022

**Gov't Exhibit 0039 Page 1 of 3**



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 03-15-2022 |
| Response Date: | 03-15-2022 |
| Tracking Number: | 101762960361 |

FORM NUMBER: 1040

TAX PERIOD: Dec. 31, 2013

TAXPAYER IDENTIFICATION NUMBER: ████-7353

SPOUSE TAXPAYER IDENTIFICATION NUMBER: ████-1621

JULIE M & MICHAEL T CHRISLEY

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Feb. 28, 2022 |
| ACCRUED PENALTY: | 0.00 | AS OF: Feb. 28, 2022 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                    0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 05 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | -404,086.00 |
| TAXABLE INCOME: | 0.00 |
| TAX PER RETURN: | 0.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Mar. 05, 2018 |
| PROCESSING DATE | May 07, 2018 |

**Gov't Exhibit 0039 Page 2 of 3**

Page 2 of 2

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20181605 | 05-07-2018 | $0.00 |
| n/a | 09221-077-68507-8 | | | |
| 960 | Appointed representative | | 06-22-2016 | $0.00 |
| 960 | Appointed representative | | 04-12-2017 | $0.00 |
| 960 | Appointed representative | | 07-12-2018 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 06-19-2018 | $0.00 |
| 977 | Amended return filed | | 06-19-2018 | $0.00 |
| n/a | 33277-601-01894-8 | | | |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

**Gov't Exhibit 0039 Page 3 of 3**

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: March 30, 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Julie M and Michael T Chrisley, Taxpayer Identification Number(s): ▮▮▮▮▮▮ 7353 & ▮▮▮▮▮-1621, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2014, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Patricia J. Williams
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
IRS Delegation Order 11-5

**GOVERNMENT TRIAL EXHIBIT**
**1:19-CR-297-ELR-JSA**
**0040**

Catalog Number 19002E

*U.S. GPO: 1997-417-690/61741

SH 03/30/2022

Form **2866** (Rev. 09-97)

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date:        03-15-2022
Response Date:       03-15-2022
Tracking Number:     101762960361

FORM NUMBER:         1040

TAX PERIOD:          Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:              ███-7353
SPOUSE TAXPAYER IDENTIFICATION NUMBER:       ███-1621

JULIE M & MICHAEL T CHRISLEY

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

---- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                             41,780.50

ACCRUED INTEREST:                             6,588.50   AS OF: Mar. 28, 2022

ACCRUED PENALTY:                                 0.00   AS OF: Mar. 28, 2022

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):               48,369.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                      03

FILING STATUS:                       Married Filing Joint

ADJUSTED GROSS INCOME:                      320,955.00

TAXABLE INCOME:                             298,364.00

TAX PER RETURN:                              77,061.00

SE TAXABLE INCOME TAXPAYER:                       0.00

SE TAXABLE INCOME SPOUSE:                         0.00

TOTAL SELF EMPLOYMENT TAX:                        0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Jun. 25, 2018

