# Exhibit B

# Kinsler Brock D

| | |
|---|---|
| **From:** | Kinsler Brock D |
| **Sent:** | Tuesday, May 31, 2022 7:08 PM |
| **To:** | Carter Betty M |
| **Subject:** | Tax Payment Help for Trial |
| **Attachments:** | Tax Payment Question.pdf |
| **Importance:** | High |

Password coming separately.  Can you tell me where this payment went? It is not showing on the 2016 transcript we have from March 2022.  It may have went to a future tax period.

Thank you,
Brock

1



# Direct Pay

## Payment Details

**Confirmation Number**
222-2427-0253-6156

**Payment Amount**
$592,500.00

**Payment Status**
Originated

**Submission Date**
January 26, 2022

**Payment Date**
January 26, 2022

**Reason for Payment**
Balance Due

**Payment Type**
Income Tax - Form 1040

**Tax Year for Payment**
2016



## Deposit Reports

## Deposit Accounts Activity Summary

| | |
|---|---|
| Report Created: | 05/18/2022 03:33:27 PM (ET) |
| Account: | LL BIZ ESCROW |
| Date Range: | 01/27/2022 |
| Transaction Types: | All Transactions |
| Detail Option: | Includes transaction detail |

**LL BIZ ESCROW**     Available $54,987.66

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 01/27/2022 | IRSUSATAXPYMT 222242 | | ACH DEBIT<br>IRS USATAXPYMT 222242702536156 002 5000000000000000033877 02000 MICHAEL T & JULIE M CH RECIPIENT | $592,500.00 | | $137,204.16 |
| 01/27/2022 | Totals | | | $592,500.00 | $0.00 | |

Showing 1 - 1 of 1

# Kinsler Brock D

| | |
|---|---|
| **From:** | Carter Betty M |
| **Sent:** | Tuesday, May 31, 2022 8:33 PM |
| **To:** | Kinsler Brock D |
| **Cc:** | Carter Betty M |
| **Subject:** | Transcripts |
| **Attachments:** | ChrisleyTodd2016transcript05312022.pdf; ChrisleyJulie2016transcript05312022.pdf |

I pulled the transcript up by each SSN. The same transcript came up for both SSN's. The 2016 return was filed under Mrs. C's SSN-she is primary. I tried to attach the IMFOLT for 2016 for Mr. C. That is where the payment is sitting. It won't go through even with password protection.

Password is the same as the one you sent.

Betty M. Carter
ATAT Revenue Officer
2888 Woodcock Blvd
Stop 308-D
Atlanta, GA  30341
Phone
Direct E-fax

1



This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 05-31-2022 |
| Response Date: | 05-31-2022 |
| Tracking Number: | 102135722493 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER:        XXX-XX-7353

SPOUSE TAXPAYER IDENTIFICATION NUMBER   XXX XX 1621

JULI M & MICH T CHRI

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 472,157.01 | |
| ACCRUED INTEREST: | 82,754.49 | AS OF: Jun. 13, 2022 |
| ACCRUED PENALTY: | 48,240.90 | AS OF: Jun. 13, 2022 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        603,152.40

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 04 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 1,442,172.00 |
| TAXABLE INCOME: | 1,429,572.00 |
| TAX PER RETURN: | 511,777.00 |
| SE TAXABLE INCOME TAXPAYER | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Jun. 11, 2018 |
| PROCESSING DATE | Jul. 30, 2018 |

|  | TRANSACTIONS |
|---|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20182805 | 07-30-2018 | $511,777.00 |
| n/a | 09221-167-38818-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$7.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | | 04-15-2017 | $0.00 |
| 610 | Payment with return | | 06-11-2018 | -$228,000.00 |
| 470 | Claim pending | | 06-21-2018 | $0.00 |
| 176 | Penalty for not pre-paying tax 07-30-2028 | 20182805 | 07-30-2018 | $3,129.01 |
| 166 | Penalty for filing tax return after the due date 07-30-2028 | 20182805 | 07-30-2018 | $115,148.25 |
| 276 | Penalty for late payment of tax | 20182805 | 07-30-2018 | $38,661.60 |
| 196 | Interest charged for late payment | 20182805 | 07-30-2018 | $31,448.15 |
| 971 | Notice issued CP 0014 | | 07-30-2018 | $0.00 |
| 470 | Claim pending | | 07-09-2018 | $0.00 |
| 960 | Appointed representative | | 07-12-2018 | $0.00 |
| 472 | Resolved claim | | 01-07-2019 | $0.00 |
| 472 | Resolved claim | | 01-07-2019 | $0.00 |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

