# Exhibit C

## Declaration of Betty M. Carter

I, BETTY M. CARTER, under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, declare as follows:

1. I am over eighteen (18) years of age, of sound mind, capable of making this Declaration and am personally acquainted with the facts stated in this Declaration.

2. I am a duly commissioned Revenue Officer with the Small Business Self Employed Division of the Internal Revenue Service. I report to Supervisory Revenue Officer Patricia Krogh.

3. I have been a Revenue Officer with the Internal Revenue Service for approximately 38 years. As a Revenue Officer, I am responsible for collecting outstanding tax liabilities and securing delinquent tax returns.

4. I was assigned to the Chrisley case around mid-February 2017. Subsequently, a referral was made to and accepted by Internal Revenue Service Criminal Investigation (CI). Once the case was assigned to CI, collection activity ceased. Shortly thereafter, I was asked to be a cooperating Revenue Officer by CI. As a cooperating Revenue Officer, I assisted CI in obtaining records from IRS databases. Other than assisting with information requests from CI Special Agents

1

and being interviewed prior to trial, I had no active role in the criminal investigation of the Chrisleys.

5. I testified in the Chrisley criminal trial around mid-May 2022.

6. In preparing for my testimony, I reviewed the Integrated Collection System (ICS) history and the ICS archive history for the Chrisleys. I also reviewed Employee User Portal (EUP) transcripts pulled under both Michael Todd Chrisley's social security number and Julie Chrisley's social security number. In these EUP transcripts for 2014, 2015 and 2016, there was a balance due for each of these years.

7. On May 31, 2022, I received an e-mail from CI Special Agent Brock Kinsler, asking me to identify and locate in the Internal Revenue Service's system a payment made to the Internal Revenue Service on January 26, 2022 for $592,500. After performing a search in Integrated Data Retrieval System (IDRS), I was able to locate the payment. I found that the January 26, 2022 payment was applied to the Internal Revenue Service's records associated with Mr. Chrisley's social security number. However, I found that the balance due liability was reflected under the Internal Revenue Service's records associated with Mrs. Chrisley's social security number.

8. On May 31, 2022, upon discovering this information, I wrote an email to CI Special Agent Kinsler advising him the $592,500 payment was applied to Mr. Chrisley's social security number and the tax liability was under Mrs. Chrisley's social security number.

9. On June 21, 2022 and June 24, 2022, I was contacted by Bruce Seckendorf, the authorized power of attorney for both Michael Todd Chrisley and Julie Chrisley. Mr. Seckendorf was asking about an amended tax return for tax year 2014. I advised the amended tax return for tax year 2014 had been received but not processed. Mr. Seckendorf also asked if I could find out if some payments had posted in the Internal Revenue Service's systems and obtain a payoff balance on the remaining tax liabilities of both Michael Todd Chrisley and Julie Chrisley. I asked Mr. Seckendorf to provide this request in writing via e-mail. I received Mr. Secendorf's e-mail on June 27, 2022.

10. On June 29, 2022, I sent an e-mail to Mr. Seckendorf with the requested payoff balances for tax years 2017, 2018, 2019 and 2020. I also provided the credit balances under Mr. Chrisley's social security number for tax years 2014, 2015 and 2016. I explained I would need a request in writing if he wanted the payments moved.

11. On July 1, 2022, I received an e-mail from Mr. Seckendorf asking that the payments be moved from Mr. Chrisley's social security number to Mrs. Chrisley's social security number.

12. On July 6, 2022, I made an internal request that the Internal Revenue Service move such payments to Mrs. Chrisley's social security number.

13. On August 17, 2022, I had a telephone call with Mr. Seckendorf. Internal Revenue Service Acting Group Manager Mindy Richardson also attended this telephone call. During this telephone call, I provided the payoff amounts to Mr. Seckendorf for tax years 2010, 2011, 2016, 2017, 2018 and 2019.

14. On September 7, 2022, the Internal Revenue Service received three payments from Mr. Seckendorf, which were drawn out of a bank account in the name of Seckendorf Hasson Reilly & Kobay CPA's LLC as follows:

   a. $16,897.23 to be applied to Mr. Chrisley's social security number for tax year 2011;

   b. $3,287.55 to be applied to Mrs. Chrisley's social security number for tax year 2016; and

   c. $149.95 to be applied to Mrs. Chrisley's social security number for tax year 2010.

15. The payments as described in paragraph 14 were posted to the Internal Revenue Service's internal databases as requested.

16. I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

*Betty M. Carter*

Betty M. Carter
Executed on October 3, 2022