# Exhibit D

## **DECLARATION OF CHERYL GARCIA**

1. I am over eighteen (18) years of age and am competent to make this Declaration. The facts contained herein are true, correct and based upon my personal knowledge and experience.

2. My full name is Cheryl Lynn Garcia.

3. I had no role in the criminal investigation of Todd and Julie Chrisley or the efforts to collect their delinquent taxes. I was given a set of facts and asked to evaluate the matter and provide details on the inner workings of the complex processing systems utilized by the Internal Revenue Service. My research and details are provided as factual information.

4. I am currently a Revenue Officer (RO) Fraud Enforcement Advisor (FEA) for the Office of Fraud Enforcement (OFE). I have worked for the Internal Revenue Service for 35 years with 8 years as a Tax Examiner in various increasingly responsible positions in Campus processing, account management, problem resolution, research, preparation of Campus Director Congressional responses and was a Work Leader in Automated Collection Service (ACS) before becoming an RO.

5. As an RO, I have been responsible for collecting delinquent taxes and returns; investigating income and assets, making determinations to pursue assets and ability to pay for unpaid individual and business taxes. Investigations included determination of financial ability to pay delinquent taxes and research of assets and income to support any decision on ability to pay. I ensured the correct tax, plus any applicable penalties and interest were paid, ensured payments and returns were properly processed and prepared adjustment requests to correct errors made on accounts by either the taxpayer or a possible processing error. All of this was an integral part of my daily duties and continued until 2012 when I was promoted to a Fraud Technical Advisor (FTA) which is now known as FEA.

6. Based on the expertise and experience I have in multiple functions within the IRS, I am familiar with and utilize multiple databases and computer systems containing taxpayer information, details, and records. I use these systems on a weekly if not daily basis.

7. One of the main systems I use on a daily basis is the IRS Integrated Data Retrieval System (IDRS) which is the master repository of all taxpayer account records. IDRS contains tax data for all individuals and business entities. The system is used as the data storage and warehouse of all records of filed returns, actions, activity, payments, penalties, and interest assessments and is considered the keeper of all records. IDRS maintains all account information year by year under each unique identification number for individuals and businesses.

8. A companion system to IDRS is the Employee User Portal (EUP) that will generate a transcript upon request under a chosen Social Security Numbers (SSN). The system will generate a clean transcript of the tax return records under the requested SSN. EUP was designed to provide tax return information for the SSN or SSN's associated to a filed return. This information would be the date the return was received, the date it posted to IDRS, any credits, payments, penalties and interest or tax adjustment increases or decreases as appropriate.

9. When a taxpayer and their spouse file Married Filing Joint (MFJ) tax returns, the name and SSN listed first is considered the Primary Taxpayer. In a MFJ situation, the name and SSN of the spouse listed second is considered the Secondary Taxpayer. All account activity is posted under the Primary SSN as it was listed first with a cross-reference to the Secondary SSN. There is no other return filing record for a secondary taxpayer. If an EUP transcript is requested under either the Primary or Secondary SSN when there is a MFJ return, each SSN will show an identical transcript based on the records of the Primary SSN. For the Chrisleys, Julie Chrisley was the Primary filer for the 2014, 2015 and 2016 Form 1040 tax returns. EUP transcripts for the Chrisleys 2014, 2015 and 2016 Form 1040 tax returns would only reflect IDRS information under Julie Chrisley's SSN. Any IDRS information under Todd Chrisley's SSN would not be reflected in an EUP transcript.

10. One way to pay tax balances is by using the Electronic Federal Tax Payment System (EFTPS). EFTPS allows electronic payments to be generated by the taxpayer and applied to their account on the date they chose and for the dollar amount they wish. A taxpayer or their authorized representative will access their SSN and initiate the payment setting the details on where, when, and how much is being paid. These electronic payments flow from the EFTPS system to the payment processing bank through the Federal Reserve and post directly to the SSN and tax period chosen. There is no paper processing, nor any human involved in the process for where the payments are applied. This is entirely controlled by the initiator of the payment.

11. In the case of a MFJ return, the tax due and owing is under the Primary SSN. If a payment is made to the Secondary SSN, it will stay posted under the Secondary SSN until a request is made to transfer the payment to the Primary SSN. For the Chrisleys, there was a $50,000 payment made in October 2021 for the 2014 Form 1040 under Todd Chrisley's SSN, a $60,000 payment made in October 2021 for the 2015 Form 1040 under Todd Chrisley's SSN and a $592,500 payment made in January 2022 for the 2016 Form 1040 under Todd Chrisley's SSN. These payments would not be displayed on the EUP transcripts since they were submitted using Todd Chrisley's SSN (Secondary Taxpayer) not Julie Chrisley's SSN (Primary Taxpayer).

12. IRS Processing received a notice request to move the payment on 7-6-2022 and the payments in question were moved from Todd Chrisley's SSN to Julie Chrisley's SSN on 7-7-2022. The payments were applied to Julie Chrisley's SSN on the exact date made and all accrued penalties and interest were subsequently adjusted to the payment received date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on September 28th, 2022.

*Cheryl L Garcia*

Cheryl L Garcia