**Summary of MTC/JC Loans**

| | Bank | Loan # | Borrower | Note Date | Maturity | Loan Amount | Approx. Loan Balance at the Time of the False Representation | Date Used for Approx. Loan Balance | Date of Misrepresentation | Collateral | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Alpha Bank & Trust | 7002141 | MTC | 7/13/2007 | 7/13/2010 | 400,000.00 | 400,000.00 | 7/13/2007 | 7/11/2007 | Brookhaven Stock | Prior to issuing loan, Alpha sends an email on 7/11/07 asking for verification of liquidity of securities at ML. |
| 2 | Alpha Bank & Trust | 7002144 | Auto Express | 7/13/2007 | 7/13/2008 | 250,000.00 | 250,000.00 | 7/13/2007 | 7/11/2007 | Equipment of Auto Express | Prior to issuing loan, Alpha sends an email on 7/11/07 asking for verification of liquidity of securities at ML. |
| 3 | Alpha Bank & Trust | 7002198 | Chrisley Family Trust | 7/23/2007 | 7/23/2010 | 1,572,500.00 | 1,572,500.00 | 7/23/2007 | 7/11/2007 | 2500 Peachtree, Unit 505 | Prior to issuing loan, Alpha sends an email on 7/11/07 asking for verification of liquidity of securities at ML. |
| 4 | Alpha Bank & Trust | 7002357 | MTC | 10/5/2007 | 10/5/2008 | 475,000.00 | 475,000.00 | 10/5/2007 | 7/11/2007 | Unsecured (MTC Personal Guarantee) | Prior to issuing loan, Alpha sends an email on 7/11/07 asking for verification of liquidity of securities at ML. |
| 5 | Alpha Bank & Trust | 8000000 | Chrisley Family Trust | 9/1/2006 | 9/1/2007 | 1,572,500.00 | 1,569,256.72 | 3/28/2008 | 9/13/2007 | 408 Western Lake Dr., Santa Rosa Beach, FL | Alpha sent renewal docs for loan on 8/30/07 and asks for an updated PFS. On 9/13/07, MB sent MTC's PFS showing $4 million at ML. |
| 6 | Alpha Bank & Trust | 8100000 | LKC, LLC | 9/20/2006 | 9/20/2007 | 500,000.00 | 490,880.33 | 7/25/2008 | 9/13/2007 | Unsecured | Alpha sent renewal docs for loan on 8/30/07 and asks for an updated PFS. On 9/13/07, MB sent MTC's PFS showing $4 million at ML. |
| 7 | Alpha Bank & Trust | 8200000 | CAM | 9/20/2006 | 9/20/2007 | 500,000.00 | 499,850.47 | 7/25/2008 | 9/13/2007 | Unsecured | Alpha sent renewal docs for loan on 8/30/07 and asks for an updated PFS. On 9/13/07, MB sent MTC's PFS showing $4 million at ML. |
| 8 | Athens First Bank | 57533825-14 | LKC, LLC | 6/25/2008 | 12/25/2011 | 3,464,701.15 | 3,464,701.15 | 6/25/2008 | 6/23/2008 | MTC Personal Guarantee | Athens requested MTC's PFS on 6/20/2008. MB sent MTC's PFS showing securities at ML totaling $4,275,550 on 6/23/2008. On 6/25/2008, Athens executed the promissory note. |
| 9 | Athens First Bank | 57533831-10 | CAM | 8/15/2009 | 8/14/2014 | 491,796.73 | 491,796.73 | 8/15/2009 | 6/12/2009 | MTC Personal Guarantee | Prior to issuing the loan, Athens received a PFS dated 6/12/2009 showing MTC had securities at ML totaling $3,658,269 (Per subpoena response). |
| 10 | Buckhead Community Bank | 7110-89-00 | MTC | 7/18/2006 | 1/18/2008 | 1,504,000.00 | 1,500,000.00 | 1/20/2008 | 1/14/2008 | 1015 Lancaster Square, Roswell, GA | On 1/14/2008, Buckhead asked for updated PFS and MTC's 2006 tax return prior to renewing the loan. MB sent Buckhead MTC's 2006 tax return showing an AGI of $4,650,758 (real tax return as an AGI of negative $1,556,600 per Grimsley). |
| 11 | Buckhead Community Bank | 7112-88-00 | Lot 46 Watersound | 9/14/2006 | 9/14/2007 | 2,560,000.00 | 1,784,251.23 | 10/26/2007 | 10/4/2007 | 31 Keel Court, Santa Rosa Beach, FL | Buckhead asked for an updated PFS on 9/4/07 prior to the renewal. On 10/2/07, Buckhead said the bank would not sign off on the renewal until it received MTC's PFS. On 10/4/07, MB sent Buckhead MTC's PFS showing $4 million in securities at ML. |
| 12 | Embassy Bank | 7000042 | Select RE Holdings, LLC | 9/30/2008 | 1/5/2009 | 150,000.00 | 150,000.00 | 9/30/2008 | 9/2/2008 | All receivables SREH and 5010 Heatherwood Ct. | On 9/2/2008, MB sent Embassy MTC's PFS showing $3,658,269 in securities at ML. |
