**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TODD CHRISLEY,** | ) | **Criminal Action No.** |
| **JULIE CHRISLEY, and** | ) | **1:19-cr-00297-ELR-JSA** |
| **PETER TARANTINO,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT TODD AND JULIE CHRISLEY'S NOTICE OF WITNESSES FOR NOVEMBER 21 – 22, 2022 HEARING AND MOTION TO SEAL COURTROOM AND PERMIT ZOOM TESTIMONY

At the sentencing hearing currently scheduled for November 21 and 22,

2022, Todd and Julie Chrisley anticipate calling the following non-party witnesses:

- Grayson Chrisley

- Chloe Chrisley

- Kimberly Haney

The Chrisleys request the Court seal the courtroom and the transcript of the

hearing related to any testimony provided by Grayson Chrisley and Chloe Chrisley,

as well as any documents related to them.  Grayson Chrisley is the 16 year old son

of Todd Chrisley and Julie Chrisley.  Chloe Chrisley is ten years old.  Todd Chrisley

and Julie Chrisley have full custody over Chloe Chrisley, whose father Kyle Chrisley is Todd's son from a prior marriage.

18 U.S.C. § 3509 provides for protection of witnesses in federal courtrooms are who are children.  A "child" is defined as anyone who is under 18 years of age.  See 18 USC § 3509(a)(2).  The Court is authorized under 18 U.S.C. § 3509(e) as follows:  "When a child testifies, the court may order the exclusion from the courtroom of all persons, including members of the press, who do not have a direct interest in the case.  Such an order may be made if the court determines on the record that requiring the child to testify in open court would cause substantial psychological harm to the child or would result in the child's inability to effectively communicate."  As set forth in the accompanying Presentencing Memorandum filed by Julie Chrisley, along with relevant exhibits, requiring Chloe or Grayson to testify in open court could cause significant additional substantial psychological harm to them and would likely inhibit their ability to testify and effectively.  This is especially true given the amount of press coverage this matter has garnered and the nature of these proceedings.

Kimberly Haney is the current probation officer for Todd and Julie Chrisley in Nashville, Tennessee.  Defendants intend to subpoena Ms. Haney to testify.  But in the event she is unable to travel or be present in the courtroom, the Chrisleys

request that Ms. Haney be allowed to testify by Zoom or similar technology during the hearing.

Respectfully submitted this 16th day of November, 2022.

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
Georgia Bar No. 020914
canulewicz@balch.com
BALCH & BINGHAM LLP
30 Ivan Allen, Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
*Attorney for Todd and Julie Chrisley*

J. Alex Little (TN BPR #29858)
*Pro Hac Vice*
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000,
Nashville, TN 37201
Telephone: 615-724-3203
Facsimile: 615-724-3303
E-mail: alex.little@burr.com

Bruce H. Morris
Georgia Bar No. 523575
bmorris@fmattorneys.com
FINESTONE, MORRIS & WHITE, LLP
Suite 2540 Tower Place
3340 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone:  (404) 262-2500
*Attorney for Todd Chrisley*

Stephen M. Friedberg

3

Georgia Bar No. 277350
steve@smflawdawg.com
Suite 2250, Resurgens Plaza
945 East Paces Ferry Road, N.E.
Atlanta, Georgia 30326
Telephone:  (404) 842-7243
*Attorney for Julie Chrisley*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 16th day of November, 2022.

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
Georgia Bar No. 020914

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November, 2022, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
Georgia Bar No. 020914