IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 1:19-CR-297-ELR-JSA |
| TODD CHRISLEY, JULIE CHRISLEY, and PETER TARANTINO, | ) ) ) ) |
| Defendants. | ) ) ) |

# ORDER

Defendants Todd Chrisley and Julie Chrisley, by and through counsel, have moved this Court for an Order granting Defendants' counsel, Alex Little, permission to bring necessary materials, including an iPad and iPhone, into the Court for the duration of the Sentencing Hearing on November 21 and 22, 2022.

The Court GRANTS this motion.

SO ORDERED this 17th day of November, 2022.

_____
The Honorable Eleanor L. Ross
THE UNITED STATES DISTRICT
COURT JUDGE