# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cr-00297-ELR-JSA
## USA v. Chrisley et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 11/21/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | COURT REPORTER: Elizabeth Cohn |
| TIME COURT CONCLUDED: 6:10 P.M. | CSO/DUSM: Daniel Mustapher |
| TIME IN COURT: 7:55 | USPO: Dana Johnson |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Michelle Beck |

DEFENDANT(S):         [1]Todd Chrisley Present at proceedings
                     [2]Julie Chrisley Present at proceedings
                     [3]Peter Tarantino Present at proceedings

ATTORNEY(S) PRESENT: Christopher Anulewicz representing Julie Chrisley
Christopher Anulewicz representing Todd Chrisley
Stephen Friedberg representing Julie Chrisley
Daniel Griffin representing Peter Tarantino
Vivieon Jones representing USA
Thomas Krepp representing USA
Zachary Lawson representing Julie Chrisley
Zachary Lawson representing Todd Chrisley
Arthur Leach representing Julie Chrisley
Arthur Leach representing Todd Chrisley
Joseph Little representing Julie Chrisley
Joseph Little representing Todd Chrisley
Bruce Morris representing Todd Chrisley
Annalise Peters representing USA
Donald Samuel representing Peter Tarantino
Alex Sistla representing USA
Sekret Sneed representing USA

|  |  |
|---|---|
|  | John Van Why representing Peter Tarantino<br>Laurabeth Wilson representing Julie Chrisley<br>Laurabeth Wilson representing Todd Chrisley |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing - Evidentiary); |
| MOTIONS RULED ON: | DFT#1-[313]Motion for Miscellaneous Relief DENIED<br>DFT#1-[313]Motion for Miscellaneous Relief DENIED<br>DFT#1-[321]Motion to Continue DENIED<br>DFT#1-[321]Motion to Compel DENIED<br>DFT#1-[324]Motion for Miscellaneous Relief GRANTED<br>DFT#2-[313]Motion for Miscellaneous Relief DENIED<br>DFT#2-[313]Motion for Miscellaneous Relief DENIED<br>DFT#2-[321]Motion to Continue DENIED<br>DFT#2-[321]Motion to Compel DENIED<br>DFT#2-[324]Motion for Miscellaneous Relief GRANTED<br>DFT#3-[313]Motion for Miscellaneous Relief DENIED<br>DFT#3-[313]Motion for Miscellaneous Relief DENIED<br>DFT#3-[321]Motion to Continue DENIED<br>DFT#3-[321]Motion to Compel DENIED |
| MINUTE TEXT: | Court called to order. Also present during the hearing were Special Agents Chip Cromer (FBI), Steve Ryskoski (FBI) and Brock Kinsler (IRS), Investigators Bill Salinski, Shannon Dyer-Vencill (Paralegal with the Government) and PO Dana Johnson. Court reviewed Defendant Tarantino's objection(s) and made rulings. Government withdrew one enhancement from Defendant Tarantino's calculations. Court adopted the calculations and factual findings. Court and counsel discussed the pre-sentence report, as well as reasonable sentence. Defendant briefly addressed the Court. Court GRANTED a downward variance. Defendant was sentenced to a total of THIRTY-SIX (36) MONTHS of imprisonment; THREE (3) YEARS of supervised release; $100 special assessment; $35,000 fine; and additional requirements (see J&C for details). Appellate rights were given. Defendant is on bond and will be allowed to voluntarily surrender no sooner than May 1, 2023. Hearing concluded for Defendant Tarantino. Brief break granted. Court called to order. Defendants (Todd and Julie Chrisley) were sworn. Garcia hearing held. Parties made representations on the record and Court moved forward with sentencing. Defendants signed Waiver of Right to Conflict Free Counsel were executed in Court. Court addressed outstanding issues. Court DENIED motion [Doc. 313] to seal courtroom. Government witness FBI Special Agent Stephen Ryskoski was sworn and provided testimony. Government exhibit #s 1 (also admitted as Joint exhibit #1), 2-18 were ADMITTED. Defense exhibit #2 was ADMITTED. Lunch break. Court DENIED motion [Doc. 321] to continue sentencing. Court GRANTED [Doc. 324] however the Defense did not request that witnesses proceed via Zoom. Court reviewed objections and made rulings. Court adopted the calculations and factual findings. Court and counsel discussed the pre-sentence report, as well as reasonable sentence. Defense Exhibit #2 was ADMITTED. Defendants (Todd and Julie Chrisley) gave a brief statement. Court provided justification for the sentence imposed. |

|  |  |
|---|---|
|  | Defendant Julie Chrisley received EIGHTY-FOUR (84) MONTHS of imprisonment; THREE (3) YEARS of supervised release; $1,000.00 special assessment; restitution; and additional requirements (see J&C for details). Defendant Michael Todd Chrisley received ONE HUNDRED AND FORTY-FOUR (144) MONTHS of imprisonment; THREE (3) YEARS of supervised release; $900.00 special assessment; restitution; and additional requirements (see J&C for details). Both sentences were downward variances. Appellate rights were given. Defendants are on bond and will be allowed to voluntarily surrender. Hearing concluded. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |