

30 Ivan Allen, Jr. Boulevard, Northwest • Suite 700 • Atlanta, GA 30308-3036   www.balch.com

CHRISTOPHER S. ANULEWICZ
t: (404) 962-3562
f: (866) 320-6758
e: canulewicz@balch.com

February 17, 2023

Courtroom Deputy to The Honorable Eleanor L. Ross
United States District Court
Northern District of Georgia, Atlanta Division
1788 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Re: <u>United States of America v. Todd Chrisley, et al.</u>
U.S.D.C., Northern District of Georgia, Atlanta Division
Civil Action No. 1:19-CR-00297-ELR-JSA

Dear Judge Ross:

This letter is to notify you that I plan on taking a leave from the practice of law on the dates below, for the purpose of personal vacation. I respectfully request that the above-referenced case not be calendared during the following days:

- **April 3 – April 7, 2023;**
- **June 5 – June 14, 2023;**
- **October 20, 2023;**
- **November 20 – November 24, 2023; and**
- **December 25, 2023 through January 1, 2024.**

Thank you for your consideration.

Sincerely,

/s/ Christopher S. Anulewicz
Christopher S. Anulewicz
Georgia Bar No. 020914

CSA/sgh

cc: All Counsel of Record

ALABAMA | FLORIDA | GEORGIA | MISSISSIPPI | WASHINGTON, DC

20762872.1