IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Todd Chrisley, et al.<br>DEFENDANT. | Criminal Action No.<br><br>1:19-CR-297-ELR-JSA |

## NOTICE OF WITHDRAWAL

Assistant United States Attorney Annalise Peters herein files notice of his of withdrawal in the above-styled case, and respectfully requests that he be removed as counsel of record for the United States.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/ ANNALISE PETERS
    *Assistant United States Attorney*
Georgia Bar No. 550845
Annalise.Peters@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000  fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

      Defendant

March 26, 2025

      /s/ ANNALISE PETERS
      ANNALISE PETERS
      *Assistant United States Attorney*