IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TODD CHRISLEY, ET AL. | Criminal Action No. 1:19-cr-00297-ELR |

## **MOTION TO WITHDRAW AS ATTORNEY**

Attorney Vivieon K. Jones respectfully moves to withdraw as counsel for the United States of America. The United States will continue to be represented by Alex Sistla.

Dated: June 27, 2025

Respectfully submitted,

_____
Vivieon K. Jones