PROCESSING DATE                                                  Sep. 17, 2018

**Gov't Exhibit 0040 Page 2 of 3**

Page 2 of 2

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20183505 | 09-17-2018 | $77,061.00 |
| n/a | 09221-188-52222-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2015 | -$58.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2015 | | 04-15-2015 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 03-09-2016 | $0.00 |
| 971 | Notice issued CP 0059 | | 03-28-2016 | $0.00 |
| 960 | Appointed representative | | 06-22-2016 | $0.00 |
| 595 | Account referred for review | | 11-30-2016 | $0.00 |
| 960 | Appointed representative | | 04-12-2017 | $0.00 |
| 592 | Tax return not filed | | 02-12-2018 | $0.00 |
| 610 | Payment with return | | 03-05-2018 | -$77,003.00 |
| 599 | Tax return secured | | 03-15-2018 | $0.00 |
| 599 | Tax return secured | | 06-29-2018 | $0.00 |
| 960 | Appointed representative | | 07-12-2018 | $0.00 |
| 166 | Penalty for filing tax return after the due date 09-17-2028 | 20183505 | 09-17-2018 | $17,325.67 |
| 276 | Penalty for late payment of tax | 20183505 | 09-17-2018 | $13,475.52 |
| 196 | Interest charged for late payment | 20183505 | 09-17-2018 | $10,979.31 |
| 971 | Notice issued CP 0014 | | 09-17-2018 | $0.00 |
| 470 | Claim pending | | 08-27-2018 | $0.00 |
| 976 | Duplicate return filed | | 05-21-2018 | $0.00 |
| n/a | 09221-202-50411-8 | | | |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 472 | Resolved claim | | 03-04-2019 | $0.00 |
| 472 | Resolved claim | | 03-04-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: March 30, 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Julie M and Michael T Chrisley, Taxpayer Identification Number(s): ▮▮▮▮ 7353 & ▮▮▮▮1621, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2015, consisting of two (2) pages

- under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Patricia J. Williams
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
IRS Delegation Order 11-5

GOVERNMENT TRIAL EXHIBIT
1:19-CR-297-ELR-JSA
0041

Catalog Number 19002E

*U.S. GPO: 1997-417-690/61741

Form 2866 (Rev. 09-97)

SH 03/30/2022

**Gov't Exhibit 0041 Page 1 of 3**


# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date:    03-15-2022
Response Date:    03-15-2022
Tracking Number:    101762960361

FORM NUMBER:    1040

TAX PERIOD:    Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER:    ███-7353

SPOUSE TAXPAYER IDENTIFICATION NUMBER:    ███-1621

JULIE M & MICHAEL T CHRISLEY

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

---- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:    49,280.02

ACCRUED INTEREST:    8,265.58  AS OF: Mar. 28, 2022

ACCRUED PENALTY:    0.00  AS OF: Mar. 28, 2022

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):    57,545.60

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:    04

FILING STATUS:    Married Filing Joint

ADJUSTED GROSS INCOME:    405,498.00

TAXABLE INCOME:    365,998.00

TAX PER RETURN:    107,104.00

SE TAXABLE INCOME TAXPAYER:    0.00

SE TAXABLE INCOME SPOUSE:    0.00

TOTAL SELF EMPLOYMENT TAX:    0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    May  18, 2018

PROCESSING DATE    Jul. 16, 2018

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20182605 | 07-16-2018 | $107,104.00 |
| n/a | 09221-146-23232-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2016 | -$274.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2016 | | 04-15-2016 | $0.00 |
| 960 | Appointed representative | | 06-22-2016 | $0.00 |
| 610 | Payment with return | | 05-18-2018 | -$106,830.00 |
| 470 | Claim pending | | 06-01-2018 | $0.00 |
| 166 | Penalty for filing tax return after the due date 07-16-2028 | 20182605 | 07-16-2018 | $24,036.75 |
| 276 | Penalty for late payment of tax | 20182605 | 07-16-2018 | $13,887.90 |
| 196 | Interest charged for late payment | 20182605 | 07-16-2018 | $11,355.37 |
| 971 | Notice issued CP 0014 | | 07-16-2018 | $0.00 |
| 470 | Claim pending | | 06-21-2018 | $0.00 |
| 472 | Resolved claim | | 12-24-2018 | $0.00 |
| 472 | Resolved claim | | 12-24-2018 | $0.00 |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: March 30, 2022

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed is an exact transcript from the Transcript Delivery System for the account of Julie M and Michael T Chrisley, Taxpayer Identification Number(s): ███████ 7353 & ███████ 1621, in respect to the U.S. Individual Income Tax Return (1040), for the tax year 2016, consisting of two (2) pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Patricia J. Williams
Supervisory Investigative Analyst
Internal Revenue Service-Criminal Investigation
IRS Delegation Order 11-5