|  |
|---|
| This Product Contains Sensitive Taxpayer Data |



```
         This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|                      |              |
|----------------------|--------------|
| Request Date:        | 05-31-2022   |
| Response Date:       | 05-31-2022   |
| Tracking Number:     | 102135707481 |

FORM NUMBER:    1040

TAX PERIOD:     Dec. 31, 2016

TAXPAYER IDENTIFICATION NUMBER:         XXX-XX-7353

SPOUSE TAXPAYER IDENTIFICATION NUMBER   XXX XX 1621

JULI M & MICH T CHRI

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                 472,157.01
ACCRUED INTEREST:                                 82,754.49   AS OF: Jun. 13, 2022
ACCRUED PENALTY:                                  48,240.90   AS OF: Jun. 13, 2022


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                   603,152.40

                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                              04
FILING STATUS:                          Married Filing Joint
ADJUSTED GROSS INCOME:                         1,442,172.00
TAXABLE INCOME:                                1,429,572.00
TAX PER RETURN:                                  511,777.00
SE TAXABLE INCOME TAXPAYER                             0.00
SE TAXABLE INCOME SPOUSE:                              0.00
TOTAL SELF EMPLOYMENT TAX:                             0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Jun. 11, 2018
PROCESSING DATE                                                 Jul. 30, 2018

| | TRANSACTIONS |
|---|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20182805 | 07-30-2018 | $511,777.00 |
| n/a | 09221-167-38818-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$7.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | | 04-15-2017 | $0.00 |
| 610 | Payment with return | | 06-11-2018 | -$228,000.00 |
| 470 | Claim pending | | 06-21-2018 | $0.00 |
| 176 | Penalty for not pre-paying tax 07-30-2028 | 20182805 | 07-30-2018 | $3,129.01 |
| 166 | Penalty for filing tax return after the due date 07-30-2028 | 20182805 | 07-30-2018 | $115,148.25 |
| 276 | Penalty for late payment of tax | 20182805 | 07-30-2018 | $38,661.60 |
| 196 | Interest charged for late payment | 20182805 | 07-30-2018 | $31,448.15 |
| 971 | Notice issued CP 0014 | | 07-30-2018 | $0.00 |
| 470 | Claim pending | | 07-09-2018 | $0.00 |
| 960 | Appointed representative | | 07-12-2018 | $0.00 |
| 472 | Resolved claim | | 01-07-2019 | $0.00 |
| 472 | Resolved claim | | 01-07-2019 | $0.00 |
| 960 | Appointed representative | | 01-16-2019 | $0.00 |
| 960 | Appointed representative | | 11-08-2019 | $0.00 |

| |
|---|
| This Product Contains Sensitive Taxpayer Data |

# Kinsler Brock D

| | |
|---|---|
| **From:** | Carter Betty M |
| **Sent:** | Tuesday, May 31, 2022 8:53 PM |
| **To:** | Kinsler Brock D |
| **Cc:** | Carter Betty M |
| **Subject:** | IMFOLT |
| **Attachments:** | ChrisleyTodd2016IDRS05312022.pdf; ChrisleyTodd2016IDRS105312022.pdf |

Betty M. Carter
ATAT Revenue Officer
2888 Woodcock Blvd
Stop 308-D
Atlanta, GA  30341
Phone
Direct E-fax

1

```
IMFOLT       -1621 30201612P01  IMF TAX MODULE           NM CTRL:CHRI WEEKLY
07277-538-30005-2                              SPSSN              UP-CYC:2201
MICHAEL T CHRISLEY                                  TOT EXEMPTIONS:00 BFS  :
                              FSC:0 STATUS:00 STATUS DATE:            AIMS :0
NEXT  CSED:          ASSESSD BAL:        592,500.00-SETTL DATE:        LIEN :
LAST  CSED:          TOT INTERST:               .00 INTEREST DATE:06062022 BWI :
FIRST CSED:          INT ASSESSD:               .00 DISASTER RDD :    BWNC :0
      ASED:          INT PAID:                  .00 DISASTERSTART:    CC81 :0
      RSED:          FTP TOTAL:                 .00 GOVRN SC:07 HIST LC:11 CC85 :0
    FREEZE:    -Z    FTP ASSESSD:               .00 MATH IN: TDA COPY:   TC914:2
INDICATORS:                                                            CAF  :1
EFT-IND:0 DDRC:00 PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0        ARDI :0
SETTL CYC:00000000  FEB15 RFND FRZ:0   LEVY-971-IND:00
TC    DATE      AMOUNT       CYCLE       DLN           VARIABLE DATA
914 12042017           .00  20174905 07277-738-30020-7 AGENT-ID: 58067293
971 12252017           .00  20174905 07277-738-30022-7 ACT-CD: 805
                                                       MISCINTEL-914
971 05072018           .00  20181605 07277-508-30022-8 ACT-CD: 805
                                                       MISCINTEL-914
960 07122018           .00  20182905 64277-593-01629-8
960 01162019           .00  20190405 81277-416-02810-9
971 08122019           .00  20193005 07277-603-30035-9 ACT-CD: 805
                                                       MISCINTEL-914
            PAGE 001 OF 002            IMFPG 002                         DS:R




Date: 5/31/2022 Time: 8:16:32 PM
```

```
IMFOLT      -1621 30201612P02   IMF TAX MODULE          NM CTRL:CHRI WEEKLY
                                                              UP-CYC:2201
TC   DATE       AMOUNT         CYCLE       DLN               VARIABLE DATA
960 11082019          .00    20194605 64277-712-04117-9
670 01262022   592,500.00-   20220605 81219-027-14167-2 EPI:E
             EFT-TRACE:29222242702536156              CDDB71012022027015000017
914 05172022          .00    20222005 07277-538-30005-2 AGENT-ID: 58068175
971 06062022          .00    20222005 07277-538-30025-2 ACT-CD: 805
                                                        MISCINTEL-914




                PAGE 002 OF 002           IMFPG 001                        DS:R
```