| 13 | Embassy Bank | 7000043 | CAM | 9/30/2008 | 1/5/2009 | 450,000.00 | 450,000.00 | 9/30/2008 | 9/2/2008 | 5010 Heatherwood Ct. | On 9/2/2008, MB sent Embassy MTC's PFS showing $3,658,269 in securities at ML. |
| 14 | Embassy Bank | 7000050 | Chrisley Family Trust | 8/31/2007 | 8/1/2010 | 278,000.00 | 278,000.00 | 8/31/2007 | 8/7/2007 | 2500 Peachtree, Unit 505 | On 8/7/2007, MB sent Embassy MTC's PFS showing $4 million in securities at ML. |
| 15 | Embassy Bank | 7000075 | Auto Express | 11/19/2007 | 11/19/2008 | 350,000.00 | 350,000.00 | 11/19/2007 | 7/31/2007 | Unsecured | In an Embassy Loan Committee form dated 11/19/07 discussing the loan, it noted MTC's net worth on his 7/31/07 PFS. The PFS listed $4 million in securities at ML. |
| 16 | Haven Trust Bank | 700022353 | LKC, LLC | 11/3/2006 | 2/3/2007 | 250,000.00 | 250,000.00 | 2/14/2007 | 10/1/2006 | All Receivables and equipment of LKC and MTC Personal Guarantee | Renewed on 2/23/07, 5/23/07 and 1/23/08 as Haven loan #700025737. Per 2/14/07 Haven loan committee memo (discussing MTC's PFS dated 10/1/06), loan was discussed regarding MTC's relationship to the bank. The memo noted MTC's $4 million in securities at ML. Per 1/24/08 Haven loan committee memo, loan was discussed regarding MTC's relationship to the bank. The memo noted MTC's $4,275,550 in securities at ML. |
| 17 | Haven Trust Bank | 700022833 | CAM | 12/6/2006 | 12/7/2007 | 500,000.00 | 495,543.00 | 2/14/2007 | 10/1/2006 | All Receivables and equipment of CAM and MTC Personal Guarantee | Renewed on 12/6/07. Per 2/14/07 Haven loan committee memo (discussing MTC's PFS dated 10/1/06), loan was discussed regarding MTC's relationship to the bank. The memo noted MTC's $4 million in securities at ML. Per 1/24/08 Haven loan committee memo, loan was discussed regarding MTC's relationship to the bank. The memo noted MTC's $4,275,550 in securities at ML. |
| 18 | Haven Trust Bank | 700022841 | Michael Todd Design, LLC | 12/6/2006 | 12/7/2007 | 500,000.00 | 497,000.00 | 2/14/2007 | 10/1/2006 | All Receivables and equipment of MTD and MTC Personal Guarantee | Renewed on 12/6/07. Per 2/14/07 Haven loan committee memo (discussing MTC's PFS dated 10/1/06), loan was discussed regarding MTC's relationship to the bank. The memo noted MTC's $4 million in securities at ML. Per 1/24/08 Haven loan committee memo, loan was discussed regarding MTC's relationship to the bank. The memo noted MTC's $4,275,550 in securities at ML. |
| 19 | Haven Trust Bank | 700024052 | South Fulton Land Inv. | 2/23/2007 | 3/5/2008 | 3,593,197.58 | 3,593,197.58 | 2/23/2007 | 10/1/2006 | 42 acre tract in Union City, GA | Renewed on 3/5/08. Per 2/14/07 Haven loan committee memo (discussing giving MTC loan #4052), loan was discussed regarding MTC's relationship to the bank. The memo noted MTC's $4 million in securities at ML. Per 1/24/08 Haven loan committee memo, the loan was discussed regarding MTC's relationship to the bank. The memo noted MTC's $4,275,550 in securities at ML. |
| 20 | Haven Trust Bank | 700024581 | Auto Express | 3/29/2007 | 3/29/2008 | 100,000.00 | 100,000.00 | 1/24/2008 | 12/31/2007 | 4015 Anson Ave. (2nd Mtg.) | Renewed on 3/29/08. Per 1/24/08 Haven loan committee memo (discussing MTC's PFS dated 12/31/07), the loan was discussed regarding MTC's relationship to the bank. The memo noted MTC's $4,275,550 in securities at ML. |
| 21 | Integrity Bank | 400841700 | Chrisley Family Trust | 11/17/2006 | 11/17/2008 | 10,000,000.00 | 10,000,000.00 | 11/17/2006 | 10/16/2006 | 830 W. Conway Dr. and 5000/5010 Heatherwood | MB sent Integrity a PFS for MTC on 10/16/06. Per review of a PFS dated 10/1/06 sent to Midtown, it showed $4 million on securities at ML. |