**GOVERNMENT TRIAL EXHIBIT**
1:19-CR-297-ELR-JSA
**0042**

Catalog Number 19002E

*U.S. GPO: 1997-417-690/61741

Form **2866** (Rev. 09-97)

SH 03/30/2022

**Gov't Exhibit 0042 Page 1 of 3**

 **Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | | |
|---|---|---|
| Request Date: | 03-15-2022 |
| Response Date: | 03-15-2022 |
| Tracking Number: | 101762960361 |

FORM NUMBER:       1040

TAX PERIOD:       Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER:       � -7353

SPOUSE TAXPAYER IDENTIFICATION NUMBER:       ▄ -1621

JULIE M & MICHAEL T CHRISLEY

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

---- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                    472,157.01

ACCRUED INTEREST:                                    78,137.13   AS OF: Mar. 28, 2022

ACCRUED PENALTY:                                    48,240.90   AS OF: Mar. 28, 2022

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                        598,535.04

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                                04

FILING STATUS:                              Married Filing Joint

ADJUSTED GROSS INCOME:                          1,442,172.00

TAXABLE INCOME:                                1,429,572.00

TAX PER RETURN:                                  511,777.00

SE TAXABLE INCOME TAXPAYER:                            0.00

SE TAXABLE INCOME SPOUSE:                              0.00

TOTAL SELF EMPLOYMENT TAX:                             0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)            Jun. 11, 2018

PROCESSING DATE                                                        Jul. 30, 2018

Page 2 of 2

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20182805 | 07-30-2018 | $511,777.00 |
| n/a | 09221-167-38818-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$7.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | | 04-15-2017 | $0.00 |
| 610 | Payment with return | | 06-11-2018 | -$228,000.00 |
| 470 | Claim pending | | 06-21-2018 | $0.00 |
| 176 | Penalty for not pre-paying tax 07-30-2028 | 20182805 | 07-30-2018 | $3,129.01 |
| 166 | Penalty for filing tax return after the due date 07-30-2028 | 20182805 | 07-30-2018 | $115,148.25 |
| 276 | Penalty for late payment of tax | 20182805 | 07-30-2018 | $38,661.60 |
| 196 | Interest charged for late payment | 20182805 | 07-30-2018 | $31,448.15 |
| 971 | Notice issued CP 0014 | | 07-30-2018 | $0.00 |
| 470 | Claim pending | | 07-09-2018 | $0.00 |
| 960 | Appointed representative | | 07-12-2018 | $0.00 |
| 472 | Resolved claim | | 01-07-2019 | $0.00 |
| 472 | Resolved claim | | 01-07-2019 | $0.00 |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

3/15/2022

**Gov't Exhibit 0042 Page 3 of 3**



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 03-31-2017
Response Date: 03-31-2017
Tracking Number: 100323557061

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:        ███-7353
SPOUSE TAXPAYER IDENTIFICATION NUMBER: ███-1621

JULIE H CHRISTEY

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:      -48.21
ACCRUED INTEREST:      0.00          AS OF: Apr. 17, 2017
ACCRUED PENALTY:       0.00          AS OF: Apr. 17, 2017

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):    -48.21

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:           06
FILING STATUS:        Married Filing Separate
ADJUSTED GROSS
   INCOME:            480,021.00
TAXABLE INCOME:       299,003.00
TAX PER RETURN:       144,432.00
SE TAXABLE INCOME
   TAXPAYER:          106,800.00
SE TAXABLE INCOME
   SPOUSE:            0.00
TOTAL SELF
   EMPLOYMENT TAX:    30,073.00


DEFENDANT'S EXHIBIT D-800

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Oct. 21, 2010
PROCESSING DATE                                              Nov. 29, 2010