| 22 | Integrity Bank | 400848200 | LKC, LLC | 12/7/2006 | 12/7/2007 | 1,500,000.00 | 1,500,000.00 | 12/7/2006 | 10/1/2006 | Unsecured | Renewed on 12/7/07 and 1/7/08. Per Integrity loan committee memo dated 12/6/06 (discussing MTC's PFS dated 10/1/06), it noted MTC having liquid assets of $5,990,000. Per review of a PFS dated 10/1/06 sent to Midtown, it showed $5,990,000 in liquid assets including $4 million in securities at ML. |
| 23 | Midtown Bank | 180161101 | Chrisley Family Trust | 2/23/2007 | 7/10/2009 | 1,100,000.00 | 1,100,000.00 | 2/23/2007 | 10/1/2006 | 1067 Corsica & Belle Pines | Line was increased from $800k to $1.1 million in April 2007. In the credit memo for this loan dated 4/16/07 (discussing MTC's PFS dated 10/1/06), it was noted MTC had liquidity of $5.9 million which included $4 million in securities at ML. |
| 24 | Midtown Bank | 180161102 | Chrisley Family Trust | 5/7/2007 | 5/7/2008 | 2,000,000.00 | 1,997,930.00 | 12/1/2008 | 12/1/2008 | 5000 & 5010 Heatherwood Ct. | Note renewed in April 2008. Note was later renewed from another 6 months in January 2009. In the credit memo dated 1/22/09 (discussing MTC's PFS dated 12/1/08), it was noted MTC had liquidity of $5.06 million which included $3,658,269 in securities at ML. |
| 25 | Midtown Bank | 195161101 | Select RE Holdings, LLC | 7/11/2007 | 11/11/2007 | 300,000.00 | 249,622.00 | 12/1/2008 | 12/1/2008 | Unsecured (MTC Personal Guarantee) | Note renewed in November 2007 and in January 2008. In the credit memo dated 1/22/09 (discussing MTC's PFS dated 12/1/08), it was noted MTC had liquidity of $5.06 million which included $3,658,269 in securities at ML. |
| 26 | Regions Bank | 30001 | CAM | 11/13/2007 | 11/13/2008 | 500,000.00 | 500,000.00 | 11/13/2007 | 9/29/2007 | CAM's Receivables and MTC Personal Guarantee | Regions asked for a copy of a bank statement to verify MTC's liquidity prior to giving the loan. On 9/29/07, MB sent Regions a bank statement showing CAM had a bank balance of over $1.2 million. On 11/08/07, MB sent Regions MTC's 2006 tax return showing an AGI of $4,650,758 (real tax return as an AGI of negative $1,556,600 per Grimsley). On 10/29/08 and prior to extending the loan, Regions asked for MTC's updated PFS. On 11/10/08, MB sent Regions MTC's PFS showing $3,658,269 in securities at ML. The loan was renewed on 11/13/08. |

| # | Bank | Acct# | Borrower | Date | Maturity | Amount | Balance | Date2 | Date3 | Collateral | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | Regions Bank | 30002 | CAM | 11/13/2007 | 11/13/2008 | 250,000.00 | 250,000.00 | 11/13/2007 | 9/29/2007 | CAM's Receivables and MTC Personal Guarantee | Regions asked for a copy of a bank statement to verify MTC's liquidity prior to giving the loan. On 9/29/07, MB sent Regions a bank statement showing CAM had a bank balance of over $1.2 million. On 11/08/07, MB sent Regions MTC's 2006 tax return showing an AGI of $4,650,758 (real tax return as an AGI of negative $1,556,600 per Grimsley). On 10/29/08 and prior to extending the loan, Regions asked for MTC's updated PFS. On 11/10/08, MB sent Regions MTC's PFS showing $3,658,269 in securities at ML. The loan was renewed on 12/13/08. |
| 28 | Security Bank | 6061378 | MTC | 6/25/2007 | 6/25/2009 | 750,000.00 | 750,000.00 | 8/26/2008 | 6/1/2008 | Brookhaven Stock | On 6/26/2008, Security was conducting its annual review of MTC's loan. Security asked for MTC's updated PFS. On 8/26/2008, Security Bank sent MTC's PFS dated 6/1/08 to MTC and asked him questions. Security Bank asked MTC to provide an updated PFS. On the PFS sent by Security Bank to MTC, it listed $3,658,269 in securities at ML. |
| 29 | United Community Bank | 5036111160 | Chrisley Family Trust | 2/15/2006 | 2/15/2007 | 400,000.00 | 361,334.00 | 2/14/2009 | 2/15/2008 | Lot 11 of Glenayre | Renewed on 2/15/07 and 2/15/08. On 2/15/08 (the renewal date), MB sent UCB MTC's PFS listing $4,275,550 in securities at ML. |
|   |   |   |   |   |   | 36,261,695.46 | 35,370,863.21 |   |   |   |   |