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed 07221-298-44524-0 | 20104608 | 11-29-2010 | $144,432.00 |
| 166 | Penalty for filing tax return after the due date | 20104608 | 11-29-2010 | $32,497.20 |
| 276 | Penalty for late payment of tax | 20104608 | 11-29-2010 | $5,777.28 |
| 196 | Interest charged for late payment | 20104608 | 11-29-2010 | $4,476.25 |
| 971 | Notice issued | | 11-29-2010 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 02-04-2011 | $0.00 |
| 360 | Fees and other expenses for collection | | 02-28-2011 | $54.00 |
| 582 | Lien placed on assets due to balance owed | | 02-11-2011 | $0.00 |
| 360 | Fees and other expenses for collection | | 03-07-2011 | $36.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 02-10-2011 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 04-04-2011 | $0.00 |
| 922 | Review of unreported income | | 02-20-2012 | $0.00 |
| 971 | Installment agreement established | | 06-29-2011 | $0.00 |
| 670 | Payment | | 09-14-2011 | -$3,495.00 |
| 672 | Removed payment CIVIL PENALTY 201101 ████-7353 | | 09-14-2011 | $105.00 |
| 673 | Payment | | 09-14-2011 | -$105.00 |
| 670 | Payment | | 12-13-2011 | -$3,600.00 |
| 295 | Reduced or removed prior tax assessed 28254-755-91054-1 | | | -$16,734.00 |

| 971 | Notice issued | | 01-09-2012 | $0.00 |
|---|---|---|---|---|
| 960 | Appointed representative | | 01-27-2012 | $0.00 |
| 290 | Additional tax assessed 28254-452-65462-2 | 20120905 | 03-12-2012 | $0.00 |
| 670 | Payment | | 02-21-2012 | -$3,555.00 |
| 971 | Pending installment agreement | | 02-28-2012 | $0.00 |
| 670 | Payment | | 03-22-2012 | -$3,600.00 |
| 670 | Payment | | 04-19-2012 | -$81,003.28 |
| 672 | Removed payment CIVIL PENALTY 201201 ███-7353 | | 02-21-2012 | $45.00 |
| 673 | Payment | | 02-21-2012 | -$45.00 |
| 972 | Removed Installment Agreement | | 02-28-2012 | $0.00 |
| 670 | Payment | | 06-28-2012 | -$3,600.00 |
| 670 | Payment | | 07-25-2012 | -$3,600.00 |
| 670 | Payment | | 10-09-2012 | -$3,600.00 |
| 670 | Payment | | 10-31-2012 | -$3,600.00 |
| 670 | Payment | | 11-30-2012 | -$3,600.00 |
| 670 | Payment | | 01-12-2013 | -$3,600.00 |
| 670 | Payment | | 03-08-2013 | -$3,498.00 |
| 971 | Pending installment agreement | | 06-21-2013 | $0.00 |
| 972 | Removed Installment Agreement | | 06-21-2013 | $0.00 |
| 673 | Payment | | 01-27-2014 | -$1,200.00 |
| 671 | Dishonored payment | | 01-27-2014 | $1,200.00 |
| 286 | Penalty for dishonored payment | 20140505 | 02-17-2014 | $25.00 |
| 971 | Notice issued | | 02-17-2014 | $0.00 |
| 672 | Removed payment CIVIL PENALTY 201401 | | 03-08-2013 | $52.00 |

▮ -7353

| 673 | Payment | 03-08-2013 | -$52.00 |
| 673 | Payment | 02-25-2014 | -$1,200.00 |
| 671 | Dishonored payment | 02-25-2014 | $1,200.00 |
| 286 | Penalty for dishonored payment | 20141005 03-24-2014 | $25.00 |
| 971 | Notice issued | 03-24-2014 | $0.00 |
| 672 | Removed payment | 03-08-2013 | $50.00 |
|     | CIVIL PENALTY 201401 | | |
|     | ▮ -7353 | | |
| 673 | Payment | 03-08-2013 | -$50.00 |
| 670 | Payment | 04-24-2014 | -$1,200.00 |
| 670 | Payment | 05-27-2014 | -$1,050.00 |
| 672 | Removed payment | 05-27-2014 | $50.00 |
|     | CIVIL PENALTY 201401 | | |
|     | ▮ -7353 | | |
| 673 | Payment | 05-27-2014 | -$50.00 |
| 672 | Removed payment | 05-27-2014 | $50.00 |
|     | CIVIL PENALTY 201501 | | |
|     | ▮ -7353 | | |
| 673 | Payment | 05-27-2014 | -$50.00 |
| 672 | Removed payment | 05-27-2014 | $50.00 |
|     | CIVIL PENALTY 201601 | | |
|     | ▮ -7353 | | |
| 673 | Payment | 05-27-2014 | -$50.00 |
| 583 | Removed lien | 01-20-2017 | $0.00 |
| 670 | Payment | 12-27-2016 | -$83,044.00 |
| 196 | Interest charged for late payment | 20170405 02-13-2017 | $17,467.04 |
| 276 | Penalty for late payment of tax | 20170405 02-13-2017 | $21,141.30 |

This Product Contains Sensitive Taxpayer Data


**Bank of America**

FAYE L CHRISLEY  |  Account # ████ 4239  |  March 14, 2017 to April 10, 2017

## Check images
**Account number:** ████ 4239

Check number: 1001  |  Amount: $1,000.00

Check number: 1003  |  Amount: $2,053.64

Check number: 1004  |  Amount: $1,160.00

Check number: 1005  |  Amount: $12,000.00

Check number: 1006  |  Amount: $53,000.00

Check number: 1007  |  Amount: $2,000.00

Check number: 1008  |  Amount: $1,000.00

Check number: 1009  |  Amount: $4,000.00

Check number: 1010  |  Amount: $260.00



DEFENDANT'S EXHIBIT
D-801

  **Bank of America**

<span style="color:red">**Your checking account**</span>

Account number: ████ 4239

## Your BofA Core Checking

**FAYE L CHRISLEY**

## Account summary

| | |
|---|---|
| Beginning balance on March 14, 2017 | $25,743.73 |
| Deposits and other additions | 217,900.00 |
| ATM and debit card subtractions | -28,992.65 |
| Other subtractions | -92,521.14 |
| Checks | -76,473.64 |
| Service fees | -148.00 |
| **Ending balance on April 10, 2017** | **$45,508.30** |

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/17/17 | Online Banking Transfer Conf# 1ihwjc3z4; 7CS PRODUCTIONS INC, 7CS PRODUCTIONS INC | 25,000.00 |
| 03/20/17 | WIRE TYPE:WIRE IN DATE: 170320 TIME:0520 ET TRN:2017032000113876 SEQ:3924200076ES/121494 ORIG:EXPRESS SMILE ATLANTA, LL ID:000819116505 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:B MG OF 17/03/17 EXPRESS SMILE /BNF/TODD CHRISLEY | 8,500.00 |
| 03/21/17 | Online Banking Transfer Conf# 1eqx3867s; 7CS PRODUCTIONS INC, 7CS PRODUCTIONS INC | 25,000.00 |
| 03/22/17 | Online Banking Transfer Conf# 4f26xk4hk; 7CS PRODUCTIONS INC, 7CS PRODUCTIONS INC | 10,000.00 |
| 03/23/17 | WIRE TYPE:WIRE IN DATE: 170323 TIME:1232 ET TRN:2017032300266911 SEQ:3654500082ES/379855 ORIG:EXPRESS SMILE ATLANTA, LL ID:000819116505 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:B MG OF 17/03/23 EXPRESS SMILE /BNF/TODD CHRISLEY | 3,000.00 |
| 03/27/17 | TN TLR transfer | 30,000.00 |

continued on the next page

Read our article online:

"How much do I *really* need to save for retirement?"

Find out if you're saving enough at **merrilledge.com/howmuch**

**MERRILL EDGE**
Bank of America Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC, and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value | ARPGXDQ5 | SSM-11-16-0060.B |



**Your checking account**

FAYE L CHRISLEY  |  Account #▮▮▮▮▮4239  |  March 14, 2017 to April 10, 2017

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 04/07/17 | mbfs.com   DES:Web Pay   ID:1024750043001  INDN:7CS PRODUCTIONS INC   CO ID:3208653034 CCD | -3,642.72 |
| 04/07/17 | AMERICAN EXPRESS DES:ACH PMT   ID:M2692 INDN:Faye Chrisley   CO ID:1133133497 WEB | -3,000.00 |

**Total other subtractions**                                                      **-$92,521.14**

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 03/17/17 | 1001 | -1,000.00 |
| 03/30/17 | 1003* | -2,053.64 |
| 03/24/17 | 1004 | -1,160.00 |
| 03/27/17 | 1005 | -12,000.00 |
| 03/28/17 | 1006 | -53,000.00 |

| Date | Check # | Amount |
|------|---------|--------|
| 03/28/17 | 1007 | -2,000.00 |
| 03/30/17 | 1008 | -1,000.00 |
| 03/30/17 | 1009 | -4,000.00 |
| 04/03/17 | 1010 | -260.00 |

**Total checks**                  **-$76,473.64**
**Total # of checks**                         **9**

*   There is a gap in sequential check numbers

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/20/17 | Wire Transfer Fee | -15.00 |
| 03/21/17 | Wire Transfer Fee | -30.00 |
| 03/23/17 | CHECK ORDER00172 DES:FEE   ID:08ZA6687<br>PMT INFO: PRODUCT(S): 26.54   S&H: 21.24   TN TAX: 5.22 | -53.00 |
| 03/23/17 | Wire Transfer Fee | -15.00 |
| 03/30/17 | Wire Transfer Fee | -15.00 |
| 04/06/17 | External transfer fee - Next Day - 04/05/2017 | -10.00 |
| 04/10/17 | External transfer fee - Next Day - 04/07/2017 | -10.00 |

**Total service fees**                                                      **-$148.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

BOA-4239-000206

BOA-4239-000206

## RE: Tax Payments Needed for Trial

From:  Trey Files <Trey@shrkcpasllc.com>

To      salinski@pm.me

Date:  Wednesday, May 18th, 2022 at 3:58 PM

Hi Bill,

I hope you're well. We unfortunately don't have any info on 2009.

Please find attached:

- Account transcripts for 2010-2016. We obtained these exactly one year ago today. Per the transcripts, there were balances due for the following years: 2014 ($47,187.10), 2015 ($56,139.46), and 2016 ($585,088.49).

- Direct Pay confirmation for 2014 ($50,000), 2015 ($60,000), 2016 ($592,500) showing payments scheduled through IRS system

- Bank info showing payments cleared from our escrow account for 2014, 2015, and 2016

Per info available to us, 2010-2016 should have minimal balances due if any.

I hope this is helpful – I can be reached on my cell if needed: 917.204.6985.

Best,

**Frederick ("Trey") Files, CPA | Partner**
Seckendorf Hasson Reilly and Kobay CPA's LLC
LL Business Management, Inc.
3000 Marcus Avenue Suite 1W5
Lake Success, NY 11042
Tel: 516-488-8400 Ext. 229
Fax: 516-488-8487
trey@shrkcpasllc.com
www.shrkcpasllc.com

**From:** Bill Salinski <salinski@pm.me>
**Sent:** Wednesday, May 18, 2022 3:18 PM
**To:** Trey Files <Trey@shrkcpasllc.com>
**Subject:** Tax Payments Needed for Trial

Trey,

I am writing on behalf of Todd, he is in trial without email.

We have an issue at trial where the govt says they did not receive some large payments for Form 1040. Can you send us a summary of all payments for 2009 - 2016. As soon as possible. Thanks.

**William Salinski, CPA**
**Financial Investigation Consultants, LLC**

**107 Rolling Green**
**Peachtree City, GA 30269**
**Cell: (678) 877-9242**
**Email: salinski@pm.me**

Sent with ProtonMail Secure Email.

**1.65 MB**    13 files attached

2016 Account Transcript.pdf 179.89 KB    2010 Account Transcript.pdf 192.95 KB    2011 Account Transcript.pdf 205.74 KB

2012 Account Transcript.pdf 224.72 KB    2013 Account Transcript.pdf 160.67 KB    2014 Account Transcript.pdf 192.37 KB

2015 Account Transcript.pdf 177.21 KB    2014 Payment.pdf 56.16 KB    2015 Payment.pdf 67.17 KB

2016 Payment.pdf 43.42 KB    2014 Payment Cleared.pdf 63.29 KB    2015 Payment Cleared.pdf 59.41 KB

2016 Payment Cleared.pdf 61.68 KB

 **IRS**

# Direct Pay

## Confirmation

Your payment has been submitted. An email confirming this transaction will be sent to the email address you provided. You may want to print or record the information on this screen for future reference.

**Confirmation Number  222-1698-8580-1941**

**Submitted**
10-22-2021 05:33 P.M. Eastern Time (UTC -5:00)

**Payment Amount**
$50,000.00

**Payment Status**
Scheduled

**Payment Date**
October 22, 2021

**Reason for Payment**
Balance Due

**Payment Type**
Income Tax - Form 1040

**Tax Year for Payment**
2014

**Bank Name**
SIGNATURE BANK

**Account Number**
xxxxxx2357

**Email Address**
trey@shrkcpasllc.com

 SIGNATURE BANK®

**Deposit Reports**

## Deposit Accounts Activity Summary

| | |
|---|---|
| Report Created: | 05/18/2022 03:45:41 PM (ET) |
| Account: | LL BIZ ESCROW                 Available $54,987.66 |
| Date Range: | 10/21/2021 to 10/28/2021 |
| Transaction Types: | All Transactions |
| Detail Option: | Includes transaction detail |

**LL BIZ ESCROW**             **Available $54,987.66**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 10/25/2021 | IRSUSATAXPYMT 222169 | | ACH DEBIT<br>IRS USATAXPYMT 222169885801941 005 00000000000000000338770<br>2000 MICHAEL CHRISLEY RECIPIENT | $50,000.00 | | $85,925.06 |
| 10/28/2021 | Totals | | | $50,000.00 | $0.00 | |

Showing 1 - 1 of 1

IRS Logo

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

|  |  |
|---|---|
| Request Date: | 05-18-2021 |
| Response Date: | 05-18-2021 |
| Tracking Number: | 100797304638 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-7353
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   XXX-XX-1621

JULI M & MICH T CHRI
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 41,780.50 | |
| ACCRUED INTEREST: | 5,406.60 | AS OF: May  31, 2021 |
| ACCRUED PENALTY: | 0.00 | AS OF: May  31, 2021 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          47,187.10

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 320,955.00 |
| TAXABLE INCOME: | 298,364.00 |
| TAX PER RETURN: | 77,061.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jun. 25, 2018 |
| PROCESSING DATE | Sep. 17, 2018 |

| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20183505 | 09-17-2018 | $77,061.00 |
| n/a | 09221-188-52222-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2015 | -$58.00 |
| 460 | Extension of time to file tax return ext. Date 10- | | 04-15-2015 | $0.00 |

15-2015

| 140 | Inquiry for non-filing of tax return | | 03-09-2016 | $0.00 |
| 971 | Notice issued<br>CP 0059 | | 03-28-2016 | $0.00 |
| 960 | Appointed representative | | 06-22-2016 | $0.00 |
| 595 | Account referred for review | | 11-30-2016 | $0.00 |
| 960 | Appointed representative | | 04-12-2017 | $0.00 |
| 592 | Tax return not filed | | 02-12-2018 | $0.00 |
| 610 | Payment with return | | 03-05-2018 | -$77,003.00 |
| 599 | Tax return secured | | 03-15-2018 | $0.00 |
| 599 | Tax return secured | | 06-29-2018 | $0.00 |
| 960 | Appointed representative | | 07-12-2018 | $0.00 |
| 166 | Penalty for filing tax return after the due date<br>09-17-2028 | 20183505 | 09-17-2018 | $17,325.67 |
| 276 | Penalty for late payment of tax | 20183505 | 09-17-2018 | $13,475.52 |
| 196 | Interest charged for late payment | 20183505 | 09-17-2018 | $10,979.31 |
| 971 | Notice issued<br>CP 0014 | | 09-17-2018 | $0.00 |
| 470 | Claim pending | | 08-27-2018 | $0.00 |
| 976 | Duplicate return filed | | 05-21-2018 | $0.00 |
| n/a | 09221-202-50411-8 | | | |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 472 | Resolved claim | | 03-04-2019 | $0.00 |
| 472 | Resolved claim | | 03-04-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

 **IRS**

Signed in as:
**MICHAEL CHRISLEY**

# Direct Pay

## Confirmation

Your payment has been submitted. An email confirming this transaction will be sent to the email address you provided. You may want to print or record the information on this screen for future reference.

**Confirmation Number  222-1698-5094-6822**

**Submitted**
10-22-2021 05:38 P.M. Eastern Time (UTC -5:00)

**Payment Amount**
$60,000.00

**Payment Status**
Scheduled

**Payment Date**
October 22, 2021

**Reason for Payment**
Balance Due

**Payment Type**
Income Tax - Form 1040

**Tax Year for Payment**
2015

**Bank Name**
SIGNATURE BANK

**Account Number**
xxxxxx2357

**Email Address**
trey@shrkcpasllc.com

5/18/22, 3:46 PM                                      Deposit Reports

 SIGNATURE BANK

**Deposit Reports**

## Deposit Accounts Activity Summary

| | | |
|---|---|---|
| Report Created: | 05/18/2022 03:45:41 PM (ET) | |
| Account: | LL BIZ ESCROW | Available $54,987.66 |
| Date Range: | 10/21/2021 to 10/28/2021 | |
| Transaction Types: | All Transactions | |
| Detail Option: | Includes transaction detail | |

**LL BIZ ESCROW**                          · **Available $54,987.66**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 10/25/2021 | IRSUSATAXPYMT 222169 | | ACH DEBIT<br>IRS USATAXPYMT 222169850946822 | $60,000.00 | | $25,925.06 |
| 10/28/2021 | Totals | | | $60,000.00 | $0.00 | |

Showing 1 - 1 of 1

https://signatureny.biz-business.online-banking-services.com/bebanking/home.do#/print-preview                          1/1

 **IRS**

# Direct Pay

## Payment Details

**Confirmation Number**
222-2427-0253-6156

**Payment Amount**
$592,500.00

**Payment Status**
Originated

**Submission Date**
January 26, 2022

**Payment Date**
January 26, 2022

**Reason for Payment**
Balance Due

**Payment Type**
Income Tax - Form 1040

**Tax Year for Payment**
2016

5/18/22, 3:34 PM                                                          Deposit Reports



**Deposit Reports**

## Deposit Accounts Activity Summary

| | |
|---|---|
| Report Created: | 05/18/2022 03:33:27 PM (ET) |
| Account: | LL BIZ ESCROW |
| Date Range: | 01/27/2022 |
| Transaction Types: | All Transactions |
| Detail Option: | Includes transaction detail |

**LL BIZ ESCROW**                          **Available $54,987.66**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 01/27/2022 | IRSUSATAXPYMT 222242 | | ACH DEBIT IRS USATAXPYMT 222242702536156 002 500000000000000033877 02000 MICHAEL T & JULIE M CH RECIPIENT | $592,500.00 | | $137,204.16 |
| 01/27/2022 | Totals | | | $592,500.00 | $0.00 | |

Showing 1 - 1 of 1